# UNITED STATES DISTRICT COURT
For The
Southern District of Florida

FLAVA WORKS, INC.
    Plaintiff

V.                                          Civil Action No.  1:14-CV-23208-JAL

A4A RESEAU, INC.
    Defendant

## SUMMONS IN A CIVIL ACTION

To:    A4A Reseau, Inc.
        1473 Rue Wolfe
        Montreal, QC H2L3J5
        Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)- or 60 days if you are a United States Agency, or an officer or employee of the United States described in Fed. R.Civ.P. 12 (a)(2) or (3)- you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the Plaintiff or Plaintiff's Attorney, whose name and address are:

Flava Works, Inc.
2610 North Miami Avenue
Miami, FL 33127

Ursula C. Jackson, Esq.
The Law Office of Ursula C. Jackson, P.L.L.C.
2525 Ponce De Leon Boulevard
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:_____                          _____

                                                                *Signature of Clerk or Deputy Clerk*