# UNITED STATES DISTRICT COURT
### For The
### Southern District of Florida

FLAVA WORKS, INC.
    Plaintiff

V.                                Civil Action No.   1:14-CV-23208-JAL

MARC PARENT
    Defendant

### SUMMONS IN A CIVIL ACTION

To: Marc Parent
    530 Rue Beaubien Est
    Montreal, QC H2S1S5
    Canada

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it)- or 60 days if you are a United States Agency, or an officer or employee of the United States described in Fed. R.Civ.P. 12 (a)(2) or (3)- you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the Plaintiff or Plaintiff's Attorney, whose name and address are:

Flava Works, Inc.
2610 North Miami Avenue
Miami, FL 33127

Ursula C. Jackson, Esq.
The Law Office of Ursula C. Jackson, P.L.L.C.
2525 Ponce De Leon Boulevard
Coral Gables, FL 33134

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.   You also must file your answer or motion with the court.

Date: **October 06, 2014**

**SUMMONS**

Steven M. Larimore
Clerk of Court

s/Collette Quinones
Deputy Clerk
U.S. District Courts