UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FLAVA WORKS, INC.                     CASE NO. 1:14-CV-23208-JAL

        Plaintiff,

vs.

A4A RESEAU, INC.
A4A NETWORK, INC.
MARC PARENT

        Defendants.
_____/

# DEFENDANTS' A4A RESEAU, INC., A4A NETWORK, INC. AND MARC PARENT'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney for Defendants, A4A Reseau, Inc., A4A Network, Inc. and Marc Parent hereby certifies that there is no publicly held parent, subsidiary or affiliate of Defendant, A4A Reseau, Inc. Additionally, A4A Network, Inc. is the same entity (English translation of A4A Regeau, Inc.)

Dated: November 19, 2014.

        **Bradley Legal Group, P.A.**
        Counsel for Defendants
        15 Northeast 13th Avenue
        Fort Lauderdale, FL 33301
        Tel: (954) 523 6160
        Fax: (954) 523 6190

        By:_____/s/_____
        John F. Bradley, Esquire
        Florida Bar No. 0779910
        Email: jb@bradlegal.com

**CERTIFICATE OF SERVICE**
**OF ELECTRONIC FILING GENERATED BY CM/ECF**

I HEREBY CERTIFY that on this 17th day of November, 2014, I electronically filed the foregoing document with the Clerk of the Court using its CM/ECF System. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the following Service List in the manner specified either via transmission of Notice of Electronic Filing generated by this Court's CM/ECF System or in some other authorized manner for those counsel or parties who are not authorized to electronically receive notice of electronic filing.

                                                _____/s/_____
                                                John F. Bradley

**SERVICE LIST**

Ursula C. Jackson, Esq.
The Law Office of Ursula C. Jackson, PLLC
Attorneys for Plaintiff
2525 Ponce De Leon Boulevard
Coral Gables, FL 33134
Email: uj.flavaworks@gmail.com