UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FLAVA WORKS, INC.                    CASE NO. 1:14-CV-23208-JAL

      Plaintiff,

Vs.

A4A RESEAU, INC.
A4A NETWORK, INC.
MARC PARENT

      Defendants.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES Plaintiff, Flava Works, Inc., with its notice of Voluntary Dismissal of the instant Complaint against Defendants, and without prejudice, pursuant to Fla. R. Civ. P. 1.420 (a)(1) and FRCP 41(a)(1)(A)(i). There has been no hearing on a motion for summary judgment in this matter. *Id.* Furthermore, no counterclaim in this matter has been filed and the Defendant will not be severely prejudiced. See, i.e., *Ormand Beach Associates Ltd. V. Citation Mortgage, Ltd.,* 835 So.2d292 (Fla. 5th DCA 2002).

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY,* that a true and correct copy of the foregoing was filed via ECF and furnished via email to John Bradley, Esq. 15 Northeast 13th Avenue, Fort Lauderdale, FL 33301, jb@bradlegal.com on this 20th day of January 2015.

By: s/Ursula C. Jackson, Esq.
Florida Bar No. 734330
The Law Office of Ursula C.Jackson, PLLC.
2525 Ponce De Leon Boulevard
Coral Gables, FL 33134
Telephone: 1.855.218.8456
Fax: 305.200.8701
Email: uj.flavaworks@gmail.com