UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by PE D.C.
FEB 2 3 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

FLAVA WORKS, INC.,

Plaintiff,

vs.                                               CASE NO.: 1:14-cv-23208-JAL

A4A RESEAU, INC.
A4A NETWORK, INC.
MARC PARENT

Defendants.

## MOTION FOR EXTENSION OF TIME TO RESPOND

NOW COMES, Plaintiff, Flava Works, by and through its Owner and CEO, Phillip Bleicher, and respectfully move for extension of time pursuant to Fed. R. Civ. Pro. 6(b)(1) to Respond to the Defendant's instant motion and states grounds for good cause as follows:

1. On January 20, 2015, Plaintiff in this case filed a motion to voluntary dismiss this matter pursuant to Fed. R. Civ. Pro. 41(a) and (b).

2. On that same day, Plaintiff relieved its Florida counsel, Ursula Jackson, Esq.

3. On February 4, 2015, Defendant filed this instant motion on a properly dismissed case.

4. After learning of the filed motion on a case that was dismissed, Plaintiff has attempted to find counsel to handle this matter in the Southern District of Florida, but has been unable to do so in the timeframe permitted to file a response.

5. Plaintiff now moves this court for an extension of time to file a response to the instant motion in order to find counsel in the Southern District of Florida.

WHEREFORE Plaintiff, Flava Works, prays this honorable court to grant additional time in this matter to find counsel in this district in order to file a response and for any other relief this court deems proper.

Respectfully submitted,

Owner and CEO for Plaintiff

Pro Se
Phillip Bleicher
CEO and Owner of Plaintiff
933 West Irving Park Road,
Chicago IL 60613
phil@flavaworks.com