UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CV-23208



FILED by PE D.C.

MAR 05 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## CLERK'S NOTICE OF FILING DEFICIENCY

The Clerk's Office has received the document(s) submitted in the above referenced case. The document(s) do not comply with the requirements of the Local Rules, CM/ECF Administrative Procedures, or the Federal Rules. The documents have been accepted for filing; however, please note the deficiencies noted below for future filings:

☐ Document(s) were filed conventionally that should have been filed electronically (CM/ECF Administrative Procedures).

☒ Document(s) missing required signature(s) (Fed.R.Civ.P. 11(a); Fed.R.Cr.P 49(d)).

☐ Translation not provided for documents written in foreign language (CM/ECF Administrative Procedures).

☐ Motion for Appearance Pro Hac Vice was not filed with the required fee of $_____ ($75.00 per attorney per case), pursuant to Special Rules Governing the Admission and Practice of Attorneys, Local Rule 4(b).

☐ Case was not filed with required filing fee of $_____ (civil cases:$350.00; memo cases: $46.00; habeas cases: $5.00) pursuant to 28 U.S.C. § 1914 (a), and the CM/ECF Administrative Procedures. *Summons(es) will not be issued until the filing fee is paid or an order granting the Application to Proceed In Forma Pauperis is entered.*

☐ Civil Cover Sheet not filed pursuant to Local Rule 3.3

Date: MAR 05 2015

STEVEN M. LARIMORE
Court Administrator • Clerk of Court

By: _____
Deputy Clerk

Revised January 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

```
FILED by PE  D.C.
MAR 0 5 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI
```

| | |
|---|---|
| FLAVA WORKS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CASE NO.: 1:14-cv-23208-JAL |
| | ) |
| A4A RESEAU, INC. | ) |
| A4A NETWORK, INC. | ) |
| MARC PARENT | ) |
| | ) |
| Defendants. | ) |

NOTICE OF FILING

TO:   John Bradley
      15 Northesat 13th Ave
      Fort Lauderdale, FL 33301

YOU ARE HEREBY NOTIFIED that on <u>March 5, 2015</u>, I have caused to be filed with the Clerk of the District Court the attached Supplemental Appearance, Opposition to Defendant's Motion and Motion for Pro Hac Vice.

Matthew H. Zukowsky<br>
Matthew H. Zukowsky, P.A.

## CERTIFICATE OF SERVICE

I, Matthew Zukowsky, Esq., an attorney, state that I served a true and correct copy of the Supplemental Appearance upon Defendants through its attorney of record via the Court's ECF system on March 5, 2015.

Matthew H. Zukowsky<br>
Attorney

Matthew H. Zukowsky, P.A.
19560 Havensway Court
Boca Raton, Fl, 33498
(561) 445-9471
Attorney No. 0112311