UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CV-23208

FILED by PE D.C.
MAR 05 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## CLERK'S NOTICE OF FILING DEFICIENCY

The Clerk's Office has received the document(s) submitted in the above referenced case. The document(s) do not comply with the requirements of the Local Rules, CM/ECF Administrative Procedures, or the Federal Rules. The documents have been accepted for filing; however, please note the deficiencies noted below for future filings:

☐ Document(s) were filed conventionally that should have been filed electronically (CM/ECF Administrative Procedures).

☒ Document(s) missing required signature(s) (Fed.R.Civ.P. 11(a); Fed.R.Cr.P 49(d)).

☐ Translation not provided for documents written in foreign language (CM/ECF Administrative Procedures).

☐ Motion for Appearance Pro Hac Vice was not filed with the required fee of $_____ ($75.00 per attorney per case), pursuant to Special Rules Governing the Admission and Practice of Attorneys, Local Rule 4(b).

☐ Case was not filed with required filing fee of $_____ (civil cases:$350.00; memo cases: $46.00; habeas cases: $5.00) pursuant to 28 U.S.C. § 1914 (a), and the CM/ECF Administrative Procedures. *Summons(es) will not be issued until the filing fee is paid or an order granting the Application to Proceed In Forma Pauperis is entered.*

☐ Civil Cover Sheet not filed pursuant to Local Rule 3.3

Date: MAR 05 2015

STEVEN M. LARIMORE
Court Administrator • Clerk of Court

By: _____
Deputy Clerk

Revised January 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by PE D.C.

MAR 05 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

| | |
|---|---|
| FLAVA WORKS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.: 1:14-cv-23208-JAL |
| ) | |
| A4A RESEAU, INC. ) | |
| A4A NETWORK, INC. ) | |
| MARC PARENT ) | |
| ) | |
| Defendants. ) | |

MOTION FOR EXTENSION OF TIME TO RESPOND

NOW COMES, Plaintiff, Flava Works, by and through its general counsel, Matthew Zukowsky, and respectfully move for extension of time pursuant to Fed. R. Civ. Pro. 6(b)(1) to Respond to the Defendant's instant motion and states grounds for good cause as follows:

1. On November 6, 2014, Defendant in this case filed a motion to dismiss, which was later terminated on January 21, 2015 due to dismissal of this matter

2. On or about February 26, 2015, this Court granted Plaintiff an extension of time to find an attorney and file a response to Defendant's motions.

3. On March 4, 2015, Plaintiff hired Matthew Zukowsky, Esq., the attorney to be on record.

4. When Matthew Zukowsky attempted to file the response of the deadline date of March 4, 2015, he was unable to file electronically and the time expired to file the documents in the clerk's office.

5. Plaintiff now moves this court for an extension of time to file the attached response instanter to the instant motion in the Southern District of Florida.

WHEREFORE Plaintiff, Flava Works, prays this honorable court to grant additional time in this matter now that counsel has been obtained in this district and can now proceed to file a response and for any other relief this court deems proper.

Respectfully submitted,

/s/
Matthew H. Zukowsky
General Counsel for Plaintiff

19560 Havensway Court,
Boca Raton, Florida 33498
Matthew.zukowsky@gmail.com
561-445-9471
Attorney No. 0112311