UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CV-23208



FILED by \_\_\_\_ D.C.

MAR 0 5 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## CLERK'S NOTICE OF FILING DEFICIENCY

The Clerk's Office has received the document(s) submitted in the above referenced case. The document(s) do not comply with the requirements of the Local Rules, CM/ECF Administrative Procedures, or the Federal Rules. The documents have been accepted for filing; however, please note the deficiencies noted below for future filings:

☐ Document(s) were filed conventionally that should have been filed electronically (CM/ECF Administrative Procedures).

☒ Document(s) missing required signature(s) (Fed.R.Civ.P. 11(a); Fed.R.Cr.P 49(d)).

☐ Translation not provided for documents written in foreign language (CM/ECF Administrative Procedures).

☐ Motion for Appearance Pro Hac Vice was not filed with the required fee of $_____ ($75.00 per attorney per case), pursuant to Special Rules Governing the Admission and Practice of Attorneys, Local Rule 4(b).

☐ Case was not filed with required filing fee of $_____ (civil cases:$350.00; memo cases: $46.00; habeas cases: $5.00) pursuant to 28 U.S.C. § 1914 (a), and the CM/ECF Administrative Procedures. *Summons(es) will not be issued until the filing fee is paid or an order granting the Application to Proceed In Forma Pauperis is entered.*

☐ Civil Cover Sheet not filed pursuant to Local Rule 3.3

Date: MAR 0 5 2015

STEVEN M. LARIMORE
Court Administrator • Clerk of Court

By: _____
Deputy Clerk

Revised January 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by PE D.C.
MAR 0 5 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

| | |
|---|---|
| FLAVA WORKS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.: 1:14-cv-23208-JAL |
| ) | |
| A4A RESEAU, INC. ) | |
| A4A NETWORK, INC. ) | |
| MARC PARENT ) | |
| ) | |
| Defendants. ) | |

SUPPLEMENTAL APPEARANCE

Shambee Law Office, Ltd. enters its supplemental appearance on behalf of Petitioner FLAVA WORKS, INC. in the above-entitled action.

Respectfully Submitted,

s/Matthew Zukowsky
Attorney for Plaintiff

Matthew Zukowsky
Matthew H. Zukowsky
General Counsel for Plaintiff
19560 Havensway Court,
Boca Raton, Florida 33498
Matthew.zukowsky@gmail.com
561-445-9471
Attorney No. 0112311