UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 14-CV-23208

FILED by PE D.C.

MAR 0 5 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

## CLERK'S NOTICE OF FILING DEFICIENCY

The Clerk's Office has received the document(s) submitted in the above referenced case. The document(s) do not comply with the requirements of the Local Rules, CM/ECF Administrative Procedures, or the Federal Rules. The documents have been accepted for filing; however, please note the deficiencies noted below for future filings:

☐ Document(s) were filed conventionally that should have been filed electronically (CM/ECF Administrative Procedures).

☒ Document(s) missing required signature(s) (Fed.R.Civ.P. 11(a); Fed.R.Cr.P 49(d)).

☐ Translation not provided for documents written in foreign language (CM/ECF Administrative Procedures).

☐ Motion for Appearance Pro Hac Vice was not filed with the required fee of $_____ ($75.00 per attorney per case), pursuant to Special Rules Governing the Admission and Practice of Attorneys, Local Rule 4(b).

☐ Case was not filed with required filing fee of $_____ (civil cases:$350.00; memo cases: $46.00; habeas cases: $5.00) pursuant to 28 U.S.C. § 1914 (a), and the CM/ECF Administrative Procedures. *Summons(es) will not be issued until the filing fee is paid or an order granting the Application to Proceed In Forma Pauperis is entered.*

☐ Civil Cover Sheet not filed pursuant to Local Rule 3.3

Date: MAR 0 5 2015

STEVEN M. LARIMORE
Court Administrator • Clerk of Court

By: _____
Deputy Clerk

Revised January 2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by PE D.C.

MAR 0 5 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

| | |
|---|---|
| FLAVA WORKS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 1:14-cv-23208-JAL |
| | ) |
| A4A RESEAU, INC. | ) |
| A4A NETWORK, INC. | ) |
| MARC PARENT | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF'S MOTION TO VACATE THE ORDER GRANTING DEFENDANT'S MOTION FOR ATTORNEY FEES**

NOW COMES Plaintiff, Flava Works, Inc., by and through its attorney Matthew Zukowsky, and for its Motion to Vacate the Order entered on March 5, 2015 pursuant to Fed. R. Civ. P. Rule 60(b) granting Defendant's Motion for Attorney Fees, and states as following:

1. Plaintiff was granted an extension of time to find attorney and filed it Response to Defendant's motion on February 26, 2015.

2. Plaintiff has attempted profusely to retain an attorney and finally retaining counsel on March 4, 2015.

3. Plaintiff's counsel, Matthew Zukowsky, attempted to file the response through ECF filing system but was unable to do so. Also the time expired to file within the Clerks office.

4. When attempting to file the very next day, Defendant's file a motion asking the court to rule in their favor.

5. This Court granted Defendant's in part and Denied in part, granting attorney fees to the Defendants.

6. Plainiff now moves this court to Vacate its March 5, 2015 Order and accept the Plaintiff's response as timely filed for consideration in the court's decision on the issue of attorney fees.

WHEREFORE, Plaintiff requests that this Honorable Court enters an Order

   A. Vacating the March 5, 2015 Order granting the Defendants motions on attorney fees; and

    B. Any other relief this court deems just and proper.

                                                 Respectfully Submitted,

                                                 <u>s/ Matthew Zukowsky, Esq.</u>
                                                 One of Plaintiff's Attorney

                                                 Matthew H. Zukowsky, Esq
                                                 General Counsel for Plaintiff
                                                 19560 Havensway Court,
                                                 Boca Raton, Florida 33498
                                                 Matthew.zukowsky@gmail.com
                                                 561-445-9471
                                                 Attorney No. 0112311

                                                 <u>s/ Juneitha Shambee, Esq.</u>
                                                 One of the Plaintiff's Attorney

                                                 Shambee Law Office, Ltd.
                                                 P.O. Box 91
                                                 Evanston, IL. 60204-0091
                                                 (773) 741-3602
                                                 IL. ARDC: 6308145