FILING FEE PAID $75.00
In Forma Pauperis 96158
Steven M. Larimore, Clerk

FILED by ___ D.C.
MAR 05 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FLAVA WORKS, INC., )
)
Plaintiff, )
)
vs. ) CASE NO.: 1:14-cv-23208-JAL
)
A4A RESEAU, INC. ) PLAINTIFF REQUESTS ORAL
A4A NETWORK, INC. ) ARGUMENT
MARC PARENT )
)
Defendants. )

### MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission pro hac vice of Juneitha Shambee, Esq. of the law firm of Shambee Law Office, Ltd., P,O, Box 91, Evanston, Illinois 60204, (773) 741-3602, shambeelaw@gmail.com, for purposes of appearance as co- counsel on behalf of Flava Works, Inc. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Juneitha Shambee, Esq. to receive electronic filings in this case, and in support thereof states as follows:

1. Juneitha Shambee, Esq. is not admitted to practice in the Southern District of Florida and is a member in good standing of the Northern District of Illinois.

2. Movant, Matthew H. Zukowsky, Esq, (561) 445-9471, matthew.zuzkowsky@gmail.com, is a good member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communication regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2b of the CM/ECF Administrative Procedures

3. In accordance with the local rules of this Court, Juneitha Shambee, Esq. had made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Juneitha Shambee, Esq., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Juneitha Shambee, Esq. at email address: shambeelaw@gmail.com.

WHEREFORE, Matthew Zukowsky, Esq., moves this Court to enter an Order Juneitha Shambee, Esq., to appear before this Court on behalf of Flava Works, Inc., for all purposes relating to the proceedings in the above styled matter and directing the Clerk to provide notice of electronics filings to Juneitha Shambee, Esq..

Date: March 4, 2015          Respectfully submitted,


/s Matthew H. Zukowsky

Matthew H. Zukowsky, Esq

General Counsel for Plaintiff
19560 Havensway Court,

Boca Raton, Florida 33498

Matthew.zukowsky@gmail.com
561-445-9471
Attorney No. 0112311