FILED by _MZ_ D.C.

MAR 09 2015

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. -- MIAMI

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| FLAVA WORKS, INC., | ) |
| --- | --- |
| Plaintiff, | ) |
| vs. | ) CASE NO.: 1:14-cv-23208-JAL |
| A4A RESEAU, INC. | ) PLAINTIFF REQUESTS ORAL |
| A4A NETWORK, INC. | ) ARGUMENT |
| MARC PARENT | ) |
| Defendants. | ) |

### CERTIFICATION OF JUNEITHA SHAMBEE, ESQ.

Juneitha Shambee, Esq., pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United Stated District for the Southern District of Florida; and (2) I am a member in good standing of the Northern District of Illinois.

Date: March 5, 2015                                 Respectfully submitted,


                                                    s/Juneitha Shambee
                                                    Juneitha Shambee, Esq.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear Pro Hac Vice, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served by filing through the Court's ECF filing system, on March 5, 2015, on all counsel or parties of record on the service list.

Matthew H. Zukowsky, Esq

General Counsel for Plaintiff
19560 Havensway Court,

Boca Raton, Florida 33498

Matthew.zukowsky@gmail.com
561-445-9471
Attorney No. 0112311