UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLAVA WORKS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.:  1:14-cv-23208-JAL |
| ) | |
| A4A RESEAU, INC. ) | |
| A4A NETWORK, INC. ) | |
| MARC PARENT ) | |
| ) | |
| Defendants. ) | |

NOTICE OF CHANGE OF ADDRESS

TO:   John Bradley
      15 Northeast 13th Ave
      Fort Lauderdale, FL 33301

YOU ARE HEREBY NOTIFIED that on March 31, 2015, I have caused to be filed with the Clerk of the District Court a change of office address.

/s/ Matthew H. Zukowsky
Matthew H. Zukowsky, P.A.

Matthew H. Zukowsky, P.A.
4770 Biscayne Blvd., Ste. 700
Miami, FL 33137
 (561) 445-9471
Attorney No. 0112311