UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FLAVA WORKS, INC.,            )
                              )
    Plaintiff,            )
                              )
vs.                           )     CASE NO.: 1:14-cv-23208-JAL
                              )
A4A RESEAU, INC.              )
A4A NETWORK, INC.             )
MARC PARENT                   )
                              )
    Defendants.           )

NOTICE OF MOTION

TO:   John Bradley
       15 Northeast 13th Ave
       Fort Lauderdale, FL 33301

     YOU ARE HEREBY NOTIFIED that on March 31, 2015, I have caused to be filed with the Clerk of the District Court the attached **PLAINTIFF'S MOTION AND INCORPORATED MEMORANDUM OF LAW IN RESPONSE TO DEFENDANT'S MOTION TO DETERMINE REASONABLENESS OF ATTORNEY'S FEES AWARDED TO DEFENDANTS**.

                                      /s/ Matthew H. Zukowsky
                                      Matthew H. Zukowsky, P.A.

CERTIFICATE OF SERVICE

I, Matthew Zukowsky, Esq., an attorney, state that I served a true and correct copy of the Motion upon Defendants through its attorney of record via the Court's ECF system on March 31, 2015.

                                      /s/ Matthew H. Zukowsky
                                      Attorney

Matthew H. Zukowsky, P.A.
4770 Biscayne Blvd., Ste. 700
Miami, FL 33137
(561) 445-9471
Attorney No. 0112311