UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLAVA WORKS, INC., )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>A4A RESEAU, INC. )<br>A4A NETWORK, INC. )<br>MARC PARENT )<br>)<br>    Defendants. ) | CASE NO.:  1:14-cv-23208-JAL |

NOTICE OF RESPONSE

TO:   John Bradley
      15 Northeast 13th Ave
      Fort Lauderdale, FL 33301

   YOU ARE HEREBY NOTIFIED that on <u>April 7, 2015,</u> I have caused to be filed with the Clerk of the District Court the attached **PLAINTIFF'S MEMORANDUM OF LAW IN RESPONSE TO DEFENDANT'S  MOTION TO DETERMINE REASONABLENESS OF ATTORNEY'S FEES AWARDED TO DEFENDANTS**.

                                              /s/ Matthew H. Zukowsky_
                                              Matthew H. Zukowsky, P.A.

CERTIFICATE OF SERVICE

I, Matthew Zukowsky, Esq., an attorney, state that I served a true and correct copy of the Motion upon Defendants through its attorney of record via the Court's ECF system on April 7, 2015.

                                              /s/ Matthew H. Zukowsky
                                              Attorney

Matthew H. Zukowsky, P.A.
4770 Biscayne Blvd., Ste. 700
Miami, FL 33137
 (561) 445-9471
Attorney No. 0112311