UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FLAVA WORKS, INC.                     CASE NO. 1:14-CV-23208-XXXX

       Plaintiff,

vs.

A4A RESEAU, INC.                       **E X E C U T I O N**
A4A NETWORK, INC.
MARC PARENT

       Defendants.
_____/

THE STATE OF FLORIDA:

To Each Sheriff of the State:

    WHEREAS, Judgment was entered in favor of Defendants, A4A Reseau, Inc., A4A Network, Inc. and Marc Parent.

    YOU ARE COMMANDED to levy on the property subject to execution of Plaintiff Flava Works, Inc., in the sum of $28,060.57, with interest at the rate of 4.75% per annum from April 7, 2015, until paid and to have this writ before the Court when satisfied.

    WITNESS my hand and seal of this Court on _____, 2015.

                                         UNITED STATES DISTRICT COURT
                                         Clerk of the Court

                                         By_____
                                            As Deputy Clerk

BRADLEY LEGAL GROUP, P.A.
Attorneys for Defendants
15 Northeast 13th Avenue
Fort Lauderdale, FL 33301
Tel: (954) 523-6160
Fax: (954) 523-6190
Email: jb@bradlegal.com

By: _____/s/_____
     John F. Bradley, Esquire
     Fla. Bar No. 779910