UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FLAVA WORKS, INC.                              CASE NO. 1:14-cv-23208-JAL

        Plaintiff,

vs.

A4A RESEAU, INC.
A4A NETWORK, INC.
MARC PARENT

        Defendants.

_____/

## DEFENDANTS' NOTICE OF COMPLIANCE WITH CLERK'S NOTICE [DE-48] AND OF STRIKING CM/ECM-FILED PROPOSED ORDER OF EXECUTION [DE-47]

A notice is hereby given of Defendants' compliance with Clerk's Notice [DE-48] requiring a corrective action, and of striking of Defendants' CM/ECF-filed proposed Order of Execution [DE-47] in compliance therewith.

## CERTIFICATE OF SERVICE

*WE HEREBY CERTIFY* that a true and correct copy of the foregoing was filed and delivered via ECF to Ursula C. Jackson, Esq. (ujacksonlaw@aol.com) and Matthew Zukowsky (matthew.zukowsky@gmail.com), this 21st day of April, 2015.

**Bradley Legal Group, P.A.**

_____/s/_____
John F. Bradley, Esq.
Attorneys for Defendants
15 Northeast 13th Avenue
Fort Lauderdale, FL 33301
Tel: (954) 523-6160
Fax: (954) 523-6190
Email: jb@bradlegal.com

1