DC 11 (Rev. 11/2002) Writ of Execution

WRIT OF EXECUTION    CASE NO. 1:14-cv-23208-JAL

| UNITED STATES DISTRICT COURT | DISTRICT Southern District of Florida |
|---|---|

TO THE MARSHAL OF:
SOUTHERN DISTRICT OF FLORIDA

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

NAME

FLAVA WORKS, INC.
833 SW 14th Ave., MIAMI, FL 33135 -OR- 2610 NORTH MIAMI AVENUE, MIAMI, FL 33127
3526 S. PRAIRIE AVENUE, CHICAGO, IL 60653 -OR- 933 W. IRVING PARK, CHICAGO, IL 60613

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $28,060.57 | and |

in the United States District Court for the Southern District of Florida,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

FLAVA WORKS, INC.

and also the costs that may accrue under this writ.
       And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE United States District Court | DISTRICT Southern District of Florida |
|---|---|
| CITY Miami | DATE |

Witness the Honorable    Joan A. Lenard
                                         *(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| 6-10-2015 | **STEVEN M. LARIMORE** |
|  | (BY) DEPUTY CLERK |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
|  |  |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|