UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| FLAVA WORKS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO.: 1:14-cv-23208-JAL |
| ) | |
| A4A RESEAU, INC. ) | |
| A4A NETWORK, INC. ) | |
| MARC PARENT ) | |
| ) | |
| Defendants. ) | |

MOTION FOR EXTENSION OF TIME TO RESPOND

NOW COMES, Plaintiff, Flava Works, by and through its general counsel, Matthew Zukowsky, and respectfully move for extension of time pursuant to Fed. R. Civ. Pro. 6(b)(1) to Respond to the Defendant's instant motion and states grounds for good cause as follows:

1. On or before June 26, 2014, Plaintiff must oppose Defendants' Motion to Compel Plaintiff/Judgment Debtor to Complete Fla. R. Civ. P. Form 1.977 (the "Motion").

2. Plaintiff was given a total of seven (7) days to draft a response to the Motion.

3. Plaintiff believes that due to attorney time constraints and workload, the attorney does not believe that seven (7) days is enough time to properly respond to the Motion.

4. Plaintiff now moves this court for an extension of time of an additional seven (7) days to file a response to the Motion with this Court.

2

WHEREFORE Plaintiff, Flava Works, Inc., prays this honorable court to grant additional time in this matter so Plaintiff may file a proper response and for any other relief this court deems proper.

>Respectfully submitted,
>
>/s/ <u>Matthew H. Zukowsky</u>
>General Counsel for Plaintiff
>
>4770 Biscayne Blvd., Ste. 700
>Miami, FL 33137
>Matthew.zukowsky@gmail.com
>Attorney No. 0112311