UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FLAVA WORKS, INC.,            )
                              )
    Plaintiff,                )
                              )
vs.                           )      CASE NO.:  1:14-cv-23208-JAL
                              )
A4A RESEAU, INC.              )
A4A NETWORK, INC.             )
MARC PARENT                   )
                              )
    Defendants.               )

NOTICE OF RESPONSE

TO:   John Bradley
      15 Northeast 13th Ave
      Fort Lauderdale, FL 33301

YOU ARE HEREBY NOTIFIED that on July 6, 2015, I have caused to be filed with the Clerk of the District Court the attached **PLAINTIFF'S RESPONSE IN OPPOSTION TO DEFENDANTS' MOTION TO COMPEL PLAINTIFF/JUDGMENT DEBTOR TO COMPLETE FLA. R. CIV. P. FORM 1.977 – FACT INFORMATION SHEET.**
.

/s/ Matthew H. Zukowsky
Matthew H. Zukowsky, P.A.


CERTIFICATE OF SERVICE

I, Matthew Zukowsky, Esq., an attorney, state that I served a true and correct copy of the Motion upon Defendants through its attorney of record via the Court's ECF system on July 6, 2015.

/s/ Matthew H. Zukowsky
Attorney for Plaintiff


Matthew H. Zukowsky, P.A.
4770 Biscayne Blvd., Ste. 700
Miami, FL 33137
 (561) 445-9471
Attorney No. 0112311