UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-23208-CIV-LENARD/GOODMAN

FLAVA WORKS, INC.,

    Plaintiff,
vs.

A4A RESEAU, INC., A4A NETWORK, INC.,
And MARC PARENT,

    Defendants.
_____/

**MOTION TO COMPEL A DISCOVERY RESPONSE TO**
**FIRST REQUEST FOR PRODUCTION IN AID OF EXECUTION**

Defendants/Judgment Creditors, A4A RESEAU, INC., a foreign corporation, A4A NETWORK, INC., a foreign corporation, and MARC PARENT, a foreign individual (collectively, the "Judgment Creditors"), by and through the undersigned counsel, and pursuant to Fed. R. Civ. P. 37(a) and 69(a)(2), and S.D. Fla. L.R. 26.1(i), hereby file this Motion to Compel a Discovery Response to First Request for Production in Aid of Execution ("Motion"), and in support thereof, state:

    1.    Judgment Creditors currently hold a judgment against Plaintiff/Judgment Debtor FLAVA WORKS, INC. ("FLAVA") in the amount of $28,060.57 [DE-46].

    2.    On June 19, 2015, pursuant to Fed. R. Civ. P. 69(a)(2), Judgment Creditors served their First Request for Production in Aid of Execution ("Request") on FLAVA's counsel via e-mail. A true and correct copy of the Request is attached as ***Exhibit "A"*** hereto.

    3.    FLAVA has completely failed to respond to the discovery sought.

    4.    FLAVA has not objected to the Request.

    5.    FLAVA has not sought a protective order in connection with the Request.

6. FLAVA has not requested an extension of time to respond to the Request with either the Judgment Creditors or this Court.

7. On July 23, 2015, pursuant to Fed. R. Civ. P. 37(a)(1), Judgment Creditors have in good faith conferred or attempted to confer with FLAVA's counsel of record in an effort to obtain the discovery without court action, but received no response from the counsel of record.

8. On July 24, 2015, FLAVA's newly appeared counsel has not agreed to the relief sought herein.

9. Pursuant to Fed. R. Civ. P. 37(a)(3)(B)(iv) and S.D. Fla. L.R. 26.1(i)(2), Judgment Creditors hereby move for an order compelling said discovery.

10. Pursuant to S.D. Fla. L.R. 26.1(i)(1), this Motion is timely.

11. Furthermore, should this Court grant this Motion, or should the requested discovery be provided after the filing of this Motion, Judgment Creditors hereby request that this Court require FLAVA to pay the Judgment Creditors' reasonable expenses incurred in making this Motion, including attorney's fees, as required by Fed. R. Civ. P. 37(a)(5)(A).

12. Also, should this Court grant this Motion in part, Judgment Creditors hereby request that this Court apportion the reasonable expenses for the Motion in accordance with Fed. R. Civ. P. 37(a)(5)(C).

WHEREFORE, Judgment Creditors respectfully request that this Court enter an Order granting their Motion, compelling FLAVA to fully and adequately respond to the Request within ten (10) days or as this Court deems proper, awarding Judgment Creditors their reasonable expenses, including attorney's fees, incurred in making this Motion, and granting Judgment Creditors any other relief this Court deems just and proper under the circumstances.

*Bradley Legal Group, P.A.*, 15 Northeast 13th Avenue, Fort Lauderdale, FL 33301 (954) 523-6160

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Fed. R. Civ. P. 37(a)(1) and S.D. Fla. L.R. 7.1, I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion, including the party failing to make discovery, in a good faith effort to resolve the issues and obtain the discovery without court action, who have not agreed to the relief sought herein.

Dated: July 24, 2015.                                   Respectfully submitted,

**BRADLEY LEGAL GROUP, P.A.**
*Counsel for Defendants/Judgment Creditors*
15 Northeast 13th Avenue
Fort Lauderdale, Fl 33301
Tel: (954) 523-6160
Fax: (954) 523-6190

By:      /s/ John F. Bradley
         John F. Bradley, Esq.
         Fla. Bar No. 0779910
         jb@bradlegal.com

## CERTIFICATE OF SERVICE
## OF ELECTRONIC FILING GENERATED BY CM/ECF

I HEREBY CERTIFY that on this 24th day of July, 2015, I electronically filed the foregoing document with the Clerk of the Court using its CM/ECF System. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the following Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by this Court's CM/ECF System, or in some other authorized manner for those counsel or parties who are not authorized to electronically receive notice of electronic filing.

          By:    <u>/s/ John F. Bradley</u>
                John F. Bradley, Esq.
                Fla. Bar No. 0779910
                jb@bradlegal.com

*Bradley Legal Group, P.A., 15 Northeast 13th Avenue, Fort Lauderdale, FL 33301 (954) 523-6160*

**SERVICE LIST**

Matthew Zukowsky, Esq.
matthew.zukowsky@gmail.com
*Attorney for Plaintiff*
Matthew H. Zukowsky, P.A.
4770 Biscayne Blvd., Ste. 700
Miami, FL 33137
Tel: (561) 445-9471
**Service via CM/ECF**

Ursula Christie Jackson, Esq.
Ujacksonlaw@aol.com
*Attorney for Plaintiff*
The Law Office of Ursula C. Jackson, PLLC
2525 Ponce De Leon Boulevard
Coral Gables, FL 33134
Tel: (855) 218-8456
**Service via CM/ECF**

Joshua H. Sheskin, Esq.
JHS@SheskinLaw.com
Service@SheskinLaw.com
*Attorney for Plaintiff*
The Sheskin Firm
9424 SW 52nd Street
Cooper City, FL 33328
Tel: 786-529-0420
Fax: 786-332-5349
**Service via CM/ECF**