**EXHIBIT "A"**

# ELECTRONIC JUDGMENT LIEN CERTIFICATE

FOR PURPOSES OF FILING A JUDGMENT LIEN, THE FOLLOWING INFORMATION IS SUBMITTED IN ACCORDANCE WITH s. 55.203, F.S..

**JUDGMENT DEBTOR (DEFENDANT) NAME(S) AS SHOWN ON JUDGMENT LIEN:**

FLAVA WORKS INC.
3526 S. PRAIRIE AVENUE
CHICAGO, IL. 60653
FEI#: 20-1837529     DOS DOCUMENT#: P06000070263

## J15000646881
FILED
Jun 09, 2015 04:26 P.M.
Secretary of State
MHCAIN

**JUDGMENT CREDITOR (PLAINTIFF) NAME AS SHOWN ON JUDGMENT LIEN OR CURRENT OWNER OF JUDGMENT IF ASSIGNED:**

A4A RESEAU, INC. AND MARC PARENT
BRADLEY LEGAL GROUP, P.A.
15 NE 13TH AVENUE
FORT LAUDERDALE, FL 33301
DOS DOCUMENT#: N/A

NAME AND ADDRESS TO WHOM ACKNOWLEDGMENT/CERTIFICATION IS TO BE MAILED:

JOHN F. BRADLEY, ESQ.
JOANNA@BRADLEGAL.COM

---

AMOUNT DUE ON MONEY JUDGMENT: $28,060.57
APPLICABLE INTEREST RATE: 4.75%
NAME OF COURT: US DISTRICT CT, SO. DIST. FLA.
CASE NUMBER: 14-23208-CIV-LENARD/GOODMAN
DATE OF ENTRY: 04/07/15
WAS A WRIT OF EXECUTION DOCKETED ON THIS JUDGMENT LIEN WITH ANY SHERIFF PRIOR TO OCTOBER 1, 2001?
    ( ) YES   (IF YES, A "CREDITOR AFFIDAVIT CERTIFICATION" FORM MUST BE ATTACHED TO THIS CERTIFICATE.)
    (X) NO

---

**UNDER PENALTY OF PERJURY, I hereby certify that:** (1)  The judgment above described has become final and there is no stay of the judgment or its enforcement in effect; (2)  All of the information set forth above is true, correct, current and complete; (3)  I have not previously filed a Judgment Lien Certificate regarding the above judgment with the Department of State; and, (4)  I have complied with all applicable laws in submitting this Electronic Judgment Lien Certificate for filing.

Electronic Signature of Creditor or Authorized Representative: /JOHN F. BRADLEY/