**EXHIBIT "C"**

FILED
Apr 22, 2015
Secretary of State

# ARTICLES OF DISSOLUTION

Pursuant to section 607.1403, Florida Statutes, this Florida corporation submits the following Articles of Dissolution:

FIRST:   The name of the corporation as currently filed with the Florida Department of State:

FLAVA WORKS INC.

SECOND:   The document number of the corporation: P06000070263

THIRD:   The date dissolution was authorized: April 22, 2015

Effective date of dissolution: April 22, 2015

FOURTH:   Dissolution was approved by the shareholders. The number of votes cast for dissolution was sufficient for approval.

I submit this document and affirm that the facts stated herein are true. I am aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in section 817.155, Florida Statutes.

Signature:   PHILLIP BLEICHER                              CEO
Electronic Signature of Signing Officer, Director, Incorporator or Authorized Representative

FILED
Apr 22, 2015
Secretary of State

## Notice of Corporate Dissolution

This notice is submitted by the dissolved corporation named below for resolution of payment of unknown claims against this corporation as provided in s. 607.1407, F.S.

Name of Corporation:

FLAVA WORKS INC.

Date of dissolution will be the date the dissolution is filed with the Department of State or as specified in the Articles of Dissolution.

Description of information that must be included in a claim:

FLAVA WORKS, INC. NO LONGER HAS AN OFFICE AND DOES BUSINESS WITHIN THE STATE OF FLORIDA

Mailing address where claims can be sent:

PO BOX 2495
CHICAGO, IL  60690

A claim against the above named corporation will be barred unless a proceeding to enforce the claim is commenced within 4 years after the filing of this notice.

I submit this document and affirm that the facts stated herein are true.  I am aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in section 817.155, Florida Statutes.


Signature:   PHILLIP BLEICHER
             _____
             Electronic Signature of the Person Filing