**EXHIBIT "D"**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Flava Works, Inc., | ) |
| | ) |
| Plaintiff, | ) Case No. 15-cv-00610 |
| | ) |
| v. | ) |
| | ) |
| A4A RÉSEAU INC., | ) |
| A4A NETWORK INC., | ) |
| MARC PARENT | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF PHILLIP BLEICHER

BEFORE ME, the undersigned authority, personally appeared PHILLIP BLEICHER, who being duly sworn, states that:

1. I am Phillip Bleicher. I am over eighteen (18) years of age and am otherwise *sui juris*.

2. I have personal knowledge of the facts stated herein.

3. I am self-employed as CEO of FLAVA WORKS, INC. ("Flava") an Illinois corporation duly organized and existing under Illinois law. I have been employed in this capacity since 2006.

4. Flava has one (1) main office in Illinois located at 3526 S. Prairie, Chicago, 606 (the "Chicago Office"). Flava has occupied the Chicago Office since April, 2015.

5. Flava's previous office address was 2610 North Miami Ave, Miami, FL 33127 and later 833 SW 14th Ave, Miami, FL. At all times relevant, Flava has also held an office at 933 W. Irving Park, Chicago, Illinois 60613.

6. Flava decided in October 2014 to move its full operations from Florida to Illinois.

7. Flava based its decision based on the fact that it deceased operations in Florida since July 2014.

8. Since October 2014, Flava has been in settlement negotiations with the Internal Revenue Service in Chicago.

9. Flava after settlement negotiations, Flava entered into a settlement April 15, 2015 with the Internal Revenue Service where it was only able to hold one office, and Flava only holds its office in Illinois pursuant to the Settlement.

10. At the time Flava held an office in Florida and Illinois, Flava's Florida office was only used to ship DVD's.

11. Flava's Illinois' office was used for all its business operations, including, but not limited to, editing and finalizing productions, marketing, promotions, website management and negotiating and entering contracts.

12. Flava has been incorporated in Illinois since April 16, 2015.

**AFFIANT FURTHER SAYETH NAUGHT.**

_____
PHILLIP BLEICHER

SWORN TO AND SUBSCRIBED before me this __5__ day of May, 2015 by _Phillip T. Bleicher_ who is personally known to me or who has produced _Illinois ID card_ as identification and who did/did not take an oath.

_____
NOTARY PUBLIC,
My Commission Expire _February 19, 2019_

OFFICIAL SEAL
ANTOINETTE GRIFFIN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:02/19/19

2