# EXHIBIT "E"



# CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | FLAVA WORKS INC. | **File Number** | 70135426 |
| **Status** | ACTIVE | | |
| **Entity Type** | CORPORATION | **Type of Corp** | DOMESTIC BCA |
| **Incorporation Date (Domestic)** | 04/16/2015 | **State** | ILLINOIS |
| **Agent Name** | PHILLIP BLEICHER | **Agent Change Date** | 04/16/2015 |
| **Agent Street Address** | 3526 S PRAIRIE AVE | **President Name & Address** | |
| **Agent City** | CHICAGO | **Secretary Name & Address** | |
| **Agent Zip** | 60653 | **Duration Date** | PERPETUAL |
| **Annual Report Filing Date** | 00/00/0000 | **For Year** | |

[Return to the Search Screen]    [Purchase Certificate of Good Standing]

(One Certificate per Transaction)

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE