**EXHIBIT "F"**

**From:** Phillip Bleicher <phil@flavaworks.com>
**Date:** July 23, 2015 at 12:53:52 AM EDT
**To:** marc@adam4adam.com, justin@adam4adam.com
**Subject: Sorry that you lost today....**

Sorry that you lost in court today, your attorney Bradley (who is a shady, untruthful lawyer that made many many false accusations) tried hard (and I bet billed you especially harder, probably in the tens of thousands) for today's hearing. The problem was, he was wrong, and he knew it. I bet he told you that you would win, yadda yadda yadda.

Well you did not. Congrats

The last few days he has filed so many redundant and unnecessary documents, not to mention outside the scope of this lawsuit, that your bills with him must be outrageous - and they will only go higher. Because he is arrogant and has a big ego, he thinks drowning someone in paperwork is the way to bury this case - but it's not, and only hurts you Marc.

He brought boxes and boxes full of papers and binders - and didn't get to use them. What a waste of trees!

Well I am sorry to inform you that even though I have not had the best luck in hiring attorneys, that has changed, our new legal team is strong and on POINT - and the best thing of all - we don't pay $450/hour, or even $150/ hour. Our legal team is on contingency. Yep!

That's unfortunate, because if you would of settled when we were negotiating a settlement you would not be shelling out all this money.

One last thing, I'm sure Bradley has told you something like you will your attorney's fees back....No your not.

Here is why (in three simple reasons)

1) We have a STRONG legitimate copyright and trademark claim (not some bit torrent troll) that we plan to litigate until trial;

2) We have NEW trademark and copyright claims that occurred recently (another one of those shady companies your running ads for is using our copyrights and trademarks and you know who they are).

3) You will not get any attorney's fees (even if awarded), because we have no money. Yep, we are broke, we owe the IRS and we have a settlement with them, after that, there is no money left. Any judgement you get for fees, you will not collect because we have no money. I bet Bradley will tell you we have a stash of money off shore or buried in our back yard, nope. Or he will tell you that he will bury us in paperwork so we can't afford to go to trial, Nope, that won't happen either.

What will happen, is you will continue to pay outrageous and unnecessary legal fees (helping Bradley buy his new boat), for something that was close to being settled in 2013.

Anyway, every time you write a check or wire Bradley money, remember all the money your pissing away when you could of settled this.

:)

******************************************************************
Phillip Bleicher
Flava Works, Inc.
PO BOX 2495
Chicago, IL 60690

Phone: 305-438-9450 Ext 305
Fax: 305-438-9470
Email: phil@flavaworks.com

******************************************************************
This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager.
******************************************************************