**EXHIBIT "H"**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-23208-CIV-LENARD/GOODMAN

FLAVA WORKS, INC.

        Plaintiff,
vs.

A4A RESEAU, INC.
A4A NETWORK, INC.
MARC PARENT

        Defendants.
_____/

### JOHN F. BRADLEY, ESQ.'S AFFIDAVIT IN SUPPORT OF MOTION FOR PROCEEDINGS SUPPLEMENTARY

I, John F. Bradley, Esq., being sworn, certify that the following statements are true:

1. My name is John F. Bradley and I am the counsel of record in the above-styled matter.

2. I represent Defendants/Judgment Creditors, A4A RESEAU, INC., a foreign corporation, A4A NETWORK, INC., a foreign corporation, and MARC PARENT, a foreign individual (collectively, the "Judgment Creditors").

3. On April 7th, 2015, Judgment Creditors obtained an Order Granting Defendants' Motion to Determine Reasonable Attorneys' Fees Awarded to Defendants against the Judgment Debtor in the amount of $28,060.57 awarded [DE-46].

4. As a result, Judgment Creditors currently hold an unsatisfied judgment against Plaintiff/Judgment Debtor FLAVA WORKS, INC. (the "Judgment Debtor") in the amount of $28,060.57.

5. In addition thereto, the accrued interest currently amounts to $327.75.

1

6.  A Writ of Execution has been issued [DE-50], and remains unsatisfied in its entirety.

7.  The execution is valid and outstanding.

8.  Upon this Affidavit and the Motion for Proceedings Supplementary, Judgment Creditors are entitled to these proceedings supplementary as a matter of law, including the recovery of costs and attorneys' fees pursuant to § 56.29(11), Fla. Stat.

I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this Affidavit and that the punishment for knowingly making a false statement includes fines and/or imprisonment.

Dated: this 24 day of July, 2015.

By: _____
John F. Bradley, Esq.
Fla. Bar No. 0779910
*Counsel for Judgment Debtors*
15 Northeast 13th Avenue
Fort Lauderdale, Fl 33301
Tel: (954) 523-6160

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to or affirmed and signed before me on 24 day of July, 2015, by John F. Bradley, Esq.

_____
NOTARY PUBLIC
Print Name: Betty Rinaldi

✓ ___ Personally known

___ Produced identification (type of identification produced _____).

2