**EXHIBIT "A"**

| | |
|---:|:---|
| **From:** | **Joanna Lubczanska** joanna@bradlegal.com |
| **Subject:** | Re: First Request For Production In Aid of Execution (14-cv-23208-JAL) |
| **Date:** | July 23, 2015 at 3:50 PM |
| **To:** | Matthew Zukowsky matthew.zukowsky@gmail.com |
| **Cc:** | John Bradley jb@bradlegal.com, Betty Rinaldi betty@bradlegal.com, joanna@bradlegal.com |



Further to my email and Defendants/Judgment Creditors' First Request for Production in Aid of Execution dated June 19, 2015, please advise whether Plaintiff/Judgment Debtor will respond thereto by close of business today, or whether a Motion to Compel will be necessary.

Thank you.

Sincerely,

**Joanna Lubczanska, Florida Registered Paralegal**
**BRADLEY LEGAL GROUP, P.A.**
**CREATIVE REPRESENTATION FOR THE ARTS & BEYOND (SM)**
15 Northeast 13th Avenue
Ft. Lauderdale, Florida 33301
Phone: (954) 523-6160
Fax: (954) 523-6190

[www.bradlegal.com](http://www.bradlegal.com)

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged.  If this information is received by anyone other than the named addressee(s), the recipient should immediately notify the sender by E-MAIL and by telephone (954) 523-6160 and delete the communication from any computer or network system.  In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s).  Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Bradley Legal Group, P.A. or  John F. Bradley, Esq. Additionally, to the extent that this transmission contains references to a disputed or litigated matter it is to be considered a confidential settlement communication unless otherwise specified in writing by the sender. Thank you.

> On Jun 19, 2015, at 11:37 AM, Joanna Lubczanska <joanna@bradlegal.com> wrote:
>
> See attached.
>
> <RTP (In Aid of Exe)_FINAL.pdf>
>
> Sincerely,
>
> **Joanna Lubczanska, Florida Registered Paralegal**
> **BRADLEY LEGAL GROUP, P.A.**
> **CREATIVE REPRESENTATION FOR THE ARTS & BEYOND (SM)**
> 15 Northeast 13th Avenue
> Ft. Lauderdale, Florida 33301
> Phone: (954) 523-6160
> Fax: (954) 523-6190
>
> [www.bradlegal.com](http://www.bradlegal.com)
>
> This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged.  If this information is received by anyone other than the named addressee(s), the recipient should immediately notify the sender by E-MAIL and by telephone (954) 523-6160 and delete the communication from any computer or network system.  In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s). Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Bradley Legal Group, P.A. or  John F. Bradley, Esq. Additionally, to the extent that this transmission contains references to a disputed or litigated matter it is to be considered a confidential settlement communication unless otherwise specified in writing by the sender. Thank you.