**EXHIBIT "B"**



The Copyright Office Online Public Catalog will NOT be available from 5:00pm on Friday, August 28 until 6:00am on Monday, August 31 due to a planned power outage for essential maintenance. See **News and Announcements** for more information.

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = PA0001668012
Search Results: Displaying 1 of 1 entries



*FlavaMen Senior Year.*

**Type of Work:** Motion Picture
**Registration Number / Date:** PA0001668012 / 2009-12-11
**Application Title:** FlavaMen Senior Year.
**Title:** FlavaMen Senior Year.
**Description:** Videodisc (DVD)
**Copyright Claimant:** Flava Works Inc. Address: 2610 NORTH MIAMI AVE, SUITE B, Miami, FL, 33127, United States.
**Date of Creation:** 2009
**Date of Publication:** 2009-12-01
**Nation of First Publication:** United States
**Authorship on Application:** Flava Works Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: direction/director.
**Rights and Permissions:** Phillip Bleicher, 2610 N Miami Ave, Suite B, Miami, FL, 33127, (305) 438-9450, support@flavaworks.com
**Names:** Flava Works Inc.





The Copyright Office Online Public Catalog will NOT be available from 5:00pm on Friday, August 28 until 6:00am on Monday, August 31 due to a planned power outage for essential maintenance. See **News and Announcements** for more information.

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0001861558
Search Results: Displaying 1 of 1 entries



*Cocodorm.com 2010.*

|  |  |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001861558 / 2010-06-24 |
| **Application Title:** | Cocodorm.com 2010. |
| **Title:** | Cocodorm.com 2010. |
| **Copyright Claimant:** | Phillip Bleicher. Address: 2610 N Miami Ave, Suite B, Miami, FL, 33127, United States. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-01-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Flava Works Inc. d.b.a. Flava Works Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: text, photograph(s) |
| **Rights and Permissions:** | Phillip Bleicher, Flava Works, Inc., 2610 N Miami Ave, Suite B, Miami, FL, 33127, United States, (305) 438-9450, support@flavaworks.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Bleicher, Phillip
Flava Works Inc.
Flava Works Inc. |







The Copyright Office Online Public Catalog will NOT be available from 5:00pm on Friday, August 28 until 6:00am on Monday, August 31 due to a planned power outage for essential maintenance. See **News and Announcements** for more information.

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Copyright Number = VA0001861561
Search Results: Displaying 1 of 1 entries



*FlavaMen.com 2010.*

|  |  |
|---:|:---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001861561 / 2010-06-24 |
| **Application Title:** | FlavaMen.com 2010. |
| **Title:** | FlavaMen.com 2010. |
| **Description:** | Text & photos on CD-ROM. |
| **Copyright Claimant:** | Flava Works Inc. d.b.a. Flava Works Inc. Address: 2610 N Miami Ave, Suite B, Miami, FL, 33127, United States. |
| **Date of Creation:** | 2010 |
| **Date of Publication:** | 2010-01-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Flava Works Inc. d.b.a. Flava Works Inc., employer for hire; Domicile: United States; Citizenship: United States. Authorship: text, photograph(s) |
| **Rights and Permissions:** | Phillip Bleicher, Flava Works, Inc., 2610 N Miami Ave, Suite B, Miami, FL, 33127, United States, (305) 438-9450, support@flavaworks.com |
| **Copyright Note:** | C.O. correspondence. |
| **Names:** | Flava Works Inc. |

