# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

**FLAVA WORKS, INC.**                    **CASE NO. 1:14-CV-23208-JAL**

**Plaintiffs,**

**v.**

**A4A RESUAU, INC.,**
**A4A NETWORK INC., and**
**MARC PARENT**

**Defendants.**
_____/

### PLAINTIFF'S NOTICE OF COMPLIANCE WITH ORDER DATED 7/24/2015 D.E. 58

FLAVA WORKS INC., by and through Undersigned Counsel, hereby notices This Honorable Court that its order dated 7/24/2015 and entered as docket entry 58, has been complied with to the best of FLAVA WORKS abilities and was complied with on day 45 to attempt to comply more thoroughly with the requirements of said order.

FLAVA WORKS INC., at this juncture is not able to produce its 2014 taxes, balance sheets, and profit and loss statements, which would help comply with the requirements of numbers 1, 5 & 7 on Florida Form 1.977.  FLAVA WORKS INC., Has suffered computer problems that lead them to ask for an extension in filing their Federal and State taxes until 9/15/2015. FLAVA WORKS will be calculating the actual profits and losses and reassembling data on such issues up to and including 9/15/2015. FLAVA WORKS was hoping by now the computer issues would be

resolved, data would be recompiled and that full compliance would be possible, however, despite efforts made by FLAVA WORKS, such has not occurred. FLAVA WORKS, will, in a timely fashion, mail to defendant's counsel its 2014 taxes, other required documentation and figures, once produced, and production is necessary to meet said tax deadline.

FLAVA WORKS has attempted to comply with numbers 2 & 3 of form 1.977, and has attached documents in compliance. However, FLAVA WORKS was unable to secure all of said documents, despite written and oral requests to banks, from said banks on time. However, attached to this Notice are Flava Works documented attempts to do so, for which it is still waiting on a response. Once FLAVA WORKS receives the documents from said banks, they will be mailed to the Defendant's Counsel in a timely fashion as well.

FLAVA WORKS sent to Defendant's Counsel by overnight mail all documents complying with this order, to the extent it was able to comply, on September 2, 2013. Proof of such is attached to this document.

Respectfully Submitted,

/s/Joshua H. Sheskin, Esq.
Joshua H. Sheskin, Esq.
Bar # 93028
JHS@SheskinLaw.com
Service@SheskinLaw.com
The Sheskin Firm
9424 SW 52nd Street
Cooper City, FL 33328
786-529-0420
Fax: 786-332-5349
Attorney for the Plaintiff

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was served via CM/ECF on 09/04/2015 on all counsel or parties of record on the Service List below.

<u>/s/Joshua H. Sheskin, Esq.</u>
Joshua H. Sheskin, Esq.
Bar # 93028
<u>JHS@SheskinLaw.com</u>
<u>Service@SheskinLaw.com</u>
The Sheskin Firm
9424 SW 52nd Street
Cooper City, FL 33328
786-529-0420
Fax: 786-332-5349
Attorney for the Plaintiff

**<u>SERVICE LIST</u>**

John F. Bradley, Esq.
Bar Number 0779919
Bradley Legal Group
15 Northeast 13th Ave.
Fort Lauderdale FL 33301
<u>Jb@bradlegal.com</u>
Tel: 954- 523-6160
Fax: 954-523-6190
Attorney for the Defendants