UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-23208-CIV-LENARD/GOODMAN

FLAVA WORKS, INC.,

    Plaintiff,
vs.

A4A RESEAU, INC., A4A NETWORK, INC.,
And MARC PARENT,

    Defendants.
_____/

### DEFENDANTS/JUDGMENT CREDITORS' REQUEST FOR JUDICIAL NOTICE RELATED TO ORDER [DE-58] AND IN OPPOSITION TO PLAINTIFF'S NOTICE OF COMPLIANCE THEREWITH [DE-71]

Defendants/Judgment Creditors, A4A RESEAU, INC., a foreign corporation, A4A NETWORK, INC., a foreign corporation, and MARC PARENT, a foreign individual (collectively, the "Judgment Creditors"), by and through their undersigned counsel, and pursuant to the Federal Rules of Civil Procedure and Fed. R. Evid. 201, respectfully request that the Court take judicial notice of certain adjudicative facts (1) related to this Court's Order [DE-58] ("Order") which granted Judgment Creditors' Motion to Compel Plaintiff/Judgment Debtor FLAVA WORKS, INC. ("FLAVA") to Complete Fact Information Sheet ("Fact Info. Sheet"); and (2) in opposition to FLAVA's Notice of Compliance therewith [DE-71] ("Notice").

1.     Pursuant to this Court's Order dated July 20, 2015, FLAVA was required to complete and serve the Fact Info. Sheet and its required attachments within forty-five (45) days of the Order, namely, by September 3, 2015. [DE-58].

2.     FLAVA's Notice dated September 2, 2015, alleged that the Order "has been complied with to the best of [FLAVA's] abilities" in that it suffered computer problems that

1

allegedly precluded it from filing its 2014 taxes until 9/15/15, and, further, that it has been unable to secure the copies of its banks statements and cancelled checks despite its written and oral request to banks "on time." [DE-71].

3. In support thereof, FLAVA provided copies of two (2) letters to its banks dated August 20, 2015, which listed the United States Postal Service ("USPS") tracking numbers. [DE-71-4].

4. FLAVA's attachments to its Fact Info. Sheet, which were received by the undersigned on September 3, 2015, included an additional letter to FLAVA's bank, Fifth Third Bank, also dated August 20, 2015, and bearing a USPS tracking number 9400 1102 0082 8710 7491 55. *See* **Exhibit "A"** hereto.

5. All three (3) letters' alleged date, August 20, 2015 (which reference FLAVA's contact with the banks only three (3) days prior thereto, on August 17, 2017), was thirty-one (31) days after this Court's subject Order dated July 20, 2015, allowing FLAVA forty-five (45) days for compliance therewith.

6. One category of adjudicative facts includes facts that can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201(b)(1). A court also may take judicial notice of public records. *Universal Express, Inc. v. U.S. Securities and Exchange Commission*, 177 Fed. Appx. 52, 53 (11th Cir. 2006). Judicial notice of appropriate adjudicative facts may be taken at any stage in a proceeding. Fed. R. Evid. 201(d). Courts have wide discretion to take judicial notice of facts. *Dippin' Dots, Inc.*, 369 F.3d at 1204; Fed. R. Evid. 201(c).

7. USPS's package tracking information, publically available at www.usps.com, can be accurately and readily determined, and its accuracy cannot reasonably be questioned.

*Bradley Legal Group, P.A.*, 15 Northeast 13th Avenue, Fort Lauderdale, FL 33301 (954) 523-6160

8. According to the records of the USPS, FLAVA's letter to PNC Bank dated August 20, 2015, bearing tracking number 9400 1102 0088 3745 2399 96 [DE-71-4], was tendered by a USPS Facility five (5) days after the letter's alleged date, on August 25, 2015, at 10:20 pm. The letter was delivered on Saturday, August 29, 2015, only two (2) business days before FLAVA's Notice alleging its written and oral request to banks "on time" and its best efforts to comply. *See* **Exhibit "B"** hereto.

9. Similarly, USPS records indicate that FLAVA's letter to TD Bank dated August 20, 2015 [DE-71-4], bearing tracking number 9400 1102 0088 3745 2409 61, was tendered by a USPS Facility six (6) days after the letter's alleged date, on August 26, 2015, at 12:25 am, and delivered to TD Bank on August 28, 2015, only two (2) business days before FLAVA's Notice. *See* **Exhibit "C"** hereto.

10. Likewise, USPS records indicate that FLAVA's letter to Fifth Third Bank dated August 20, 2015 (*Exhibit "A"*), bearing tracking number 9400 1102 0082 8710 7491 55, was tendered by a USPS Facility six (6) days after the letter's alleged date, on August 26, 2015, at 12:07 am, and delivered to Fifth Third Bank on August 28, 2015, only two (2) business days before FLAVA's Notice. *See* **Exhibit "D"** hereto.

11. Because the attached records are relevant to a determination of claims presented in this case, including, without limitation, FLAVA's compliance with this Court's Orders, and are not subject to reasonable dispute, judicial notice should be taken thereof.

//

//

//

Dated: September 4, 2015.                    Respectfully submitted,

                                       **BRADLEY LEGAL GROUP, P.A.**
*Counsel for Defendants/Judgment Creditors*
15 Northeast 13th Avenue
Fort Lauderdale, FL 33301
Tel: (954) 523-6160
Fax: (954) 523-6190

By:    /s/ John F. Bradley
       John F. Bradley, Esq.
       Fla. Bar No. 0779910
       jb@bradlegal.com

**CERTIFICATE OF SERVICE
OF ELECTRONIC FILING GENERATED BY CM/ECF**

I HEREBY CERTIFY that on this 4th day of September, 2015, I electronically filed the foregoing document with the Clerk of the Court using its CM/ECF System. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the following Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by this Court's CM/ECF System, or in some other authorized manner for those counsel or parties who are not authorized to electronically receive notice of electronic filing.

By:    /s/ John F. Bradley
       John F. Bradley, Esq.
       Fla. Bar No. 0779910
       jb@bradlegal.com

**SERVICE LIST**

Matthew Zukowsky, Esq.
matthew.zukowsky@gmail.com
*Attorney for Plaintiff*
Matthew H. Zukowsky, P.A.
4770 Biscayne Blvd., Ste. 700
Miami, FL 33137
Tel: (561) 445-9471
**Service via CM/ECF**

Ursula Christie Jackson, Esq.
Ujacksonlaw@aol.com
*Attorney for Plaintiff*
The Law Office of Ursula C. Jackson, PLLC
2525 Ponce De Leon Boulevard
Coral Gables, FL 33134
Tel: (855) 218-8456
**Service via CM/ECF**

Joshua H. Sheskin, Esq.
JHS@SheskinLaw.com
Service@SheskinLaw.com
*Attorney for Plaintiff*
The Sheskin Firm
9424 SW 52nd Street
Cooper City, FL 33328
Tel: 786-529-0420
Fax: 786-332-5349
**Service via CM/ECF**