**EXHIBIT "A"**



August 20, 2015

Fifth Third Bank
5050 Kingsley Drive
MD 1MOCOP
Cincinnati, OH 45263
Sent Via USPS: 9400 1102 0082 8710 7491 55

RE: Tax ID: 20-1837529

To whom it may concern:

We contacted your office on August 17, 2015 and Shemisha told us to put our request in writing Please provide us – Flava Works, Inc. – Tax ID number 20-1837529, with copies of our Fifth Third Bank Statements for January 2012 until the account close date of October 2013.

We only had one checking account with Fifth Third – Account number 7432630767.

Please also supply us with copies of all canceled checks during that period as the statements do not have check images attached to them.

Our previous address that you have on file was 2610 North Miami Ave, Miami FL 33127 but we have since moved – please send to Post Office Box 2495, Chicago IL 60690.

If there is any fee involved, please let us know so we may make arrangements.

We need this information for litigation we have in U.S. District Court for the southern District of Florida so we may complete form 1.977 as we are required to do so.

Should you have any questions, I can be reached by email at phil@flavaworks.com or by telephone at 305-438-9450 Ext 305

Sincerely,

Phillip Bleicher
CEO
Flava Works, Inc.