**EXHIBIT "B"**

English | Customer Service | USPS Mobile | Register / Sign In

USPS.COM

# USPS Tracking®

**Customer Service ›**
Have questions? We're here to help.

**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** 9400110200883745239996

# Delivered

**Updated Delivery Day:** Saturday, August 29, 2015

## Product & Tracking Information

**Postal Product:**
First-Class Package Service

**Features:**
USPS Tracking™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **August 29, 2015 , 9:17 am** | **Delivered, In/At Mailbox** | **PITTSBURGH, PA 15222** |
| Your item was delivered in or at the mailbox at 9:17 am on August 29, 2015 in PITTSBURGH, PA 15222. | | |
| August 29, 2015 , 5:50 am | Arrived at Post Office | PITTSBURGH, PA 15212 |
| August 28, 2015 , 8:34 pm | Departed USPS Facility | PITTSBURGH, PA 15290 |
| August 28, 2015 , 12:54 pm | Arrived at USPS Destination Facility | PITTSBURGH, PA 15290 |
| August 26, 2015 , 3:02 am | Departed USPS Facility | BEDFORD PARK, IL 60499 |
| August 25, 2015 , 10:20 pm | Arrived at USPS Facility | BEDFORD PARK, IL 60499 |
| August 20, 2015 | Pre-Shipment Info Sent to USPS | |

## Available Actions

Text Updates

Email Updates

## Track Another Package

**Tracking (or receipt) number**

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**

USPS.COM

Search or Enter a Tracking Number

