**EXHIBIT "C"**

English | Customer Service | USPS Mobile | Register / Sign In

USPS.COM

# USPS Tracking®

**Customer Service ›**
Have questions? We're here to help.

**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** 9400110200883745240961

Delivered

## Product & Tracking Information

**Postal Product:** First-Class Package Service

**Features:** USPS Tracking™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **August 28, 2015 , 9:42 am** | Delivered | **CHERRY HILL, NJ 08034** |
| Your item was delivered at 9:42 am on August 28, 2015 in CHERRY HILL, NJ 08034. | | |
| August 27, 2015 , 11:36 am | Departed USPS Facility | BELLMAWR, NJ 08031 |
| August 27, 2015 , 9:14 am | Arrived at USPS Destination Facility | BELLMAWR, NJ 08031 |
| August 26, 2015 , 3:02 am | Departed USPS Facility | BEDFORD PARK, IL 60499 |
| August 26, 2015 , 12:25 am | Arrived at USPS Facility | BEDFORD PARK, IL 60499 |
| August 20, 2015 | Pre-Shipment Info Sent to USPS | |

## Available Actions

Text Updates

Email Updates

## Track Another Package

**Tracking (or receipt) number**

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**

USPS.COM

Search or Enter a Tracking Number

