**EXHIBIT "D"**

English | Customer Service | USPS Mobile | Register / Sign In

USPS.COM

# USPS Tracking®

**Customer Service ›**
Have questions? We're here to help.

**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number:** 9400110200828710749155

# Delivered

**Updated Delivery Day:** Friday, August 28, 2015

## Product & Tracking Information

**Postal Product:**
First-Class Package Service

**Features:**
USPS Tracking™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **August 28, 2015 , 10:40 am** | **Delivered** | **CINCINNATI, OH 45227** |
| Your item was delivered at 10:40 am on August 28, 2015 in CINCINNATI, OH 45227. | | |
| August 28, 2015 , 9:05 am | Out for Delivery | CINCINNATI, OH 45227 |
| August 28, 2015 , 8:55 am | Sorting Complete | CINCINNATI, OH 45227 |
| August 28, 2015 , 8:54 am | Arrived at Post Office | CINCINNATI, OH 45227 |
| August 26, 2015 , 9:12 pm | Departed USPS Facility | CINCINNATI, OH 45234 |
| August 26, 2015 , 2:00 pm | Arrived at USPS Destination Facility | CINCINNATI, OH 45234 |
| August 26, 2015 , 3:02 am | Departed USPS Facility | BEDFORD PARK, IL 60499 |
| August 26, 2015 , 12:07 am | Arrived at USPS Facility | BEDFORD PARK, IL 60499 |
| August 21, 2015 | Pre-Shipment Info Sent to USPS | |
| August 20, 2015 , 9:29 pm | Shipping Label Created | CHICAGO, IL 60653 |

## Available Actions

Text Updates

Email Updates

## Track Another Package

**Tracking (or receipt) number**

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**

USPS.COM

Search or Enter a Tracking Number

