UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-23208-CIV-LENARD/GOODMAN

FLAVA WORKS, INC.,

    Plaintiff,
vs.

A4A RESEAU, INC., A4A NETWORK, INC.,
And MARC PARENT,

    Defendants.
_____/

## AMENDED NOTICE OF HEARING

PLEASE TAKE NOTICE that the following discovery disputes have been set for hearing by Defendants/Judgment Creditors, A4A RESEAU, INC., a foreign corporation, A4A NETWORK, INC., a foreign corporation, and MARC PARENT, a foreign individual (collectively, the "Judgment Creditors"), on **Friday, November 20, 2015, at 4:30 p.m**. before the Honorable Jonathan Goodman, United States District Magistrate Judge, in Courtroom 1168, at the James Lawrence King Federal Justice Building, 99 Northeast Fourth Street, Miami, Florida 33132.

1. In compliance with the **Order Granting Motion to Compel Plaintiff/Judgment Debtor to Complete Fla. R. Civ. P. Form 1.977 – Fact Information Sheet [DE-58]**, Plaintiff/Judgment Debtor FLAVA WORKS, INC. ("FLAVA") served upon Judgment Creditors a Fact Info Sheet with attachments thereto. The following issues remain outstanding:

    a. **Redactions:** the latest bank statements and cancelled checks, from TD Bank, from December 2014 through July 2015, have been redacted as to all payee

1

information. However, FLAVA was ordered [DE-58] to complete Fact Info Sheet with all required attachments, specifically without any limitations of the scope of the Fact Info Sheet. Furthermore, Judgment Creditors are unable to ascertain whether FLAVA has been attempting to hide its assets via fraudulent transfers. Judgment Creditors find FLAVA's proposal for in camera inspection insufficient;

b. **The most recent banking information** produced, from August 2015, almost three months ago, is no longer the most current. Because FLAVA delayed its compliance with the Court's Order dated July 20, 2015 [DE-58], which required FLAVA to produce bank statements and cancelled checks by September 3, 2015, Judgment Creditors should not be prejudiced thereby and denied access to the most recent and pertinent banking information.

2. **Judgment Creditors' Motion to Compel a Discovery Response to First Request for Production In Aid of Execution [DE-60]**[1] along with the following:

   a. FLAVA's untimely Objections in [DE-63] at pp. 18, 19 as to "most" requests:

      i. General objections: irrelevant, overly broad;

      ii. Definition and Instruction No. 13: overly broad as to time;

      iii. Requests Nos. 3-20, 22: overly broad as to time.

   b. FLAVA's failure to provide any responses, including to Requests Nos. 1, 2, 21, 23-16, which FLAVA has not objected.[2]

---

[1] Filed prior to the Orders Referring to Magistrate Judge [DE-62, 72] or the Discovery Procedures Order [DE-68].
[2] Although some of the documents, which FLAVA produced responsive to the Fact Info Sheet, appear to be partially responsive to some of requests, FLAVA has failed to provide any response that would indicate and specify accordingly.

2

    c. Any and all unspecified "additional objections to some of the documents requested to be produced," [DE-64] at p. 6.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1, I hereby certify that, since the initial Notice of Hearing [DE-83], counsel for the movant has made reasonable efforts to confer with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the outstanding issues listed above as follows:

a. On November 13, 2015, by emailing FLAVA, which responded as follows:

    i. Redactions: FLAVA "wishes to protect the privacy interests of [its] customers and business associates." FLAVA then advised on November 17, 2015, that it is willing to permit in camera inspection.

    ii. FLAVA alleged that Motion to Compel [DE-60] and FLAVA's Objections [DE-63, 64] pertain to the documents that have already been provided or should be provided by PNC Bank. FLAVA is incorrect because the outstanding Motion to Compel [DE-60] pertains to the First Request for Production in Aid of Execution, which far exceeds the scope of the documents required by the the Fact Info Sheet (which was the subject of an order on another motion to compel).

b. On November 18, 2015, Judgment Creditors attempted to resolve the outstanding issues again. On November 19, 2015, the counsel for the parties conducted a telephonic conferral conference. FLAVA's counsel indicated that, while he agrees with the Judgment-Creditors' entitlement to the outstanding documents listed above, he has been unable to secure his client's compliance therewith.

c. Nevertheless, FLAVA indicated that it "will still produce documents within ten days of a Court Order, or Defendant withdrawing [the subject motion]…" (*see* [DE-63] at FN-2), indicating that the outstanding issues may not be resolved without the Court's intervention.

//

//

//

//

Dated: November 19, 2015.                              **BRADLEY LEGAL GROUP, P.A.**

*Counsel for Defendants/Judgment Creditors*
15 Northeast 13th Avenue
Fort Lauderdale, Fl 33301
Tel: (954) 523-6160
Fax: (954) 523-6190

By:   /s/ John F. Bradley
      John F. Bradley, Esq.
      Fla. Bar No. 0779910
      jb@bradlegal.com

**CERTIFICATE OF SERVICE
OF ELECTRONIC FILING GENERATED BY CM/ECF**

I HEREBY CERTIFY that on this 19 day of November, 2015, I electronically filed the foregoing document with the Clerk of the Court using its CM/ECF System. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the following Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by this Court's CM/ECF System, or in some other authorized manner for those counsel or parties who are not authorized to electronically receive notice of electronic filing.

By:   /s/ John F. Bradley
      John F. Bradley, Esq.
      Fla. Bar No. 0779910
      jb@bradlegal.com

**SERVICE LIST**

Michael Gulisano, Esq.
gulisanomichael@gmail.com
*Attorney for Plaintiff*
5613 NW 117th Ave.
Coral Springs, FL 33076
Tel: (561) 271-1678
**Service via CM/ECF**

Ursula Christie Jackson, Esq.
Ujacksonlaw@aol.com
*Attorney for Plaintiff*
The Law Office of Ursula C. Jackson, PLLC
2525 Ponce De Leon Boulevard
Coral Gables, FL 33134
Tel: (855) 218-8456
**Service via CM/ECF**

*Bradley Legal Group, P.A.*, 15 Northeast 13th Avenue, Fort Lauderdale, FL 33301 (954) 523-6160