**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

FLAVA WORKS, INC.,                                   CASE NO.: 1:14-cv-23208-JAL

      Plaintiff,

v.

A4A RESEAU, INC. ET AL.,

      Defendants.

_____/

## MOTION TO WITHDRAW AS PLAINTIFF'S COUNSEL

The undersigned, current counsel for Plaintiff, Flava Works, Inc. (the "Plaintiff"), files this Motion to Withdraw as Plaintiff's Counsel and requests that Michael Gulisano, Esquire be removed as counsel for the Plaintiff and relieved of all further responsibility as counsel in the above-styled case. The Plaintiff has refused to follow the advice of the undersigned, resulting in irreconcilable differences. Additionally, the undersigned has developed a conflict of interest that precludes further representation of the Plaintiff in this matter.

      **RESPECTFULLY SUBMITTED** this 19th day of November 2015.

                                             _____s/Michael Gulisano_____
                                           MICHAEL GULISANO, ESQUIRE
                                           Fla. Bar No. 87573
                                           5613 NW 117th Ave.
                                           Coral Springs, FL 33076
                                           561-271-1678
                                           gulisanomichael@gmail.com