**EXHIBIT "A"**

# BRADLEY | LEGAL GROUP P.A.

*Litigation – Intellectual Property – Entertainment – New Media - Mediation*

John F. Bradley, Esq.
*Admitted to Practice in Florida and Tennessee*

15 Northeast 13th Ave.
Ft Lauderdale, FL 33301
P 954.523.6160
F 954.523.6190
www.bradlegal.com

*Of Counsel:*
Geoffrey Robinson, Esq.
Dan Polley, Esq.

March 21, 2018

Ms. Juneitha Shambee                                             Email: jshambeelaw@gmail.com
Shambee Law Office Ltd.
Chicago, Illinois

    Re: A4A Reseau, Inc. and Marc Parent adv. Flava Works, Inc.

Dear Ms. Shambee:

  Please find attached copies of our billing records from March 2015 to present in the first litigation case (referred to on the invoices as "Miami1"). Those records support the basis of our client's claims for reasonable attorney's fees and costs during that period per Order of the Court.

  You will note redactions throughout. The redaction of the billing entry <u>and</u> the billing time/fee indicates that the billing was for one of the other files (the Declaratory Relief action or the Chicago action) which are <u>not</u> included in this billing. Where a single billing entry included time for other cases, the portion attributable to the other cases has been removed and the net time for this case has been hand written and circled to the right of the billing entry. The related documents including our communications and filings with the Court are referenced throughout the billing. As you have been involved during that whole time, I am confident that you will have copies and access to them on Pacer.

  Please let me know when you would like to schedule a phone conference. Thanking you for your attention to this matter, I am,

         Sincerely yours,

         **BRADLEY LEGAL GROUP, P.A.**

         By _____
            John F. Bradley, Esq.

JB/br
Encls.