**EXHIBIT "B"**

**Subject:** A4A - Flava - meet and confer follow up
**Date:** Tuesday, March 27, 2018 at 4:56:08 PM Eastern Daylight Time
**From:** John F. Bradley
**To:** Juneitha Shambee

Ms. Shambee:
This letter is sent following our earlier email from March 21, 2018.
Since then we have been waiting and available in good faith to conduct our court ordered meet and confer phone conference with you.

We have not received any communication from you in response to it before this morning, almost a week later, with the time to act on Saturday.
Per my earlier email I advised that I would make myself available today and tomorrow but I am travelling Thursday.
The Judge and Magistrate were pretty clear that this was to happen on the time frame required twice.
This is an important matter seeking judgment for attorneys' fees and costs in excess of $100,000.

We request you revisit your good faith options to connect via phone or Skype today or tomorrow.
It would be hard to believe that you cannot find Internet access.
We hope to hear from your soon.
Best,
JB

Best,
JB


JOHN F. BRADLEY, ESQ.
BRADLEY LEGAL GROUP, P.A.
CREATIVE REPRESENTATION FOR THE ARTS & BEYOND SM

15 Northeast 13th Avenue, Ft. Lauderdale, Florida 33301
Phone: (954) 523-6160  Fax: (954) 523-6190
www.bradlegal.com

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged.  If this information is received by anyone other than the named addressee(s), the recipient should immediately notify the sender by E-MAIL and by telephone (954) 523-6160 and delete the communication from any computer or network system.  In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s). Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Bradley Legal Group, P.A. or  John F. Bradley, Esq. Additionally, to the extent that this transmission contains references to a disputed or litigated matter it is to be considered a confidential settlement communication unless otherwise specified in writing by the sender. Thank you.