**EXHIBIT "C"**

**From:** "John F. Bradley" <jb@bradlegal.com>
**Date:** Monday, April 2, 2018 at 10:45 AM
**To:** Joanna Lubczanska <joanna@bradlegal.com>
**Subject:** FW: A4a - flava - Re: Meet and Confer

Joanna:
The following was the last email chain from opposing.
I never heard back from her since my Friday email.
I called her office 773-741-3602 at 1037 am today (no answer – left voicemail)
I also called her cell 312-983-0041 at 1039 am (no answer – also left voicemail)

I think we need to do a notice to the court of all of our efforts w no response from opposing (except emails from day afternoon)
Think we need to request opportunity to just file the motion or if the court wants a mediation for flava to pay for our client's travel accommodations and the mediator to do so.

Best,
JB

**JOHN F. BRADLEY, ESQ.**
**BRADLEY LEGAL GROUP, P.A.**
*CREATIVE REPRESENTATION FOR THE ARTS & BEYOND SM*
15 Northeast 13th Avenue,
Ft. Lauderdale, Florida 33301
Phone: (954) 523-6160
www.bradlegal.com

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If this information is received by anyone other than the named addressee(s), the recipient should immediately notify the sender by E-MAIL and by telephone (954) 523-6160 and delete the communication from any computer or network system. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s). Although this E-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Bradley Legal Group, P.A. or  John F. Bradley, Esq. Additionally, to the extent that this transmission contains references to a disputed or litigated matter it is to be considered a confidential settlement communication unless otherwise specified in writing by the sender. Thank you.

**From:** "John F. Bradley" <jb@bradlegal.com>

Date: Friday, March 30, 2018 at 9:38 PM
To: Juneitha Shambee <shambeelaw@gmail.com>
Subject: Re: A4a - flava - Re: Meet and Confer

I tried to set up our call since
Last Wednesday as I am a sea yesterday through Sunday. Perhaps you will send me an email sometime indicating the areas of agreement in the sixty pages of billing you have had for the last nine days.

Regards,
JB


John F. Bradley
BRADLEY LEGAL GROUP, P.A.
15 Northeast 13th Ave.
Fort Lauderdale, FL 33301
www.bradlegal.com
954 523-6160


On Mar 30, 2018, at 1:35 PM, Juneitha Shambee <shambeelaw@gmail.com> wrote:

> If you have the option today from where you are, I suggest that same option to you to speak today.
>
> Juneitha Shambee, Esq.
> Shambee Law Office, Ltd
> shambeelaw@gmail.com
> juneitha@shambeelaw.com
> 773-741-3602 (O)
> 312-983-0041 (C)
> Illinois | Florida
>
> _____
>
> **DISCLAIMER  This e-mail and any attachments are intended only for the individual(s) or company to which it is addressed and may contain information which is privileged, confidential and prohibited from disclosure or unauthorized use under applicable law. If you are not the intended recipient of this e-mail, you are hereby notified that any use, dissemination, or copying of this e-mail or the information contained in this e-mail is strictly prohibited by the sender. If you have received this transmission in error, please return the material received to the sender and delete all copies from your system.
>
> On Tue, Mar 27, 2018 at 8:12 AM, John F. Bradley <jb@bradlegal.com> wrote:
>> Thursday is not available for
>> Me.  May I suggest you use
>> Skype today or tomorrow.
>>
>> Regards,
>> JB

> John F. Bradley
> BRADLEY LEGAL GROUP, P.A.
> [15 Northeast 13th Ave.](#)
> [Fort Lauderdale, FL 33301](#)
> [www.bradlegal.com](#)
> [954 523-6160](#)
>
>
> On Mar 27, 2018, at 8:53 AM, Juneitha Shambee <[shambeelaw@gmail.com](#)> wrote:
>
>> I'm out the country now and won't be back until Thursday morning. I have limited email access now.
>>
>> On Tue, Mar 27, 2018, 8:51 AM John F. Bradley <[jb@bradlegal.com](#)> wrote:
>>
>>> I will be out of the country Thursday and Friday and unavailable.  I can arrange it today or tomorrow.
>>> Regards,
>>> JB
>>>
>>>
>>> John F. Bradley
>>> BRADLEY LEGAL GROUP, P.A.
>>> [15 Northeast 13th Ave.](#)
>>> [Fort Lauderdale, FL 33301](#)
>>> [www.bradlegal.com](#)
>>> [954 523-6160](#)
>>>
>>>
>>> On Mar 27, 2018, at 8:45 AM, Juneitha Shambee <[shambeelaw@gmail.com](#)> wrote:
>>>
>>>> Counsel,
>>>>
>>>> We can talk about this via phone on Thursday. Please give me a time that is good for you to speak, preferably morning to afternoon.
>>>>
>>>> Thank you,