**EXHIBIT "E"**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-23208-CIV-LENARD/GOODMAN

FLAVA WORKS, INC.,

    Plaintiff,

vs.

A4A RESEAU, INC., A4A NETWORK, INC.,
and MARC PARENT,

    Defendants.
_____/

**AFFIDAVIT OF DIANE BELLAVANCE, ESQ. IN SUPPORT OF
DEFENDANTS' MOTION TO DETERMINE REASONABLENESS
OF ATTORNEYS' FEES, COSTS, AND INTEREST**

**PROVINCE OF QUEBEC**
**MONTREAL, CANADA**

    **BEFORE ME** the undersigned authority personally appeared Diane Bellavance, Esq., who, under oath, deposes and states as follows:

    1.    I am an attorney at law licensed in the Province of Quebec, Canada, practicing in Montreal since 1988.

    2.    I am Defendants' Canadian general corporate counsel, as Defendant, A4A RESEAU INC., is a Canadian entity. I assist in the defense of this litigation with lead counsel Bradley Legal Group, P.A. I represent the Defendants together with attorney Michael Fattorosi, Esq., who is Defendants' United States general counsel. I have served as Defendants' general counsel for approximately five (5) years.

    3.    I have been personally involved in all facets of this litigation.

4. I have reviewed the pleadings and file regarding this matter as well as the Motion to Determine Reasonableness of Attorney's Fees, Costs, and Interest filed herein.

5. I am familiar with the prevailing case law on reasonableness of claimed attorneys' fees including *Norman v. Hous. Auth. Of City of Montgomery*, 836 F.2d 1292, 1299 (11th Cir. 1988) and *Florida Patient's Compensation Fund v. Rowe*, 472 So.2d 1145, 1150-1152 (Fla. 1985). Applying the reasonableness analysis to this case, I find that the time spent in response to Plaintiff's post-judgment actions in this litigation leading up to the award of reasonable attorneys' fees with regard to this matter to have been reasonable.

6. As to the first element in the "lodestar" analysis my hourly rate is $285.48 per hour (in U.S. Dollars). My rate in Canadian Dollars is $360 per hour, and I have applied an exchange rate of 0.79. I have thirty (30) years of experience in intellectual property law. Intellectual property law is the primary focus of my law practice. A copy of my biography is attached as *Exhibit 1* hereto.

7. As to the second element in the "lodestar" analysis (reasonableness of time spent on the matter), it is my opinion that the attorney's fees are reasonable in connection with the matter based upon the complexity of the matter, legal issues involved and volume of work required in response to Plaintiff's actions. *Norman v. Hous. Auth. Of City of Montgomery*, 836 F.2d 1292, 1299, 1302 (11th Cir. 1988).

8. I personally prepared and reviewed the billing for myself through my firm Morency Societe d'avocats, which is *Exhibit 2* to this Affidavit. The billing is accurate. The billing is redacted to exclude matters not related to this action. My total billing is Five Thousand One Hundred Fifty Six Dollars and Sixty-Three Cents ($5,156.63).

9. I have also reviewed the billing from Bradley Legal Group, P.A. and attorney Fattorosi. I found the number of hours billed by each of those attorneys to be reasonable.

10. It is my opinion that the attorney's fees from all of Defendants' counsel are reasonable, if not low, in connection with the matter based upon its complexity, the volume of the work required and the results obtained as well as other "lodestar" factors which are appropriate in this jurisdiction.

FURTHER AFFIANT NAUGHT.

_____
Diane Bellavance

**PROVINCE OF QUEBEC**
**MONTREAL, CANADA**

SWORN TO AND SUBSCRIBED before me this 11th day of April, 2018, by Diane Bellavance, who is personally known to me, regarding the attached instruments described in the Affidavit, and to whose signature this notarization applies.

