**EXHIBIT "F"**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-23208-CIV-LENARD/GOODMAN

FLAVA WORKS, INC.,

    Plaintiff,
vs.

A4A RESEAU, INC., A4A NETWORK, INC.,
and MARC PARENT,

    Defendants.
_____/

**AFFIDAVIT OF MICHAEL FATTOROSI, ESQ. IN SUPPORT OF**
**DEFENDANTS' MOTION TO DETERMINE REASONABLENESS**
**OF ATTORNEYS' FEES, COSTS, AND INTEREST**

**STATE OF CALIFORNIA**
**COUNTY OF LOS ANGELES**

**BEFORE ME** the undersigned authority personally appeared Michael Fattorosi, Esq., who, under oath, deposes and states as follows:

1. I am an attorney at law licensed in the State of California since 1997.

2. I am Defendants' United States corporate counsel and assist in the defense of this litigation with lead counsel Bradley Legal Group, P.A. I represent the Defendants together with attorney Diane Bellavance, Esq. from Canada, who is Defendants' primary corporate counsel. I have served as Defendants' United States counsel for approximately eight (8) years.

3. I have been personally involved in all facets of this litigation.

4. I have reviewed the pleadings and file regarding this matter as well as the Motion to Determine Reasonableness of Attorney's Fees, Costs, and Interest filed herein.

1

5. I am familiar with the prevailing case law on reasonableness of claimed attorneys' fees including *Norman v. Hous. Auth. Of City of Montgomery*, 836 F.2d 1292, 1299 (11th Cir. 1988) and *Florida Patient's Compensation Fund v. Rowe*, 472 So.2d 1145, 1150-1152 (Fla. 1985). Applying the reasonableness analysis to this case, I find that the time spent in response to Plaintiff's post-judgment actions in this litigation leading up to the award of reasonable attorneys' fees with regard to this matter to have been reasonable.

6. As to the first element in the "lodestar" analysis my current hourly rate is $350 per hour, which has been found to be reasonable in both state and federal court. I have twenty (20) years of experience litigating intellectual property law, which is the focus on this litigation. A copy of my biography is attached as *Exhibit 1* hereto.

7. As to the second element in the "lodestar" analysis (reasonableness of time spent on the matter), it is my opinion that the attorney's fees are reasonable in connection with the matter based upon the complexity of the matter, legal issues involved and volume of work required in response to Plaintiff's actions. *Norman v. Hous. Auth. Of City of Montgomery*, 836 F.2d 1292, 1299, 1302 (11th Cir. 1988).

8. I personally prepared and reviewed the billing for the Law Offices of Michael Fattorosi, which is *Exhibit 2* to this Affidavit. The billing is accurate. The billing is redacted to exclude matters not related to this action. My total billing is $1890.00

9. I have also reviewed the billing from Bradley Legal Group, P.A. and attorney Bellavance. I found the number of hours billed by each of those attorneys to be reasonable.

10. It is my opinion that the attorney's fees from all of Defendants' counsel are reasonable, if not low, in connection with the matter based upon its complexity, the volume of

the work required and the results obtained as well as other "lodestar" factors which are appropriate in this jurisdiction.

FURTHER AFFIANT NAUGHT.

Michael Fattorosi

**STATE OF NEVADA**
**CLARK COUNTY**

**SWORN TO AND SUBSCRIBED** before me this 12 day of April, 2018, by Michael Fattorosi, who is personally known to me, regarding the attached instruments described in the Affidavit, and to whose signature this notarization applies.

Notary Public Signature

DARLENE TACTACAN
Notary Public - State of Nevada
County of Clark
APPT. NO. 97-3665-1
My App. Expires Sept. 14, 2021

Darlene Tactacan
Notary Public Printed Name

My Commission Expires: September 14, 2021

3

Law Offices of
# MICHAEL W. FATTOROSI
*A Professional Corporation*
5850 Canoga Avenue, Suite 400
Woodland Hills, California 91367
Tel: (818) 710-2727
michael@fattlegal.com

**A4A Network Inc.**
**530 Rue Beaubien E,**
**Montreal, QC H2SIS5,**
**Canada**

## January

A4A Network Inc.

    Monthly Retainer (Flat Rate)    $ ███

    ███ @ $350.00 per hour

### Hours:

| Date | Description | Hours |
|---|---|---|
| 01/04 | ███ | .3 |
| 01/05 | ███ | .3 |
| 01/08 | ███ | .3 |
| 01/09 | ███ | .3 |
| 01/10 | ███ | .3 |
| 01/11 | ███ | .4 |
| 01/15 | ███ | 1.4 |
| 01/24 | ███ | .4 |
|  | ███ | .3 |
|  | ███ | .3 |

| Date | Description | Hours |
|---|---|---|
| 01/25 | ███████████████ | .3 |
| 01/26 | ███████████████ | .1 |
|  | ███████████████ | .2 |
| 01/28 | ███████████████ | 2.3 |
|  | ███████████████ |  |
| 01/29 | ███████████████ | 1.3 |
|  | ███████████████ | .5 |
|  | ███████████████ | .2 |
|  | ███████████████ | .3 |
| 01/30 | ███████████████ | 1.3 |
|  | Review Court's Order Adopting Magistrate Recommendations<br>    Re: FlavaWorks litigation | .3 |
|  | Review Magistrate's Recommendations<br>    Re: FlavaWorks litigation | .4 |
|  | (2) Emails to/from Vincent<br>    Re: FlavaWorks litigation | .2 |

Total Hours Billed:  11.4 hrs @$350.00

January Billing:  $3990.00

Applied Payment:  <$1750.00>

**January Balance:** ████

# February

A4A Network Inc.

