# EXHIBIT "G"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-23208-CIV-LENARD/GOODMAN

FLAVA WORKS, INC.,

    Plaintiff,

vs.

A4A RESEAU, INC., A4A NETWORK, INC.,
and MARC PARENT,

    Defendants.
_____/

### AFFIDAVIT OF JOHN F. BRADLEY, ESQ. IN SUPPORT OF DEFENDANTS' MOTION TO DETERMINE REASONABLENESS OF ATTORNEYS' FEES, COSTS, AND INTEREST

STATE OF FLORIDA
COUNTY OF BROWARD

**BEFORE ME** the undersigned authority personally appeared John F. Bradley, who, under oath, deposes and states as follows:

1. I am an attorney at law licensed in the States of Florida and Tennessee since 1988.

2. I am Defendants' counsel in connection with this matter and principal of Bradley Legal Group, P.A.

3. I have been lead trial counsel in connection with matter and have been personally involved in all facets of the litigation.

4. I have drafted and reviewed the pleadings and file regarding this matter as well as the Motion to Determine Reasonableness of Attorney's Fees, Costs, and Interest filed herein.

5. I am familiar with the prevailing case law on reasonableness of claimed attorneys' fees including *Norman v. Hous. Auth. Of City of Montgomery*, 836 F.2d 1292, 1299 (11th Cir.

1

1988) and *Florida Patient's Compensation Fund v. Rowe*, 472 So.2d 1145, 1150-1152 (Fla. 1985). Applying the reasonableness analysis to this case, I find that the time spent in response to Plaintiff's post-judgment actions in this litigation leading up to the award of reasonable attorneys' fees with regard to this matter to have been reasonable.

6. As to the first element in the "lodestar" analysis my hourly rate in the early months of this litigation was $375.00 per hour, which has been found to be reasonable in both state and federal court. The undersigned has thirty (30) years of experience litigating commercial litigation cases all across the United States. He is the former Chairman of the Entertainment, Arts and Sports Law Section of the Florida Bar, which includes over one thousand (1000) members. My litigation experience includes some of the biggest names in various industries, publicly traded companies, and has included hundreds of millions of dollars in disputes over the years. A copy of my biography is attached as ***Exhibit 1*** hereto.

7. The undersigned's hourly rate was $375.00 through November 23, 2015, and I have billed 38.8 hours at that rate for the post judgment efforts for a total of $14,550.00. My hourly rate was then increased to $400.00 on November 24, 2015, and I have billed 32.7 hours at that rate for the post judgment efforts for a total of $13,080.00. Subsequently, my hourly rate was $425.00, and I have billed 41 hours at that rate for the post judgment efforts for a total of $17,425.00.

8. In addition to work by John F. Bradley, Bradley Legal Group, P.A. employs the work of Attorney Daniel Polley and Paralegal Joanna Lubczanska. Attorney Daniel S. Polley, is a Florida intellectual property attorney with almost twenty-nine (29) years of experience in intellectual property litigation, has billed 1.4 hours at $325.00 per hour for a total of $455.00.

Mr. Polley has been of counsel to Bradley Legal Group, P.A. for many years acting as co-counsel and second chair in District Court litigation cases.

9. Joanna Lubczanska is a paralegal with eighteen (18) years' experience in commercial intellectual property litigation and employee of the undersigned. It is the practice of Bradley Legal Group to utilize the services of the lowest billable employee to the greatest extent possible in order to keep billable fees as low as possible. Consistent with that practice, Ms. Lubczanska's hourly rate was $125.00 through November 23, 2015, and she has billed 76.3 hours at that rate for the post judgment efforts for a total of $9,537.50. Subsequently, Ms. Lubczanska's hourly rate was increased to $175.00 on November 24, 2015, and she has billed 187.9 hours at that rate for the post judgment efforts for a total of $32,882.50.

10. It is the opinion of the undersigned that the rates of the foregoing individuals are reasonable as well.

8. Defendants are represented in their home country of Canada by Diane Bellavance, and in the United States by Michael Fattorosi. The undersigned works with both counsel in representing Defendants in this litigation.

x. The billing rates for attorney Michael Fattorosi is $350 per hour and attorney Diane Bellavance is $285.48 the US Dollar conversion from $360 CDN using an exchange rate of .79. It is the opinion of the undersigned that those rates are reasonable as well.

9. As to the second element in the "lodestar" analysis (reasonableness of time spent on the matter), it is my opinion that the attorney's fees are reasonable in connection with the matter based upon the complexity of the matter, legal issues involved and volume of work required in response to Plaintiff's actions. *Norman v. Hous. Auth. Of City of Montgomery*, 836 F.2d 1292, 1299, 1302 (11th Cir. 1988).

