**EXHIBIT "H"**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-23208-CIV-LENARD/GOODMAN

FLAVA WORKS, INC.,

    Plaintiff,
vs.

A4A RESEAU, INC., A4A NETWORK, INC.,
and MARC PARENT,

    Defendants.
_____/

## AFFIDAVIT OF JASON S. WEISS, ESQ. IN SUPPORT OF DEFENDANTS' MOTION TO DETERMINE REASONABLENESS OF ATTORNEYS' FEES, COSTS, AND INTEREST

**STATE OF FLORIDA**
**COUNTY OF BROWARD**

    **BEFORE ME,** the undersigned authority personally appeared Jason S. Weiss, Esq. who, under oath, deposes and states as follows:

    1.    I am an attorney at law in good standing and licensed to practice in the State of Florida since 2000.

    2.    I am the owner of my own firm and have practiced in the litigation arena for my entire career. My practice has included intellectual property litigation as well as entertainment law. A copy of my curriculum vitae is attached as *Exhibit "1"* hereto.

    3.    I am not involved in the subject litigation directly or indirectly nor do I perform any work for Defendants or their counsel.

    4.    At the request of Defendants' counsel, I have reviewed the pleadings and file regarding this matter as well as the Motion to Determine Reasonableness of Attorneys' Fees,

1

Costs, and Interest filed herein together with all affidavits and attachments thereto as independent counsel.

5. I am familiar with the prevailing case law on reasonableness of claimed attorneys' fees including *Norman v. Hous. Auth. Of City of Montgomery*, 836 F.2d 1292, 1299 (11th Cir. 1988) and *Florida Patient's Compensation Fund v. Rowe*, 472 So.2d 1145, 1150-1152 (Fla. 1985). Applying the reasonableness analysis to this case, I find that the time spent in response to Plaintiff's post-judgment actions in this litigation leading up to the award of reasonable attorneys' fees with regard to this matter to have been reasonable.

6. As to the first element in the "lodestar" analysis, it is my opinion that the hourly rates sought by Defendants' counsel and paralegals, as set forth in the Affidavits of John F. Bradley, Diane Bellavance, and Michael Fattorosi, are reasonable, if not low, in the local practice area and based on their background and experience and the other criteria.

7. As to the second element in the "lodestar" analysis (reasonableness of time spent on the matter), it is my opinion that the time spent by Defendants' counsel as set forth in the Motion and attached Affidavits and Exhibits is reasonable in connection with the matter based upon the complexity of the matter, legal issues involved and volume of work required in response to Plaintiffs actions. *Norman v. Hous. Auth. Of City of Montgomery*, 836 F.2d 1292, 1299, 1302 (11th Cir. 1988).

8. It is the opinion of the undersigned that the attorneys' fees from all of Defendants' counsels are reasonable, if not low, in connection with the matter based upon its complexity, the volume of the work required and the results obtained as well as other "lodestar" factors that are appropriate in this jurisdiction.

9.     It is the opinion of the undersigned that a total attorneys' fees of $94,976.63 is reasonable in connection with this motion.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Jason S. Weiss, Esq.
Fla. Bar. No. 356890

## VERIFICATION

The undersigned hereby verifies the facts set forth herein to be true and accurate before the undersigned authority, having personally appeared and having taken an oath.

_____
Jason S. Weiss, Esq.
Fla. Bar. No. 356890

**STATE OF FLORIDA**
**COUNTY OF BROWARD**

SWORN TO AND SUBSCRIBED before me this 13th day of April, 2018, by Jason S. Weiss, who is personally known to me or provided a _____ as identification, regarding the attached instrument described as Affidavit in Support of Defendants' Motion to Determine Reasonableness of Attorneys' Fees, Costs, and Interest, and to whose signature this notarization applies.

_____
Notary Public signature

Shameka Cuellar
_____
Notary Public printed name

My Commission Expires: 9/9/2019

Shameka Cuellar
Commission # GG092922
Expires: Sept. 9, 2019
Bonded thru Aaron Notary

3

**Jason Stuart Weiss**
JASON@JSWLAWYER.COM
5531 N. University Drive, #103
Coral Springs, FL 33067
(954) 573 2800
www.jswlawyer.com

