**EXHIBIT "I"**

