**EXHIBIT "J"**



**BANQUE NATIONALE DU CANADA / NATIONAL BANK OF CANADA**

**Avis de débit / Debit advice**

Veuillez noter que nous débitons votre compte comme suit
Please note that we are debiting your account as follows

| Transit / Branch No. | No. Compte / Account No. |
|---|---|
| | |

| Montant / Amount | $15,560.57 |
|---|---|
| Frais / Charges | $40.33 |
| **TOTAL / TOTAL** | **$15,600.90** |

Date / Date: 2016/12/20

Succursale / Branch:

No. de Référence / Reference No.:

CHÈQUE REVENU IMPAYÉ / DISHONOURED CHEQUE
Signataire / Signatory : FLAVA WORKS INC
Raison : **PROVISION INSUFFISANTE**
Reason : **INSUFFICIENT FUNDS**

Expédier à / Send to :

A4A NETWORK INC
530 BEAUBIEN EST
MONTREAL QUE.
H2S 1S5

15761-003 (2000-05-24)

---

**FLAVA WORKS, INC**
833 SW 14TH AVE
MIAMI, FL 33135
305-436-9450

25383

11/22/2016

PAY TO THE ORDER OF  A4A Reseau, Inc.     $ **15,560.57**

Fifteen Thousand Five Hundred Sixty and 57/100************************ DOLLARS

A4A Reseau, Inc.
C/O Bradley Legal Group, P.A.
15 Northeast 13 Avenue
Fort Lauderdale, FL 33301

MEMO: CASE NO. 14-23208-CIV-LENARD/GOODMAN

TD BANK
63-1482/670

VOID AFTER THIRTY (30) DAYS

NSF

12/13/2016

This is a LEGAL COPY
of your check. You can
use it the same way
you would use the
original check.

RETURN REASON-A
NOT SUFFICIENT
FUNDS