**EXHIBIT "K"**

**BRADLEY | LEGAL GROUP P.A.**

*Litigation – Intellectual Property – Entertainment – New Media - Mediation*

John F. Bradley, Esq.
*Admitted to Practice in Florida and Tennessee*

15 Northeast 13th Ave.
Ft Lauderdale, FL 33301
P  954.523.6160
F  954.523.6190
www.bradlegal.com

*Of Counsel:*
Geoffrey Robinson, Esq.
Dan Polley, Esq.

January 9, 2017                                                                          *VIA CERTIFIED MAIL*

Flava Works, Inc.                                          Flava Works, Inc.
633 S.W. 14th Avenue                                       3526 S. Prairie Avenue
Miami, Florida 33135                                       Chicago, Illinois 60653
**RRR# 7009 0080 0000 1512 0270**                          **RRR# 7009 0080 0000 1512 1263**

RE:  *Worthless Check Notice Pursuant to Fla. Stat. § 68.065*

Dear Mr. Bleicher:

Pursuant to Fla. Stat. § 68.065, you are hereby notified that Check No. 25383, in the face amount of $15,560.57, issued by you on 11/22/2016, drawn upon TD Bank, and payable to A4A Reseau, Inc., has been dishonored. See *Exhibit "1"* hereto. Pursuant to Florida law, *you have 30 days from receipt of this notice to tender payment in cash of the full amount of the dishonored payment instrument, plus a service charge* of:

- $25 if the face value does not exceed $50;
- $30 if the face value exceeds $50 but does not exceed $300; or
- $40 if the face value exceeds $300, or 5 percent of the face amount of the dishonored instrument ($778.03), whichever is greater,

the total amount due being **$16,338.60**. Unless this amount is paid in full within the 30-day period, the holder of the dishonored payment instrument may file a civil action against you for three times the amount of the dishonored instrument, but in no case less than $50, in addition to the payment of the dishonored instrument plus any court costs, reasonable attorney fees, and any bank fees incurred by the payee in taking the action.

Please do not mail cash. If you would like to pay by cash, please contact our office to make arrangements. Otherwise, please send a cashier's check or money order made payable to A4A Reseau, Inc. **Please note that a personal check will not be accepted**.  Please govern yourself accordingly.

                                                        **BRADLEY LEGAL GROUP, P.A.**

                                                        By: _____
                                                              John F. Bradley, Esq.

Cc:  Ms. Juneitha Shambee, Esq. (via email: shambeelaw@gmail.com)

**EXHIBIT "1"**



**BANQUE NATIONALE / NATIONAL BANK OF CANADA**

Veuillez noter que nous débitons votre compte comme suit
Please note that we are debiting your account as follows

| | Transit / Branch No. | **Avis de debit / Debit advice** No. Compte / Account No. |
|---|---|---|
| CHÈQUE REVENU IMPAYÉ / DISHONOURED CHEQUE | Montant / Amount | $15,560.57 |
| Signataire / Signatory : FLAVA WORKS INC | | |
| Raison : **PROVISION INSUFFISANTE** | | |
| Reason : **INSUFFICIENT FUNDS** | Frais / Charges | $40.33 |
| | **TOTAL / TOTAL** | **$15,600.90** |

Expédier à / Send to :

A4A NETWORK INC
530 BEAUBIEN EST
MONTREAL QUE.
H2S 1S5

Date / Date : 2016/12/20

Succursale / Branch

No. de Référence / Reference No. :

15761-003 (2000-05-24)

**NSF**

12/13/2016

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

RETURN REASON-A
NOT SUFFICIENT FUNDS

**FLAVA WORKS, INC** 25383
833 SW 14TH AVE
MIAMI, FL 33135
305-438-9450

11/22/2016

PAY TO THE ORDER OF  A4A Reseau, Inc.   $ **15,560.57**

Fifteen Thousand Five Hundred Sixty and 57/100************************************************ DOLLARS

A4A Reseau, Inc.
C/O Bradley Legal Group, P.A.
15 Northeast 13 Avenue
Fort Lauderdale, FL 33301

TD BANK
63-1482/670

VOID AFTER THIRTY (30) DAYS

MEMO: CASE NO. 14-23208-CIV-LENARD/GOODMAN

# BRADLEY | LEGAL GROUP P.A.

*Litigation – Intellectual Property – Entertainment – New Media - Mediation*

John F. Bradley, Esq.
*Admitted to Practice in Florida and Tennessee*

15 Northeast 13th Ave.
Ft Lauderdale, FL 33301
P  954.523.6160
F  954.523.6190
www.bradlegal.com

*Of Counsel:*
Geoffrey Robinson, Esq.
Dan Polley, Esq.

January 9, 2017                                                          *VIA CERTIFIED MAIL*

Flava Works, Inc.                                              Flava Works, Inc.
633 S.W. 14th Avenue                                     3526 S. Prairie Avenue
Miami, Florida 33135                                      Chicago, Illinois 60653
**RRR# 7009 0080 0000 1512 0270**            **RRR# 7009 0080 0000 1512 1263**

RE:   *Worthless Check Notice Pursuant to Fla. Stat. § 832.07*

Dear Mr. Bleicher:

Pursuant to Fla. Stat. § 832.07, you are hereby notified that the Check No. 25383, in the face amount of $15,560.57, issued by you on 11/22/2016, drawn upon TD Bank, has been dishonored. See ***Exhibit "1"*** hereto. Pursuant to Florida law, *you have 15 days from date of this notice to pay the full amount of the check plus a returned check charge* of:

- $25.00 for each check in the amount of $50.00 or less.
- $30.00 for each check in the amount of $50.01 up to $300.00.
- $40.00 or an amount equal to 5 percent of the face value of the check ($778.03), whichever is greater, for each check in the amount of $300.00 or more.

The total amount due from you is **$16,338.60**. Unless this amount is paid in full within the time specified above, I will turn over the dishonored check and all other available information relating to this incident to the State Attorney's Office for criminal prosecution. You may be additionally liable in a civil action for triple the amount of the check, but in no case less than $50, plus the amount of the check, a service charge, court costs, reasonable attorney fees and incurred bank fees, as provided in Fla. Stat. § 68.065.

Please do not mail cash. If you would like to pay by cash, please contact our office to make arrangements. Otherwise, please send a cashier's check or money order made payable to A4A Reseau, Inc. ***Please note that a personal check will not be accepted***.  Please govern yourself accordingly.

                                            **BRADLEY LEGAL GROUP, P.A.**

                                            By: _____
                                            John F. Bradley, Esq.

Cc:   Ms. Juneitha Shambee, Esq. (via email: shambeelaw@gmail.com)

**EXHIBIT "1"**

