UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-23208-CIV-LENARD/GOODMAN

FLAVA WORKS, INC.,

        Plaintiff,

v.

A4A RESEAU, INC., A4A
NETWORK, INC., and MARC
PARENT,

    Defendants.
_____/

## CORRECTED MOTION TO WITHDRAW AS COUNSEL

NOW COMES Shambee Law Office, Ltd. (hereinafter, "SLOL"), attorneys at law licensed to practice before this Court, and it files its Motion to Withdraw as Counsel for the Plaintiff in this cause, FLAVA WORKS, INC., and as reasons for the motion it states:

1. SLOL was retained by the Plaintiff to represent it in this cause.

2. Irreconcilable differences have arisen between the Plaintiff and the undersigned counsel and law firm, such that the undersigned counsel and law firm is/are unable to continue representing the Plaintiff herein.

3. Pursuant to Local Rule 11.1(d), the undersigned certifies that she has communicated Shambee Law Office, Ltd. need to withdraw as Plaintiff's attorneys in this matter to the Plaintiff. Specifically, the undersigned certifies that she provided written as well as verbal notice to the Plaintiff of the intention to withdraw as counsel. The

undersigned further certifies that a copy of Shambee Law Office, Ltd.'s Motion to Withdraw as Plaintiff's Counsel will be provided to the Plaintiff upon the filing of same

5. Additionally, the undersigned provided notice to opposing counsel of it's intention to withdraw as counsel for the Plaintiff in accordance with Local Rules 7.1 and 11.1(d). Opposing counsel have no objection to the granting of this motion.

6. Pursuant to Local Rule 11.1(d), the current mailing address for the Plaintiff is: 3526 S. Prairie Ave, Chicago, IL. 60653

WHEREFORE, Shambee Law Office, Ltd. prays that this Court enter an order granting it leave to withdraw as counsel for the Plaintiff in this cause.

Dated: March 11, 2019                                        Respectfully submitted,

                                                             s/ Juneitha Shambee

**CERTIFICATE OF SERVICE**

I, Juneitha Shambee, an attorney, state that I served a true and correct copy of **Motion to Withdraw as Counsel** upon Defendants by filing with the ECF filing system and upon Plaintiffs via post mail and email.

                                                             Respectfully submitted,

                                                             __s/Juneitha Shambee__
                                                             Attorney for Defendant
                                                             Shambee Law Office, Ltd.
                                                             701 Main St. Ste. 200A
                                                             Evanston, IL. 60202
                                                             (773) 741-3602
                                                             Attorney No. 119964

**SERVICE LIST**

John F. Bradley, Esq.
Bar Number 0779919
Bradley Legal Group
15 Northeast 13th Ave.
Fort Lauderdale FL 33301
Jb@bradlegal.com
Tel: 954- 523-6160
Fax: 954-523-6190
**SERVICE VIA CM/ECF**


Flava Works, Inc.
Phillip Bleicher
3526 S. Prairie Ave.
Chicago, IL. 60653
**SERVICE VIA EMAIL AND POST**