IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-23208-CIV-LENARD/GOODMAN

FLAVA WORKS, INC.,

      Plaintiff,

vs.

A4A RESEAU, INC., A4A NETWORK, INC.,
and MARC PARENT,

      Defendants.

_____/

## MOTION FOR ORDER OF SEIZURE AND SALE

**COME NOW**, Defendants, A4A RESEAU, INC. A4A NETWORK, INC. and MARC

PARENT, by and through their undersigned counsel and pursuant to Federal Rules of Civil

Procedure and the Order of this Court dated June 11, 2019 [D.E. 190], file this Motion for Order

of Seizure and Sale and state as follows.

1.      On June 11, 2019 this Court entered an Order Granting Defendants' Motion for

Proceedings Supplementary and to Implead Phillip Bleicher [D.E. 190].  The Court's Order

specifically stated that the "Defendants' Motion for Proceedings Supplementary and to Implead

Phillip Bleicher [D.E. 174] is granted by Default, and, alternatively, on the merits."

2.      The Court's Order grants the seizure of Plaintiff's identified assets for auction and

sale to satisfy its debt to Defendants.  The Court further ordered that the matter is referred to

Magistrate Judge Jonathan Goodman to issue a Notice to Appear pursuant to Florida Statute

§56.29(2) and to conduct all further proceedings supplementary in aid of execution to the extent

authorized by Florida Statute §56.29(4) and applicable law.

1

3.      The portion of the Order which directs a Notice to Appear is directed at Phillip Bleicher, individually.

4.      This Motion seeks an Order from Magistrate Judge Jonathan Goodman for the transfer of Plaintiff's assets consistent with the Motion for Proceedings Supplementary [D.E. 174] and the proposed Order submitted by Defendants.

6.      Defendants are seeking relief in the form of Flava Works, Inc. intellectual property, including but not limited to copyrights, trademarks, Internet domain name registrations, goodwill and physical inventory embodying any copyrights and including the right to sue for damages for all past infringement of any of the Flava Works, Inc. occurring prior to the execution of the Court's Order granting Defendants' Motion for Proceedings Supplementary.

7.      Further, Defendant respectfully requests that the Flava Works Inc. intellectual property be transferred to John F. Bradley, Trustee, in the manner set forth in Defendants' Motion.

8.      Defendants have requested and are entitled to have Defendants' counsel, John F. Bradley, act as Trustee of the Flava Works, Inc. intellectual property effective immediately and shall advertise and conduct an auction for the sale of Flava Works, Inc. intellectual property to the highest bidder. Mr. Bradley shall account for the auction revenue within thirty (30) days thereafter and make payment of any amounts in excess of the balance of Defendants' Judgment, plus interest, to the registry of the Court.

9.      To the extent that the requested Order certainly impacts the Registrar of Copyrights, United States Patent and Trademark Office, GoDaddy, etc., the Defendants are entitled to an Order moving those proceedings forward. The Court shall order the Registrar of the Copyright Office and the United States Patent and Trademark office to effectuate the transfer of

2

the copyright and trademark registrations set forth in *Schedule 1,* attached hereto, to John F. Bradley, Trustee.

WHEREFORE, Defendants respectfully request that this Court grant the Motion and any other relief it deems proper under the circumstances.

## GOOD FAITH EFFORT TO AGREE CERTIFICATE

Pursuant to Local Rule 7.1, I hereby certify that counsel for the movant has communicated with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues, and Plaintiff has not responded and therefore does not agree to the relief sought herein.

Dated: June 26, 2019.

**BRADLEY LEGAL GROUP, P.A.**
*Counsel for Defendants*
1217 E. Broward Boulevard
Fort Lauderdale, FL 33301
Tel: (954) 523-6160
jb@bradlegal.com

By:    /s/ John F. Bradley
John F. Bradley, Esq.
Fla. Bar No. 0779910

3

## CERTIFICATE OF SERVICE
## OF ELECTRONIC FILING GENERATED BY CM/ECF

I HEREBY CERTIFY that on this 26th of June, 2019, I electronically filed the foregoing document with the Clerk of the Court using its CM/ECF System. I have attempted to contact the *pro se* party identified on the following Service List via E-Mail, but did receive a response as of the time of filing.

By:     /s/John F. Bradley/
        John F. Bradley, Esq.