_____
Notary Public Signature

[Seal: Commissioner of Oaths, SUZETH WESTRES, # 207649, for Quebec and outside of Quebec]

Suzeth Westres
Notary Public Printed Name

My Commission Expires: 13 May 2020

3

# PROFESSIONAL PROFILE

## Diane Bellavance, Attorney, Trademark Agent and Source Code Escrow Agent



**Diane Bellavance is an attorney specialized in business law and intellectual property law (patents, trademarks, copyrights & designs). She is a Trademark Agent and a specialist in creation, innovation and Information Technology laws.**

### Her Clients, Generators of Growth

Ms Bellavance provides services to companies with intellectual property, creation and innovation as business assets, either locally or companies wishing to set up business in Canada (Quebec), including services to attorneys.

### State-of-the-Art Expertise

Ms Bellavance focuses on:

Business Agreements & Transactions
Information technology Agreements
M&A
Licensing, Franchising
Distribution and Partnerships
Strategic Alliances
R&D, MTA Agreements
LOI, NDA, MOU
Marketing Agreements
Protection of Intellectual Property
Trademark Registration and prosecution
Source Codes Escrow
Legal & Tax Reorganisations
VC Financing and Private Investments, crowdfunding
International Transactions
Quebec Civil Laws & French Language Laws
IP Litigation & Anton Piller

### Her approach
Practical and efficient services for long term growth & success of clients.

### Readily Acknowledged

**Conferences**
Ms Bellavance regularly lectures to various businesses, trade associations, Universities (UQAM, ETS & McGill) on business law, Tech M&A, intellectual property, licensing, international law and strategic alliances.

**Board of Directors**
She regularly serves on Boards of non-profit corporations & advisory committees of SME.

Past President of the Alumni Association of Université du Québec à Montréal, Canadian Technology Network & of FDEM a venture capital fund for start-ups.

### Membership

American Bar Association
Licensing Executive Society
Intellectual Property Institute of Canada
Canadian Bar Association
ADRIQ/RCTi

### Academics

University of Quebec, Law 1986
Quebec Bar 1988

### Business

Ms Bellavance has hands-on business experience, having owned a clothing manufacturing company in the nineties.

**MORENCY**
SOCIÉTÉ D'AVOCATS

Member of **Globalaw**

500 Place D'Armes Suite 2500
Montreal, Quebec
Canada, H2Y 2W2

T : 514-845-3533 x 2223
Fax: 514-845-9522

dbellavance@morencylaw.com
www.morencyavocats.com

### Morency experts

Morency is a 60 lawyer firm which provides expertise in the areas of Tax, M&A, Financing, IP & other business law related expertises, including labour and administrative law. Morency has an important litigation group. Real Expertise with mid-market rates.

# MORENCY, SOCIÉTÉ D'AVOCATS

Invoice number : 0000134512
September 30th, 2015

**A4A NETWORK INC.**
C/o : Mr. Marc Parent
1473, Wolfe Street
Montreal (Quebec)  H2L 3J5

## FEES ACCOUNT
August 2015

Our File :   A4A Network inc. -c- Flava Works, Inc. RE: American Litigation
70422 - 704220015

08/03/2015   Conference calls and negotiation between Me Bellavance and American attorneys;

08/10/2015   Numerous conference calls between Me Bellavance and John Bradley; Review by Me Bellavance of file and status and reporting to Mr. Parent and Mr. Lemonde;

**Fees total :**                                                                         1 400,00 $

**Invoice total :**

FEES :                                                                                    1 400,00 $

SUBTOTAL :                                                                                1 400,00 $

G.S.T. : 117140046                                                                            70,00 $
Q.S.T. : 1006538700                                                                          139,65 $