Monthly Retainer (Flat Rate)   █████

█████ @ $350.00 per hour

## Hours:

| Date | Description | Hours |
|---|---|---|
| 02/01 | ████████████████████ | .4 |
| 02/02 | Telephone Call with John Bradley and Vincent Re: FlavaWorks litigation | 1.0 |
| 02/05 | ████████████ | .2 |
| 02/06 | ████████████████ | .3 |
| | ████████████ | .3 |
| 02/07 | ████████████ | .4 |
| 02/10 | ████████████ | .2 |
| 02/12 | ████████████ | .9 |
| | Review FlavaWorks Complaint And Exhibits | .3 |
| | (4) Emails to/from John Bradley and Vincent Re: ████ | .4 |
| 02/13 | Review Report & Recommendation from Judge Re: attorney fee award | .3 |
| | (2) Emails to/from John Bradley & Vincent Re: ████████ | .2 |

|       |                                                             |     |
|-------|-------------------------------------------------------------|-----|
|       | █████████████████████                                       | .1  |
| 02/19 | (3) Emails to/from John Bradley & Vincent Re: ███████       | .3  |
|       | Telephone Call with John Bradley and Vincent Re: ██████████ | .8  |
| 02/22 | Email from John Bradley Re: ████████████████████            | .1  |
| 02/25 | ██████████████████████                                      | .5  |
| 02/28 | (4) Emails to/from John Bradley & Vincent Re: ████████████  | .4  |

|                      |                   |
|----------------------|-------------------|
| Total Hours Billed:  | 7.1 hrs @ $350.00 |
| February Billing:    | $2485.00          |
| Outstanding Balance: | ███████           |
| Applied Payment:     | <$1750.00>        |
| **Total Balance:**   | ███████           |

## March

A4A Network Inc.

    Monthly Retainer (Flat Rate)    ███████

                      █████ @ $350.00 per hour

### Hours:

| 03/01 | ██████████████████████ | 1.1 |
|-------|------------------------|-----|
|       | ████████████           | .1  |

|       |                                                              |     |
|-------|--------------------------------------------------------------|-----|
|       | ███████████████                                              | .2  |
| 03/02 | ███████████                                                  | .9  |
|       | ████████████████                                             | 1.7 |
|       | ███████████████                                              | .3  |
| 03/05 | █████████████                                                | .1  |
| 03/06 | █████████████                                                | .3  |
| 03/07 | (4) Emails to/from Vincent, J. Bradley, Esq Re: ██████████   | .4  |
|       | Review Motion to Dismiss Flava complaint                     | .4  |
| 03/09 | ██████████                                                   | .2  |
| 03/13 | (3) Emails to/from J. Bradley Re: ████████                   | .3  |
| 03/17 | Review Judge's Adoption of Magistrate Recomm                 | .3  |
|       | Review Flava's Motion to Amend Decision                      | .2  |
| 03/23 | ████████████████                                             | .4  |
|       | █████████████                                                | .5  |
| 03/26 | █████████████                                                | .2  |
|       | ████████████                                                 | .5  |
| 03/27 | ███████████████                                              | .2  |

| | | | |
|---|---|---|---|
| 03/30 |  | | .1 |
| | ███████████ | | .4 |

|  |  |
|---|---|
| Total Hours Billed: | 8.9 hrs @ $350.00 |
| March Billing: | $3115.00 |
| Prior Balance: | ███ |
| Applied Payment: | <$1750.00> |
| Outstanding Balance: | ███ |

Please pay 2nd Quarter Retainer 2018 – April, May, June 2018    ███

**Total Payment Due:**    ███

Make Payable to:

(To be settled via wire transfer)

Law Offices of Michael W. Fattorosi, P.C.

Account #        ███

Routing #        ███

Swift Code       ███

Bank:     Nevada State Bank 750 East Warm Springs Road Las Vegas, NV 89119

# MICHAEL FATTOROSI
## Curriculum Vitiate

**Law Offices of Michael W. Fattorosi, P.C.**
December 2008 – Present (6 years 4 months)
    -Litigation, transactional, business consulting

**Fattorosi & Chisvin**
January 2003 – December 2008 (6 years)
Managing Partner

Los Angeles, California based attorney since 1997. Michael has represented major Hollywood studios as well as Fortune 500 defense contractors and major aerospace companies through-out his career. His firm's clients are primarily in California but I do represent entities and individuals outside of California and the United States depending on the circumstances.

Michael has been a seminar speaker throughout the United States and Europe. He has written articles for XBiz World and XBiz Video, Adult Store Buyer Magazine and as been quoted on Fox News, CNBC, TMZ, The Hollywood Reporter, Playboy Magazine, The Daily Beast, The Daily Dot and other various media outlets. He has been interviewed and appeared on KTLA-TV News in Los Angeles and has been seen on the reality TV shows "My Bare Lady 2″ on Fox Reality as well as "The Right Hand" and "Webdreams" in HBO and Showcase Canada.

Specialties: Practice areas include mainstream as well as adult entertainment, employment law, intellectual property, business litigation, Workers Compensation, contract formation and business formation.

**State of California, Bar**
    -Attorney Member Since 1997

**Whittier Law School**
**JD, Law**
1994 – 1997
*Activities and Societies:*
    -Member Whittier Law Review, Editor of Whittier Law School newspaper.

**American University**
**BA Double Major, Criminal Justice & Psychology**
1987 – 1991