*Bradley Legal Group, P.A.*, 15 Northeast 13th Avenue, Fort Lauderdale, FL 33301 (954) 523-6160

10. I personally prepared the billing for Bradley Legal Group, P.A., which is the exhibit to this Affidavit in Support of Defendant's Motion to Determine Reasonableness of Attorney's Fees, Costs, and Interest. The billing is accurate. The billing is redacted to exclude matters not related to this action. The undersigned's total billing is $45,055.00; Mr. Polley's total billing is $455.00; Ms. Lubczanska's total billing is $42,420.00. All of Mr. Polley and Ms. Lubczanska's billing has been included in the billing for Bradley Legal Group, P.A. Bradley Legal Group, P.A.'s total billing for all of the foregoing on this matter is $87,930.00.

11. I have also reviewed the billing from attorneys Fattorosi and Bellavance. I found the number of hours billed by each of those attorneys to be reasonable.

12. It is the opinion of the undersigned that the attorneys' fees from all of Defendants' counsels are reasonable, if not low, in connection with the matter based upon its complexity, the volume of the work required and the results obtained as well as other "lodestar" factors that are appropriate in this jurisdiction.

13. The Defendants' Motion to Determine Reasonableness of Attorney's Fees, Costs, and Interest is correct to the best of my knowledge.

//
//
//
//
//
//
//
//

FURTHER AFFIANT NAUGHT.

_____
John F. Bradley

**STATE OF FLORIDA**
**COUNTY OF BROWARD**

SWORN TO AND SUBSCRIBED before me this ____ day of April, 2018, by John F. Bradley, who is personally known to me, regarding the attached instruments described in the Affidavit, and to whose signature this notarization applies.

_____
Notary Public Signature

_____
Notary Public Printed Name

BETTY RINALDI
Commission # GG 004074
Expires October 19, 2020
Bonded Thru Troy Fain Insurance 800-385-7019

My Commission Expires: _____

5

*Bradley Legal Group, P.A., 15 Northeast 13th Avenue, Fort Lauderdale, FL 33301 (954) 523-6160*

**EXHIBIT "1"**

**BRADLEY | LEGAL GROUP P.A.**

*Litigation – Intellectual Property – Entertainment – New Media - Mediation*
John F. Bradley, Esq.
*Admitted to Practice in Florida and Tennessee*

15 Northeast 13th Ave.
Ft Lauderdale, FL 33301
Phone:  954.523.6160
www.bradlegal.com

*Of Counsel:*
Geoffrey Robinson, Esq.
Daniel S. Polley, Esq.

# JOHN F. BRADLEY
## Professional Biography

John F. Bradley is the founding partner of the Bradley Legal Group, P.A., located in downtown Fort Lauderdale, Florida. Since 1988, Mr. Bradley has focused his practice on intellectual property litigation, entertainment law, new media law, complex litigation, and corporate and business law. His work has been conducted at both the trial and appellate levels and includes transactional work as well. Mr. Bradley has served as lead counsel in thousands of litigation cases in both state and federal courts across the country for a broad range of clients from startups to multi-million dollar / multi national companies.  Mr. Bradley's entertainment practice includes representation of artists, arts organizations, musicians, writers, producers, authors, photographers, models, record and publishing companies, management companies, production companies, actors, Internet companies and many more. Mr. Bradley's clients include Grammy award winners, Latin Grammy award winners, members of the Rock and Roll Hall of Fame and many musical legends.  On the technology and intellectual property side Mr. Bradley represents publicly traded entities and companies with hundreds of millions of dollars in revenue.

Mr. Bradley received his Juris Doctor Degree from Stetson University College of Law in 1988 and a Bachelor of Arts Degree, cum laude, from St. Thomas University in 1985. He is licensed to practice law in the states of Florida and Tennessee, Southern and Middle Districts of Florida, United States Court of Appeals Federal and Eleventh Circuits, and is a certified circuit civil mediator. Currently, Mr. Bradley is or has been a member of American Bar Association, Broward County Bar Association, National Academy of Recording Arts and Sciences, a the Board of Directors for the Fort Lauderdale Rotary Club, the Fort Lauderdale Jaycees and the American Federation of Musicians. Mr. Bradley is also the former Chairman of the Florida Bar Entertainment, Arts, and Sports Law section.

Mr. Bradley is a frequent lecturer on the subjects of entertainment and intellectual property at numerous universities, law schools, continuing legal educational seminars, SXSW, music conferences and other industry events. "JB" is also an accomplished musician, singer, and songwriter with over forty years of performance experience. Mr. Bradley has owned two record labels, a recording and production studio and other ventures in the entertainment and music industry over the years.  Since 2008, John has owned and operated EchoXS Entertainment, LLC, a cutting edge entertainment based media and creative management company.