EXHIBIT 1

**EXPERIENCE:**

**Weiss Law Group, PA, Coral Springs, FL**
July 2012 - Present
- Handle all litigation, intellectual property, foreclosure defense and business related matters.
- Legal advisor to athletes, artists, musicians, actors, record labels and production companies.
- Draft, review, revise and negotiate cease and desist letters for protection of intellectual property, vendor agreements; employment contracts; franchise agreements; covenants not to compete; non-circumvention agreements; letters of intent; non-disclosure agreements, purchase and sale agreements; license agreements; general releases; LOI's; consulting contracts; service agreements; promissory notes; marketing, consignment, management, software, advertising and confidentiality agreements.
- Address broker-dealer and sales practice issues.
- General Counsel for companies, corporations, law firms, athletes, 501(3)(C)s and businesses.
- Defend RICO matters as well as claims involving breach of contract, fraud, FUPTA, insurance, employment, civil theft, non-disclosure, alter-ego, unjust enrichment, licenses, malpractice, torts, unfair competition, trade secrets and tortious interference with business relationships.
- Negotiate endorsement and sponsorship deals, production agreements and distribution deals.
- Represent commercial landlords, restaurant ownership groups and management companies with all matters in the state of Florida.

**Nova Southeastern School of Law, Davie FL**
*Adjunct Professor,* August 2011– Present
- Professor of *Entertainment and Sports Law*.
- Instruct topics of: sports, entertainment, gaming, licenses, trademarks, copyrights, publicity, media relations, employment, premises liability, intellectual property and franchises.

**St. Thomas University, Miami Lakes, FL**
*Adjunct Professor,* September 2009 – Present
- Professor of *Sports and Entertainment Law*.
- Instruct topics of: sports, entertainment, gaming, licenses, trademarks, copyrights, publicity, media relations, employment, premises liability, intellectual property and franchises.

**Smith & Verbit, PL, Cooper City, FL**
Partner, December 2010 – July 2012
- Lead counsel in state and federal cases.
- ***Selected as a Rising Star by Florida Super Lawyers Publication for 2011.***
- Handle all litigation, intellectual property, and business related matters.
- Draft, review, revise and negotiate vendor agreements; employment contracts; franchise agreements; covenants not to compete; non-circumvention agreements; letters of intent; non-disclosure agreements, purchase and sale agreements; license agreements; general releases;

- LOI's; consulting contracts; service agreements; promissory notes; marketing, consignment, management, software, advertising and confidentiality agreements.
- General Counsel for companies, corporations, athletes, charities and businesses.
- Negotiate endorsement and sponsorship deals, production agreements and distribution deals.
- Legal advisor to athletes, musicians, actors, record labels and production companies.
- Represent commercial landlords, restaurant ownership groups and management companies with all matters in the state of Florida.
- President of Leadership Coral Springs Class of 2011.
- Board Member of Benefits Specialists Inc.
- Guest Lecturer at Nova Sports and Entertainment Society events.

**Arnstein & Lehr, LLP, Fort Lauderdale, FL**
Senior Associate, February 2009 – December 2010
- Lead counsel on litigation matters in state and federal court.
- *Selected as a Rising Star by Florida Super Lawyers Publication for 2009 and 2010.*
- General Counsel for companies, corporations and businesses.
- Advisor to non-profit, charitable and religious organizations.
- Member of Intellectual Property Department.
- Drafted, reviewed, revised and negotiated transactional documents.
- *Interviewed by South Florida Business Journal on issue of replacement of underground gasoline tanks.*
- Negotiated endorsement, sponsorship and production agreements and distribution deals.
- Legal advisor to athletes, musicians, actors, record labels and production companies
- Guest Lecturer at St. Thomas School of Law and Nova School of Law.
- Chair of the law student writing initiative for the EASL section of the Florida Bar.
- Member of Coral Springs Chamber of Commerce.
- Treasurer of the Entertainment, Arts and Sports Law Section of the Florida Bar.

**Atkinson, Diner, Stone, Mankuta & Ploucha, P.A., Fort Lauderdale, FL**
*Attorney,* January 2006 – February 2009
- Handled all aspects of state and federal court litigation practice.
- Negotiated, defended and prosecuted matters involving breach of contract, fraud, FUPTA, insurance, employment, civil theft, non-disclosure, RICO, alter-ego, unjust enrichment, licenses, malpractice, torts, unfair competition, trade secrets, tortuous interference with business relationships, intellectual property and real estate.
- Drafted and argued dispositive motions.
- Effectively multitasked while managing a significant caseload.
- Extensive experience in taking depositions, negotiating and mediating disputes and drafting settlement documents.
- Researched and analyzed complicated legal issues.
- Negotiated endorsement, sponsorship and distribution deals.
- Legal advisor to athletes, musicians, actors, record labels and production companies.
- Prepared agreements for consulting companies, chefs, night clubs and restaurants.
- Lectured at Music Showcase of West Palm Beach.
- Speaker on Growth of Florida Sports Market and Intellectual Property.
- Guest Lecturer at Nova Law School.
- Lecturer for Florida Bar on topic of Limiting Client Media Exposure.
- Treasurer of the Entertainment, Arts and Sports Law Section of the Florida Bar.