4

## **SERVICE LIST**

Phillip Bleicher and
Flava Works, Inc.
Phil@FlavaWorks.com
3526 S. Prairie Avenue
Chicago IL 60663

**Service via email and U.S. Mail First Class Prepaid**

# *Schedule 1*

| Number | Name | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 1 ] | Flava Works, Inc. | Bad Boy Detention 2 - Bareback Sessions. | PA0001804965 | 2012 |
| [ 2 ] | Flava Works, Inc. | Bad Boy Detention 3 - Raw Trouble. | PA0001861010 | 2013 |
| [ 3 ] | Flava Works, Inc. | Bad Boy Detention : F is for Fuck. | PA0001797213 | 2012 |
| [ 4 ] | Flava Works, Inc. | BAREBACK BOOTY BANDITS. | PA0001917774 | 2012 |
| [ 5 ] | Flava Works, Inc. | BAREBACK BOOTY BANDITS. | PA0001832507 | 2012 |
| [ 6 ] | Flava Works, Inc. | BAREBACK BUSSY #1. | PA0002037043 | 2015 |
| [ 7 ] | Flava Works, Inc. | BAREBACK BUSSY #2: BREED AND BOUNCE. | PA0002025855 | 2015 |
| [ 8 ] | Flava Works, Inc. | BAREBACK STUDY HALL #3: ENCOUNTERS. | PA0002037056 | 2015 |
| [ 9 ] | Flava Works, Inc. | BAREBACK STUDY HALL #4: LESSONS LEARNED. | PA0002025860 | 2015 |
| [ 10 ] | Flava Works, Inc. | BAREBACK STUDY HALL #5: CUTTING CLASS. | PA0002036970 | 2015 |
| [ 11 ] | Flava Works, Inc. | BIG BLACK & BAREBACK. | PA0001788831 | 2011 |
| [ 12 ] | Flava Works, Inc. | Big Black Dick. | PA0001748153 | 2011 |
| [ 13 ] | Flava Works Inc | Big Black Dick 2: Ouch! | PA0001802985 | 2011 |
| [ 14 ] | Flava Works, Inc. | Big Black Dick 3: Third Leg. | PA0001804964 | 2012 |
| [ 15 ] | Flava Works, Inc. | Big Black Dick 3: Third Leg. | PA0001797171 | 2012 |
| [ 16 ] | Flava | Big Black Dick 4: Inches of Pain. | PA0001861008 | 2013 |

| | Works, Inc. | | | |
|---|---|---|---|---|
| [ 17 ] | FLAVA WORKS INC | BLACK BAREBACK COLLEGE #1. | PA0002037057 | 2016 |
| [ 18 ] | Flava Works, Inc. | BLACK IN WHITE. | PA0001841887 | 2012 |
| [ 19 ] | Flava Works, Inc. | BLACK IN WHITE #2 INTERRACIAL BAREBACK. | PA0001993086 | 2016 |
| [ 20 ] | Flava Works Inc. | Chino in the Raw. | PA0001668277 | 2009 |
| [ 21 ] | Flava Works Inc. | Cocoboyz.com 2010. | VA0001861560 | 2010 |
| [ 22 ] | Flava Works Inc. | Cocodorm.com 2010. | VA0001861558 | 2010 |
| [ 23 ] | Flava Works, Inc. | COCODORM RAW #1. | PA0002025848 | 2015 |
| [ 24 ] | Flava Works, Inc. | COCODORM RAW #2: Skeet & Eat. | PA0002036972 | 2015 |
| [ 25 ] | Flava Works, Inc. | COCODORM RAW #3: Fucking for Coins. | PA0002037060 | 2015 |
| [ 26 ] | Flava Works, Inc. | Cody Kyler's Pinga Paradise. | PA0001668281 | 2009 |
| [ 27 ] | Flava Works, Inc. | CODY KYLER'S PINGA PARADISE #2. | PA0001737150 | 2010 |
| [ 28 ] | Flava Works, Inc. | Dominant Raw Tops. | PA0001748151 | 2011 |
| [ 29 ] | Flava Works, Inc. | DOMINANT RAW TOPS #4:Up in the Guts! | PA0001841878 | 2013 |
| [ 30 ] | Flava Works, Inc. | DOMINANT RAW TOPS #7:Man Milk. | PA0002036969 | 2014 |
| [ 31 ] | Flava Works, Inc. | Dominant Raw Tops 3: Nut up or Shut up! | PA0001803007 | 2012 |
| [ 32 ] | Flava | Dominant Raw Tops 3: Nut up or | PA0001804962 | 2012 |