**TOTAL :**                                                                            **1 609,65 $**



# MORENCY, SOCIÉTÉ D'AVOCATS

Invoice number : 0000143107
June 28th, 2016

**A4A NETWORK INC.**
C/o : Mr. Marc Parent
1473, Wolfe Street
Montreal (Quebec)  H2L 3J5

**FEES ACCOUNT**
November 2015 To March 2016

Our File :   A4A Network inc. -c- Flava Works, Inc. RE: American Litigation
70422 - 704220015

| | |
|---|---|
| 11/03/2015 | Review by Me Bellavance of various emails on images on A4A's website & Flavaworks' claim; |
| 11/20/2015 | Organizing and participating in conference call with lawyers and Messrs. Parent and Lemonde; |
| 11/24/2015 | Follow-up by Me Diane Bellavance on file status; |
| 12/11/2015 | Preparation by Me Diane Bellavance and participating in conference call with lawyers and clients; |
| 12/15/2015 | Review by Me Diane Bellavance of follow-up by John Bradley and transfer to file; |
| 12/16/2015 | Revew by Ms. Bellavance of legal procedure; follow-up with Mr. Bradley for invoice and work instructions to assistant; Discussion with Mr. Lemonde on strategy. |
| 12/17/2015 | Discussion between Ms. Diane Bellavance and Mr. Vincent Lemonde; discussion between Ms. Bellavance and Mr. John bradley re: settlement strategy with Flavawork. |
| 12/22/2015 | Telephone conversation between Ms. Diane Bellavance and Mr. Bradley. |
| 02/01/2016 | Conference call between Me Diane Bellavance, Mr. Bradley, Mr. Vincent Lemonde, Mr. Michael Fattorosi et Ms Joanna Lubczanska. |
| 03/01/2016 | Telephone meeting with Me D. Bellavance and V. Lemonde, re: Flava and other files such as data room and Mangeek. |
| 03/10/2016 | Review by Me Diane Bellavance of recent emails and of certain legal procedures in the Miami district against owner of Flavaworks and question to Mr. Bradley. |

MONTRÉAL  500, place d'Armes, 25e étage, Montréal (Québec) H2Y 2W2  t 514 845-3533  f 514 845-9522



| Date | Description | Amount |
|---|---|---|
| 03/14/2016 | Review by Me Diane Bellavance of emails between A4A and Mr. Bradley. | |
| 03/15/2016 | Review by Me Diane Bellavance of Bradley status report. | |
| | **Fees total :** | 2 240,00 $ |

**Invoice total :**

| | | |
|---|---|---|
| | FEES : | 2 240,00 $ |
| | SUBTOTAL : | 2 240,00 $ |
| | G.S.T. : 117140046 | 112,00 $ |
| | Q.S.T. : 1006538700 | 223,44 $ |
| | **TOTAL :** | **2 575,44 $** |

# MORENCY, SOCIÉTÉ D'AVOCATS

Invoice number : 0000129721
April 22nd, 2015

**A4A NETWORK INC.**
C/o : Mr. Marc Parent
1473, Wolfe Street
Montreal (Quebec)  H2L 3J5

**FEES ACCOUNT**
March 2015 To April 2015

Our File :   A4A Network inc. -c- Flava Works, Inc. RE: American Litigation
70422 - 704220015

| | | |
|---|---|---|
| 03/16/2015 | Review by Me Bellavance of updated version of affidavit prepared by Mr. Bradley for claim of our legal fees Notorazation of affidavit; | |
| 03/16/2015 | Reception by Me Coulombe of signature of affidavit to claim legal fees; | |
| 03/27/2015 | Email exchange and discussion between Me Bellavance and Mr. Parent; | |
| 03/31/2015 | Telephone consultation between Me Bellavance and John Bradley, re: teenrevenus new business proposal; | |
| 04/02/2015 | Telephone meeting between Diane Bellavance and Mr. Parent re:Teenrevenues; telephone conversation between Diane Bellavance and V. Lemonde on reasons why not to deal with Teenrevenues; | |
| | **Fees total :** | 845,00 $ |

**Invoice total :**

| | |
|---|---|
| FEES : | 845,00 $ |
| SUBTOTAL : | 845,00 $ |
| G.S.T. : 117140046 | 42,25 $ |
| Q.S.T. :  1006538700 | 84,29 $ |
| **TOTAL :** | **971,54 $** |



MONTRÉAL   500, place d'Armes, 25e étage, Montréal (Québec) H2Y 2W2   T **514 845-3533**   F 514 845-9522