**Shutts & Bowen, LLP, West Palm Beach, FL**
*Attorney,* March 2004 – January 2006

- Conducted complicated State and Federal cases.
- Legal advisor to management companies, wealth management groups, insurance companies, commercial landlords, restaurants, financial institutions and manufacturers.
- Conducted depositions, arbitrations and mediations.
- Directly responsible for handling matters involving breach of contract, fraud, insurance, alter-ego, unfair competition, trade secrets, employment, civil theft, confidentiality, unjust enrichment, licenses, FUTPA, intellectual property, securities, torts and real estate.
- Drafted, reviewed, revised and negotiated, contracts, confidentiality agreements, settlement documents, non-circumvention agreements, releases, covenants not to compete, license agreements, consulting contracts, letters of intent and non-disclosure agreements.
- Researched and analyzed complex legal issues.
- Advised clients on music, television, video, sponsorship and endorsement deals.
- Legal advisor to athletes, musicians, models and radio personalities.
- Structured agreements for consulting companies, chefs and restaurants.
- Lecturer at music seminar presented by Bahamas Music Publishing, LLC.
- Moderator and developer of the seminar "From Signing Day to Parting Ways: An Inside Look at The Life of a Professional Athlete".
- Executive Counsel Member of Entertainment, Arts and Sports Law Section of the Florida.
- Member of the Business Development Board of Palm Beach County.

**Ferrell Schultz Carter & Fertel, P.A., Miami, FL**
*Attorney*, December 2001 – March 2004
- Extensive commercial litigation experience in State and Federal Court.
- Second chaired trials and mediated disputes.
- Drafted complaints, discovery pleadings and settlement documents.
- Drafted and negotiated consulting, advertising, service, license, non-compete and non-disclosure agreements; letters of intent; employment contracts; and endorsement deals.
- Represented wealth management groups, risk managers and financial institutions.
- Researched and analyzed complex legal issues.
- Defended and prosecuted claims for breach of contract, civil theft, destruction of property, unfair competition and fraud.
- Member of Intellectual Property Department.
- Conducted evidentiary hearing in front of the Florida State Boxing Commission for the first ever victory of an appeal of a mixed martial arts fight in the State of Florida.
- Represented professional athletes, musicians, artists and mixed martial arts fighters.
- Drafted contracts for various night clubs, restaurants and chefs.
- Judge for Broward County Teen Court Program.

**Mitrani, Rynor, Adamsky, & Macaulay, P.A., Fort Lauderdale, FL**
*Attorney*, October 2000 - December 2001
- Insurance Defense practice in State Court.
- Argued and drafted Motions for Summary Judgment and Motions to Dismiss.
- Drafted pleadings, conducted depositions and mediated cases.
- Conducted legal research and built client relationships.

**PUBLICATIONS:**

"The Changing Face of Baseball: In an Age of Globalization, Is Baseball Still as American as Apple Pie and Chevrolet"? 8 U.Miami Int'l & Comp.L.Rev. 123 (1999).
"So You Wanna Be a Sports Agent?" Res Ipsa Loquitur Newspaper (1998).

**EDUCATION:**

**University of Miami School of Law, Coral Gables, FL**
Juris Doctor, *cum laude*, May 2000
*University of Miami International and Comparative Law Review*, Executive Editor
    **Honors:**    Dean's List and Dean's Certificate of Achievement Award
                    Florida Association of Criminal Defense Lawyers Award
                    Outstanding Member of the Year Award, Law Review

**University of Florida, Gainesville, FL**
Bachelor of Arts in Criminology, *with honors*, May 1997
    **Honors:**     Alpha Lambda Delta and Gamma Sigma Alpha Honor Societies
    **Activities:**  Resident Assistant, August 1994 – June 1996
                    Zeta Beta Tau Fraternity, Founding Father

**CLERICAL EXPERIENCE:**

**Department of Justice, Executive Office of Immigration Review, Miami, FL**
*Honors Program Legal Clerk*, May 1998 - August 1999
Drafted legal decisions for immigration judges. Drafted memorandum of law on various criminal and civil issues. Researched immigration case law and issues.

**BAR ADMISSIONS:**

Florida, 2000
Eleventh Circuit Court of Appeals, 2013
Middle District of Florida, 2002
Southern District of Florida, 2007
Northern District of Florida, 2013
Washington, D.C., 2006
Colorado District Court, 2014
Northern District Court of Illinois, 2014