| | Works, Inc. | Shut up! | | |
|---|---|---|---|---|
| [ 33 ] | Flava Works, Inc. | Dorm Life 12 - Dick Addiction. | PA0001764960 | 2008 |
| [ 34 ] | Flava Works Inc. | Dorm Life 12 : Dick Addiction. | PA0001635732 | 2008 |
| [ 35 ] | Flava Works, Inc. | Dorm Life 13 - Skipping Class for Ass. | PA0001764946 | 2008 |
| [ 36 ] | Flava Works Inc. | Dorm Life 14 - The Dick Down. | PA0001668240 | 2009 |
| [ 37 ] | Flava Works Inc. | Dorm Life 15 - After School Fuck Sessions. | PA0001668343 | 2009 |
| [ 38 ] | Flava Works Inc. | Dorm Life 16 : Fucking For Extra Credit. | PA0001666879 | 2009 |
| [ 39 ] | Flava Works Inc. | Dorm Life 17 : Dick in Detention. | PA0001666861 | 2009 |
| [ 40 ] | Flava Works Inc. | Dorm Life 18:, Cum Hard or Fuck Off. | PA0001666875 | 2009 |
| [ 41 ] | Flava Works Inc. | Dorm Life 19 - Night Vision. | PA0001697763 | 2010 |
| [ 42 ] | Flava Works, Inc. | DORM LIFE 20 - Double X. | PA0001789152 | 2010 |
| [ 43 ] | Flava Works, Inc. | DORM LIFE 21 - Legally Crunk. | PA0001789158 | 2011 |
| [ 44 ] | Flava Works, Inc. | Dorm Life 22 - Easy A. | PA0001802911 | 2012 |
| [ 45 ] | Flava Works, Inc. | Dorm Life 23 - Fuck the A outta me. | PA0001797241 | 2012 |
| [ 46 ] | Flava Works, Inc. | DORM LIFE 5. | PA0001862670 | 2005 |
| [ 47 ] | Flava Works, Inc. | DORM LIFE V24: NEED FOR SEED. | PA0001863017 | 2013 |
| [ 48 ] | Flava | DORM LIFE V25: RAW | PA0001917773 | 2013 |

| | Works, Inc. | TUITION. | | |
|---|---|---|---|---|
| [ 49 ] | Flava Works, Inc. | DORM LIFE Vol.20: Double X. | PA0001737155 | 2010 |
| [ 50 ] | Flava Works Inc. | Dorm Life X : The House Next Door. | PA0001635777 | 2008 |
| [ 51 ] | Flava Works Inc. | Dorm Life XI : Revenge of da Nutt. | PA0001635734 | 2008 |
| [ 52 ] | Flava Works Inc | EAT BEAT BREED AND REPEAT. | PA0002037046 | 2016 |
| [ 53 ] | Flava Works, Inc. | FEED & BREED #4 FLOOD MY HOLE. | PA0002025857 | 2015 |
| [ 54 ] | Flava Works, Inc. | FEED & BREED #5: DRAIN MY BALLS. | PA0002037054 | 2015 |
| [ 55 ] | Flava Works, Inc. | Flava Works Video Edits Fall 2012. | PA0001830766 | 2012 |
| [ 56 ] | Flava Works, Inc. | Flava Works Video Edits Jan-June, 2011. | PA0001779325 | 2011 |
| [ 57 ] | Flava Works, Inc. | Flava Works Video Edits Sept-Oct, 2011. | PA0001779324 | 2011 |
| [ 58 ] | Flava Works Inc | Flava Works Video Edits Spring 2012. | PA0001828190 | 2012 |
| [ 59 ] | Flava Works Inc | Flava Works Video Edits Summer 2012. | PA0001820337 | 2012 |
| [ 60 ] | Flava Works Inc. | Flava Works Website Edits 2009. | VA0001760400 | 2010 |
| [ 61 ] | Flava Works, Inc. | FlavaLife : Black & Latino gay travel & entertainment guide. | CSN0148498 | 2006 |
| [ 62 ] | Flava Works, Inc. | FlavaLife : Black & Latino gay travel & entertainment guide. | CSN0148498 | 2005 |
| [ 63 ] | Flava Works Inc. | FlavaMen.com 2010. | VA0001861561 | 2010 |
| [ 64 ] | Flava | FlavaMen freshman year : no. 1-2. | PA0001315877 | 2006 |

| | Works, Inc. | | | |
|---|---|---|---|---|
| [ 65 ] | Flava Works Inc. | FlavaMen Junior Year. | PA0001668262 | 2009 |
| [ 66 ] | Flava Works Inc. | FlavaMen Junior Year. | PA0001769140 | 2008 |
| [ 67 ] | Flava Works, Inc | Flavamen Magazine. [Published: 2005-01-01. Issue: vol. 1, no. 1, Winter 2004] | TX0007527922 | 2005 |
| [ 68 ] | Flava Works, Inc | Flavamen Magazine. [Published: 2005-03-01. Issue: vol. 1, no. 2, Spring 2005] | TX0007527918 | 2005 |
| [ 69 ] | Flava Works, Inc | Flavamen Magazine. [Published: 2005-06-01. Issue: vol. 1, no. 3, Summer 2005] | TX0007527917 | 2005 |
| [ 70 ] | Flava Works, Inc | Flavamen Magazine. [Published: 2005-09-01. Issue: vol. 1, no. 4, Fall 2005] | TX0007527914 | 2005 |
| [ 71 ] | Flava Works, Inc | Flavamen Magazine. [Published: 2005-12-01. Issue: vol. 1, no. 5, Winter 2005] | TX0007527910 | 2005 |
| [ 72 ] | Flava Works, Inc. | FlavaMen Magazine. [Published: 2006-01-01. Issue: vol. 2, no. 1, Winter 2006] | TX0007319965 | 2006 |
| [ 73 ] | Flava Works, Inc. | FlavaMen Magazine. [Published: 2006-04-01. Issue: vol. 2, no. 2, Spring 2006] | TX0007319952 | 2006 |
| [ 74 ] | Flava Works, Inc. | FlavaMen Magazine. [Published: 2006-07-01. Issue: vol. 2, no. 3, Summer 2006] | TX0007319950 | 2006 |
| [ 75 ] | Flava Works, Inc. | FlavaMen Magazine. [Published: 2006-11-01. Issue: vol. 2, no. 4, Fall 2006] | TX0007319946 | 2006 |
| [ 76 ] | Flava Works, Inc. | FlavaMen Magazine. [Published: 2007-04-01. Issue: vol. 3, no. 2, Spring 2007] | TX0007323094 | 2007 |
| [ 77 ] | Flava Works, Inc. | FlavaMen Magazine. [Published: 2007-07-01. Issue: vol. 3, no. 3, Summer 2007] | TX0007319957 | 2007 |
| [ 78 ] | Flava Works, Inc. | FlavaMen Magazine. [Published: 2007-11-01. Issue: vol. 3, no. 4, Fall 2007] | TX0007319954 | 2007 |
| [ 79 ] | Flava Works, Inc. | FlavaMen Magazine. [Published: 2008-01-01. Issue: vol. 4, no. 1, Winter 2008] | TX0007319961 | 2008 |
| [ 80 ] | Flava | FlavaMen Magazine. [Published: | TX0007180442 | 2008 |

| | Works, Inc. | 2008-01-01. Issue: vol. 6, no. 1, Spring 2010] | | |
|---|---|---|---|---|
| [ 81 ] | Flava Works, Inc. | FlavaMen Magazine. [Published: 2008-01-01. Issue: vol. 6, no. 1, Spring 2010] | TX0007220990 | 2008 |
| [ 82 ] | Flava Works, Inc. | FlavaMen Magazine. [Published: 2008-01-01. Issue: vol. 6, no. 2, Summer 2010] | TX0007220991 | 2008 |
| [ 83 ] | Flava Works, Inc. | FlavaMen Magazine. [Published: 2008-05-01. Issue: vol. 4, no. 2, Spring 2008] | TX0007319960 | 2008 |
| [ 84 ] | Flava Works, Inc | Flavamen Magazine. [Published: 2008-06-01. Issue: vol. 4, no. 2, Summer 2008] | TX0007527909 | 2008 |
| [ 85 ] | Flava Works, Inc. | FlavaMen Magazine. [Published: 2008-11-01. Issue: vol. 4, no. 4, Fall 2008] | TX0007319958 | 2008 |
| [ 86 ] | Flava Works, Inc. | FlavaMen Magazine. [Published: 2009-01-01. Issue: vol. 5, no. 1, Winter 2009] | TX0007145778 | 2009 |
| [ 87 ] | Flava Works, Inc. | FlavaMen Magazine. [Published: 2009-04-01. Issue: vol. 5, no. 1, Spring 2009] | TX0007145781 | 2009 |
| [ 88 ] | Flava Works, Inc. | FlavaMen Magazine. [Published: 2009-07-01. Issue: vol. 5, no. 2, Summer 2009] | TX0007145771 | 2009 |
| [ 89 ] | Flava Works, Inc. | FlavaMen Magazine. [Published: 2009-12-01. Issue: vol. 5, no. 3, Fall 2009] | TX0007145774 | 2009 |
| [ 90 ] | Flava Works, Inc | Flavamen Magazine. [Published: 2010-09-01. Issue: vol. 6, no. 3, Fall 2010] | TX0007527923 | 2010 |
| [ 91 ] | Flava Works, Inc | Flavamen Magazine. [Published: 2012-03-01. Issue: vol. 8, no. 1, Spring/Summer 2012] | TX0007527920 | 2012 |
| [ 92 ] | Flava Works Inc. | FlavaMen Senior Year. | PA0001668012 | 2009 |
| [ 93 ] | Flava Works, Inc. | FLAVAMEN X-RATED 2010 CALENDAR. [Published: 2009-10-01. Issue: 2010] | TX0007319942 | 2009 |
| [ 94 ] | Flava Works Inc | FLOODED! | PA0002037047 | 2016 |
| [ 95 ] | Flava Works Inc | Flooded! #2: Cream Pies. | PA0002037042 | 2016 |
| [ 96 ] | Flava | I FUCKED YOUR WHITE | PA0001822515 | 2012 |

| | Works, Inc. | BOYFRIEND. | | |
|---|---|---|---|---|
| [ 97 ] | Flava Works, Inc. | J-Rock the Ass Slayer. | PA0001764942 | 2008 |
| [ 98 ] | Flava Works, Inc. | Miami Uncut #2, Hot as Hell, Papicock Presents. | PA0001764940 | 2011 |
| [ 99 ] | Flava Works, Inc. | Miami Uncut #3, Tropical Dicks, PapiCock Presents. | PA0001748155 | 2011 |
| [ 100 ] | Flava Works, Inc. | MIAMI UNCUT #6: Lust in Paradise. | PA0001993082 | 2015 |
| [ 101 ] | Flava Works Inc. | Miami Uncut, Papicock Presents. | PA0001691638 | 2010 |
| [ 102 ] | Flava Works, Inc. | MIAMI UNCUT#2: Hot as Hell : Papicock Presents. | PA0001737154 | 2010 |
| [ 103 ] | Flava Works, Inc. | MIAMI UNCUT#4: Sizzle. | PA0001863010 | 2013 |
| [ 104 ] | Flava Works, Inc. | MIAMI UNCUT#5: Heatwave. | PA0001917804 | 2013 |
| [ 105 ] | Flava Works Inc. | Mixxxed Nuts. | PA0001668231 | 2009 |
| [ 106 ] | Flava Works Inc. | Mixxxed Nuts #2: Taste the Crunch. | PA0001687480 | 2010 |
| [ 107 ] | Flava Works, Inc. | Mixxxed Nuts #3: Almond Joy. | PA0001748164 | 2011 |
| [ 108 ] | Flava Works, Inc. | Mixxxed Nuts #4: Nuts by the Pound. | PA0001748148 | 2011 |
| [ 109 ] | Flava Works, Inc. | Mixxxed Nuts #5: Sweet, Salty & Sticky. | PA0001802909 | 2012 |
| [ 110 ] | Flava Works, Inc. | MIXXXED NUTS #6: Nut Explosions. | PA0001789154 | 2012 |
| [ 111 ] | Flava Works, Inc. | MIXXXED NUTS #7: Dark Nut Rises. | PA0001841880 | 2012 |
| [ 112 ] | Flava | MIXXXED NUTS #7: Dark Nut | PA0001822516 | 2012 |

| | Works, Inc. | Rises. | | |
|---|---|---|---|---|
| [ 113 ] | Flava Works, Inc. | MIXXXED NUTS #8: COCONUTS. | PA0001861002 | 2013 |
| [ 114 ] | Flava Works Inc | Mixxxed Nuts RAW #1. | PA0002025838 | 2016 |
| [ 115 ] | Flava Works Inc. | Nightmare on Elmo Street. | PA0001668011 | 2009 |
| [ 116 ] | Flava Works, Inc. | ORGY FUCKERS #1. | PA0001789151 | 2012 |
| [ 117 ] | Flava Works, Inc. | ORGY FUCKERS #2: Raw n Juicy. | PA0001917812 | 2013 |
| [ 118 ] | Flava Works Inc | Orgy Fuckers #4: You Ain't Ready. | PA0002037052 | 2016 |
| [ 119 ] | Flava Works Inc. | Papicock.com 2010. | VA0001837591 | 2010 |
| [ 120 ] | Flava Works, Inc. | PUMP N GO. | PA0002036987 | 2013 |
| [ 121 ] | Flava Works, Inc. | Raw & Nasty 3: Gimmie dat Nut. | PA0001772428 | 2011 |
| [ 122 ] | Flava Works, Inc. | Raw & Nasty 4: Bust one in me! | PA0001804963 | 2012 |
| [ 123 ] | Flava Works Inc | Raw & Nasty 8: The Big Load. | PA0002037058 | 2016 |
| [ 124 ] | Flava Works, Inc. | RAW AND NASTY #1. | PA0001737157 | 2010 |
| [ 125 ] | Flava Works, Inc. | RAW AND NASTY #2: Milk These Walls. | PA0001737156 | 2010 |
| [ 126 ] | Flava Works, Inc. | RAW AND NASTY 5: Cum Filled. | PA0001841890 | 2013 |
| [ 127 ] | Flava Works, Inc. | RAW ASS POUNDERS #1. | PA0001822522 | 2012 |
| [ 128 ] | Flava | RAW ASS POUNDERS #2: | PA0001841889 | 2013 |

| | Works, Inc. | DEEP BREEDING. | | |
|---|---|---|---|---|
| [ 129 ] | Flava Works, Inc. | RAW ASS POUNDERS #3: BAREBACK DREAMS. | PA0001917810 | 2014 |
| [ 130 ] | Flava Works, Inc. | RAW CUM DUMPSTERS #1. | PA0001802967 | 2012 |
| [ 131 ] | Flava Works, Inc. | RAW CUM DUMPSTERS #2: Lick My Nut. | PA0001841874 | 2012 |
| [ 132 ] | Flava Works, Inc. | RAW CUM DUMPSTERS #3: Breeding Party. | PA0001863016 | 2013 |
| [ 133 ] | Flava Works, Inc. | Raw Rods #10: Super Slayers. | PA0001803004 | 2011 |
| [ 134 ] | Flava Works, Inc. | Raw Rods #11: : Direct Deposit. | PA0001797237 | 2012 |
| [ 135 ] | Flava Works, Inc. | RAW RODS #12: Freak Sessions. | PA0001841884 | 2013 |
| [ 136 ] | Flava Works, Inc. | RAW RODS #13: Breeding Sessions. | PA0001917818 | 2012 |
| [ 137 ] | Flava Works, Inc. | RAW RODS #14: IMPREGNATORS. | PA0002025846 | 2015 |
| [ 138 ] | Flava Works Inc. | Raw Rods #2: Gangsta Juice. | PA0001668271 | 2009 |
| [ 139 ] | Flava Works Inc. | Raw Rods #3: Gettin that Nut. | PA0001668236 | 2009 |
| [ 140 ] | Flava Works, Inc. | Raw Rods #4: Raw Beat Down. | PA0001677124 | 2009 |
| [ 141 ] | Flava Works Inc. | Raw Rods #4: Raw Beat Down. | PA0001728043 | 2009 |
| [ 142 ] | Flava Works, Inc | Raw Rods #5: Deep Impact. | PA0001677123 | 2009 |
| [ 143 ] | Flava Works Inc. | Raw Rods #5: Deep Impact. | PA0001728038 | 2009 |
| [ 144 ] | Flava | Raw Rods #6: Crazy for Cum. | PA0001691644 | 2010 |

| | Works Inc. | | | |
|---|---|---|---|---|
| [ 145 ] | Flava Works, Inc. | RAW RODS #7: TAKE IT IN THE GUTS. | PA0001736926 | 2010 |
| [ 146 ] | Flava Works, Inc. | Raw Rods #8: Flood That Booty. | PA0001748166 | 2011 |
| [ 147 ] | Flava Works, Inc. | Raw Rods #9: Heavy on the cream. | PA0001748142 | 2011 |
| [ 148 ] | Flava Works Inc. | Raw Rods 1. | PA0001668266 | 2009 |
| [ 149 ] | Flava Works, Inc. | RAW THUGS #4: RAW PLAYAZ. | PA0001861001 | 2013 |
| [ 150 ] | Flava Works, Inc. | Raw thugs : no. 2. | PA0001316802 | 2005 |
| [ 151 ] | Flava Works, Inc. | Raw thugs : no. 3. | PA0001315909 | 2005 |
| [ 152 ] | Flava Works Inc. | RawRods.com 2010. | VA0001792407 | 2010 |
| [ 153 ] | Flava Works, Inc. | Santo Domingo Uncut #1. | PA0001764949 | 2008 |
| [ 154 ] | Flava Works, Inc. | SANTO DOMINGO UNCUT #2. | PA0001788830 | 2008 |
| [ 155 ] | Flava Works Inc. | Santo Domingo Uncut #3: Dominican Dick Destruction. | PA0001691631 | 2010 |
| [ 156 ] | Flava Works, Inc. | SANTO DOMINGO UNCUT #4: Dominican Heat. | PA0001789159 | 2010 |
| [ 157 ] | Flava Works, Inc. | SANTO DOMINGO UNCUT #4: Dominican Heat. | PA0001737152 | 2010 |
| [ 158 ] | Flava Works, Inc. | Saukei 2 You. | PA0001764951 | 2008 |
| [ 159 ] | Flava Works Inc. | Snow Ballerz. | PA0001635771 | 2008 |
| [ 160 ] | Flava | SNOW BALLERZ #5: Frosty | PA0001802981 | 2012 |

| | Works, Inc. | Lips. | | |
|---|---|---|---|---|
| [ 161 ] | Flava Works Inc. | Snow Ballerz III: Avalanche! | PA0001668232 | 2009 |
| [ 162 ] | Flava Works Inc. | Snow Ballerz Two. | PA0001668265 | 2009 |
| [ 163 ] | Flava Works, Inc. | SNOW BALLERZ V1. | PA0001789153 | 2008 |
| [ 164 ] | Flava Works Inc. | Snow Ballerz V4: 18 to Party, 21 to Swallow. | PA0001691647 | 2010 |
| [ 165 ] | Flava Works, Inc. | Star Struck! | PA0001748139 | 2011 |
| [ 166 ] | Flava Works Inc. | Swaggers. | PA0001668235 | 2009 |
| [ 167 ] | Flava Works, Inc. | SWAGGERS #2: Dickin Down Deep. | PA0001789156 | 2010 |
| [ 168 ] | Flava Works, Inc. | SWAGGERS #2: Dickin Down Deep. | PA0001737151 | 2010 |
| [ 169 ] | Flava Works, Inc. | Swaggers #3: DTF (Down to Fuck) | PA0001802983 | 2012 |
| [ 170 ] | Flava Works, Inc. | SWAGGERS #4: Smoke & Fuck. | PA0001917815 | 2013 |
| [ 171 ] | Flava Works Inc. | That Good Dick: Tyson. | PA0001691645 | 2010 |
| [ 172 ] | Flava Works, Inc. | Thug Mansion: Breion Diamond's Crib. | PA0001764959 | 2008 |
| [ 173 ] | Flava Works Inc | Thug Mansion, Breion Diamond's Crib. | PA0001635924 | 2008 |
| [ 174 ] | Flava Works Inc. | Thug Mansion, Smooth's Crib. | PA0001635768 | 2008 |
| [ 175 ] | Flava Works Inc. | Thugboy 9 - All about the Dick. | PA0001701364 | 2010 |
| [ 176 ] | Flava | Thugboy.com 2010. | VA0001837588 | 2010 |

| | Works Inc. | | | |
|---|---|---|---|---|
| [ 177 ] | Flava Works, Inc. | Thugboy V11 - Running from the Dick. | PA0001748147 | 2011 |
| [ 178 ] | Flava Works, Inc. | Thugboy V12 - Banging Backs Out. | PA0001797238 | 2012 |
| [ 179 ] | Flava Works Inc. | Thugboy V6 - Playas in Action. | PA0001782056 | 2010 |
| [ 180 ] | Flava Works, Inc. | THUGBOY Vol.10: Hood is Good. | PA0001737149 | 2010 |
| [ 181 ] | Flava Works Inc. | ThugBoy Vol 2 : Errbody Wanna Thug. | PA0001635772 | 2008 |
| [ 182 ] | Flava Works Inc. | ThugBoy Vol 3 : Layin da Pipe. | PA0001635916 | 2008 |
| [ 183 ] | Flava Works Inc. | ThugBoy Vol 4 : Thugged Out. | PA0001635774 | 2008 |
| [ 184 ] | Flava Works, Inc. | THUGBOY Vol.7:Built To Fuck. | PA0001737153 | 2010 |
| [ 185 ] | Flava Works Inc. | Thugboy Vol. 8 Fuck What You Heard. | PA0001668238 | 2009 |
| [ 186 ] | Flava Works Inc. | ThugsForSex.com 2010. | VA0001742514 | 2010 |
| [ 187 ] | Flava Works, Inc. | WHITE ASS PUNISHERS. | PA0001841894 | 2013 |
| [ 188 ] | Flava Works, Inc. | WHITE ASS PUNISHERS #2: FACE DOWN ASS UP. | PA0001917813 | 2013 |
| [ 189 ] | Flava Works Inc. | World of Flava: Paris. | PA0001668278 | 2009 |

# WHOIS search results

Domain Name: THUGBOY.COM
Registry Domain ID: 38283071_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018-10-22T23:24:26Z
Creation Date: 2000-10-23T21:57:16Z
Registrar Registration Expiration Date: 2019-10-23T21:57:16Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited
http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited
http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Phillip Bleicher
Registrant Organization: Flava Works, Inc.
Registrant Street: PO BOX 2495
Registrant City: Chicago
Registrant State/Province: Illinois

## Want to buy this domain?

Get it with our Domain Broker Service.

Go

## Is this your domain?

Add hosting, email and more.

Go

# WHOIS search results

Domain Name: PAPICOCK.COM
Registry Domain ID: 85453062_DOMAIN_COM–VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2019–03–27T16:18:59Z
Creation Date: 2002–04–10T14:51:44Z
Registrar Registration Expiration Date: 2021–04–10T14:51:44Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited
http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited
http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Phillip Bleicher
Registrant Organization: Flava Works, Inc.
Registrant Street: PO BOX 2495
Registrant City: Chicago
Registrant State/Province: Illinois

## Want to buy this domain?

Get it with our Domain Broker Service.

Go

## Is this your domain?

Add hosting, email and more.

Go

# WHOIS search results

Domain Name: cocodorm.com
Registry Domain ID: 80346411_DOMAIN_COM–VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018–11–16T19:27:06Z
Creation Date: 2001–11–27T16:21:58Z
Registrar Registration Expiration Date: 2023–11–27T16:21:58Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited
http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited
http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Phillip Bleicher
Registrant Organization: Flava Works, Inc.
Registrant Street: 833 SW 14th Ave
Registrant City: Miami

## Want to buy this domain?

Get it with our Domain Broker Service.

Go

## Is this your domain?

Add hosting, email and more.

Go

# WHOIS search results

Domain Name: COCOSTORE.COM
Registry Domain ID: 83939136_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018-02-10T19:31:55Z
Creation Date: 2002-02-25T04:25:51Z
Registrar Registration Expiration Date: 2020-02-25T04:25:51Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited
http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited
http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Phillip Bleicher
Registrant Organization: Flava Works, Inc.
Registrant Street: PO BOX 2495
Registrant City: Chicago
Registrant State/Province: Illinois

## Want to buy this domain?

Get it with our Domain Broker Service.

Go

## Is this your domain?

Add hosting, email and more.

Go

# WHOIS search results

Domain Name: flavamen.com

Registry Domain ID: 119174111_DOMAIN_COM-VRSN

Registrar WHOIS Server: whois.godaddy.com

Registrar URL: http://www.godaddy.com

Updated Date: 2018-05-07T02:19:46Z

Creation Date: 2004-05-04T20:11:35Z

Registrar Registration Expiration Date: 2020-05-04T20:11:35Z

Registrar: GoDaddy.com, LLC

Registrar IANA ID: 146

Registrar Abuse Contact Email: abuse@godaddy.com

Registrar Abuse Contact Phone: +1.4806242505

Domain Status: clientTransferProhibited

http://www.icann.org/epp#clientTransferProhibited

Domain Status: clientUpdateProhibited

http://www.icann.org/epp#clientUpdateProhibited

Domain Status: clientRenewProhibited

http://www.icann.org/epp#clientRenewProhibited

Domain Status: clientDeleteProhibited

http://www.icann.org/epp#clientDeleteProhibited

Registry Registrant ID: Not Available From Registry

Registrant Name: Phillip Bleicher

Registrant Organization: Flava Works, Inc.

Registrant Street: 833 SW 14th Ave

Registrant City: Miami

## Want to buy this domain?

Get it with our Domain Broker Service.

Go

## Is this your domain?

Add hosting, email and more.

Go