IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-23208-CIV-LENARD/GOODMAN

FLAVA WORKS, INC.,

    Plaintiff,
vs.

A4A RESEAU, INC., A4A NETWORK, INC.,
and MARC PARENT,

    Defendants.
_____/

**PROPOSED ORDER ON DEFENDANTS'
MOTION FOR ORDER OF SEIZURE AND SALE**

This matter, having come before the Court upon Defendants' Motion for Order of Seizure and Sale, and the Court having reviewed said Motion and being otherwise advised in the premises, it is hereupon,

**ORDERED AND ADJUDGED** that the Motion is hereby GRANTED. The Court has previously granted the relief sought in this motion generally [D.E. 190]. This Motion and Order shall set for the initial procedures to implement the Court's previous order.

The Court hereby seizes and transfers to Defendants' counsel John F. Bradley, Trustee, the Flava Works, Inc. intellectual property and other property rights set forth in *Schedule 1* attached (collectively "Flava IP"), including but not limited to all right, title and interest to all property therein, their copyrights, trademarks, Internet domain name registrations, goodwill and physical inventory embodying any copyrights and including the right to sue for damages for all past infringement of any of the Flava IP occurring prior to the execution of this Order.

The Court hereby orders the Registrar of the Copyright Office and the Commissioner of the United States Patent and Trademark Office to evidence this transfer the Flava IP set forth on ***Schedule 1*** to John F. Bradley, Trustee, through the recording of this Order with the U.S. Copyright Office and the U.S. Patent and Trademark Office.

The Court hereby orders GoDaddy to evidence the Internet domain names currently registered to the Registrant Organization "Flava Works, Inc." set forth on ***Schedule 1*** attached, be transferred to and registered to John F. Bradley, Trustee and all administration rights and control to such Internet domain names shall be solely belong to John F. Bradley, Trustee. GoDaddy shall issue new account registration and password information to such Internet Domains forthwith.

The Court hereby grants John F. Bradley, Trustee, the authority to advertise and conduct an auction for the sale of the Flava IP set forth on ***Schedule 1*** to the highest bidder and to convey good title to the same reporting the revenue realized after paying the reasonable costs thereof.

Flava Works, Inc. shall file with this Court a disclosure of which copyright registrations included in the Flava IP are subject of any present or unasserted infringement claims against any third party and the status of any which claims within ten (10) days of the date of this Order.

Defendants are entitled to recover their costs for this filing, as well as other reasonable and just incidental costs, as well as reasonable attorneys' fees against the Plaintiff pursuant to § 56.29(11) for this motion and the conduct of the anticipated auction.

**DONE AND ORDERED** in Chambers at Miami, Florida on this 26th day of June, 2019.

                                                                                                  _____
                                                                                                  **Honorable Jonathan Goodman**
                                                                                                  **Magistrate Judge**

# *Schedule 1*

| Number | Name | Full Title | Copyright Number | Date |
|---|---|---|---|---|
| [ 1 ] | Flava Works, Inc. | Bad Boy Detention 2 - Bareback Sessions. | PA0001804965 | 2012 |
| [ 2 ] | Flava Works, Inc. | Bad Boy Detention 3 - Raw Trouble. | PA0001861010 | 2013 |
| [ 3 ] | Flava Works, Inc. | Bad Boy Detention : F is for Fuck. | PA0001797213 | 2012 |
| [ 4 ] | Flava Works, Inc. | BAREBACK BOOTY BANDITS. | PA0001917774 | 2012 |
| [ 5 ] | Flava Works, Inc. | BAREBACK BOOTY BANDITS. | PA0001832507 | 2012 |
| [ 6 ] | Flava Works, Inc. | BAREBACK BUSSY #1. | PA0002037043 | 2015 |
| [ 7 ] | Flava Works, Inc. | BAREBACK BUSSY #2: BREED AND BOUNCE. | PA0002025855 | 2015 |
| [ 8 ] | Flava Works, Inc. | BAREBACK STUDY HALL #3: ENCOUNTERS. | PA0002037056 | 2015 |
| [ 9 ] | Flava Works, Inc. | BAREBACK STUDY HALL #4: LESSONS LEARNED. | PA0002025860 | 2015 |
| [ 10 ] | Flava Works, Inc. | BAREBACK STUDY HALL #5: CUTTING CLASS. | PA0002036970 | 2015 |
| [ 11 ] | Flava Works, Inc. | BIG BLACK & BAREBACK. | PA0001788831 | 2011 |
| [ 12 ] | Flava Works, Inc. | Big Black Dick. | PA0001748153 | 2011 |
| [ 13 ] | Flava Works Inc | Big Black Dick 2: Ouch! | PA0001802985 | 2011 |
| [ 14 ] | Flava Works, Inc. | Big Black Dick 3: Third Leg. | PA0001804964 | 2012 |
| [ 15 ] | Flava Works, Inc. | Big Black Dick 3: Third Leg. | PA0001797171 | 2012 |
| [ 16 ] | Flava | Big Black Dick 4: Inches of Pain. | PA0001861008 | 2013 |

| | | | | |
|---|---|---|---|---|
| | Works, Inc. | | | |
| [ 17 ] | FLAVA WORKS INC | BLACK BAREBACK COLLEGE #1. | PA0002037057 | 2016 |
| [ 18 ] | Flava Works, Inc. | BLACK IN WHITE. | PA0001841887 | 2012 |
| [ 19 ] | Flava Works, Inc. | BLACK IN WHITE #2 INTERRACIAL BAREBACK. | PA0001993086 | 2016 |
| [ 20 ] | Flava Works Inc. | Chino in the Raw. | PA0001668277 | 2009 |
| [ 21 ] | Flava Works Inc. | Cocoboyz.com 2010. | VA0001861560 | 2010 |
| [ 22 ] | Flava Works Inc. | Cocodorm.com 2010. | VA0001861558 | 2010 |
| [ 23 ] | Flava Works, Inc. | COCODORM RAW #1. | PA0002025848 | 2015 |
| [ 24 ] | Flava Works, Inc. | COCODORM RAW #2: Skeet & Eat. | PA0002036972 | 2015 |
| [ 25 ] | Flava Works, Inc. | COCODORM RAW #3: Fucking for Coins. | PA0002037060 | 2015 |
| [ 26 ] | Flava Works, Inc. | Cody Kyler's Pinga Paradise. | PA0001668281 | 2009 |
| [ 27 ] | Flava Works, Inc. | CODY KYLER'S PINGA PARADISE #2. | PA0001737150 | 2010 |
| [ 28 ] | Flava Works, Inc. | Dominant Raw Tops. | PA0001748151 | 2011 |
| [ 29 ] | Flava Works, Inc. | DOMINANT RAW TOPS #4:Up in the Guts! | PA0001841878 | 2013 |
| [ 30 ] | Flava Works, Inc. | DOMINANT RAW TOPS #7:Man Milk. | PA0002036969 | 2014 |
| [ 31 ] | Flava Works, Inc. | Dominant Raw Tops 3: Nut up or Shut up! | PA0001803007 | 2012 |
| [ 32 ] | Flava | Dominant Raw Tops 3: Nut up or | PA0001804962 | 2012 |

|  |  | Works, Inc. | Shut up! |  |  |
|---|---|---|---|---|---|
| [ 33 ] | Flava Works, Inc. | Dorm Life 12 - Dick Addiction. | PA0001764960 | 2008 |
| [ 34 ] | Flava Works Inc. | Dorm Life 12 : Dick Addiction. | PA0001635732 | 2008 |
| [ 35 ] | Flava Works, Inc. | Dorm Life 13 - Skipping Class for Ass. | PA0001764946 | 2008 |
| [ 36 ] | Flava Works Inc. | Dorm Life 14 - The Dick Down. | PA0001668240 | 2009 |
| [ 37 ] | Flava Works Inc. | Dorm Life 15 - After School Fuck Sessions. | PA0001668343 | 2009 |
| [ 38 ] | Flava Works Inc. | Dorm Life 16 : Fucking For Extra Credit. | PA0001666879 | 2009 |
| [ 39 ] | Flava Works Inc. | Dorm Life 17 : Dick in Detention. | PA0001666861 | 2009 |
| [ 40 ] | Flava Works Inc. | Dorm Life 18:, Cum Hard or Fuck Off. | PA0001666875 | 2009 |
| [ 41 ] | Flava Works Inc. | Dorm Life 19 - Night Vision. | PA0001697763 | 2010 |
| [ 42 ] | Flava Works, Inc. | DORM LIFE 20 - Double X. | PA0001789152 | 2010 |
| [ 43 ] | Flava Works, Inc. | DORM LIFE 21 - Legally Crunk. | PA0001789158 | 2011 |
| [ 44 ] | Flava Works, Inc. | Dorm Life 22 - Easy A. | PA0001802911 | 2012 |
| [ 45 ] | Flava Works, Inc. | Dorm Life 23 - Fuck the A outta me. | PA0001797241 | 2012 |
| [ 46 ] | Flava Works, Inc. | DORM LIFE 5. | PA0001862670 | 2005 |
| [ 47 ] | Flava Works, Inc. | DORM LIFE V24: NEED FOR SEED. | PA0001863017 | 2013 |
| [ 48 ] | Flava | DORM LIFE V25: RAW | PA0001917773 | 2013 |

|  |  | TUITION. |  |  |
|---|---|---|---|---|
|  | Works, Inc. |  |  |  |
| [ 49 ] | Flava Works, Inc. | DORM LIFE Vol.20: Double X. | PA0001737155 | 2010 |
| [ 50 ] | Flava Works Inc. | Dorm Life X : The House Next Door. | PA0001635777 | 2008 |
| [ 51 ] | Flava Works Inc. | Dorm Life XI : Revenge of da Nutt. | PA0001635734 | 2008 |
| [ 52 ] | Flava Works Inc | EAT BEAT BREED AND REPEAT. | PA0002037046 | 2016 |
| [ 53 ] | Flava Works, Inc. | FEED & BREED #4 FLOOD MY HOLE. | PA0002025857 | 2015 |
| [ 54 ] | Flava Works, Inc. | FEED & BREED #5: DRAIN MY BALLS. | PA0002037054 | 2015 |
| [ 55 ] | Flava Works, Inc. | Flava Works Video Edits Fall 2012. | PA0001830766 | 2012 |
| [ 56 ] | Flava Works, Inc. | Flava Works Video Edits Jan-June, 2011. | PA0001779325 | 2011 |
| [ 57 ] | Flava Works, Inc. | Flava Works Video Edits Sept-Oct, 2011. | PA0001779324 | 2011 |
| [ 58 ] | Flava Works Inc | Flava Works Video Edits Spring 2012. | PA0001828190 | 2012 |
| [ 59 ] | Flava Works Inc | Flava Works Video Edits Summer 2012. | PA0001820337 | 2012 |
| [ 60 ] | Flava Works Inc. | Flava Works Website Edits 2009. | VA0001760400 | 2010 |
| [ 61 ] | Flava Works, Inc. | FlavaLife : Black & Latino gay travel & entertainment guide. | CSN0148498 | 2006 |
| [ 62 ] | Flava Works, Inc. | FlavaLife : Black & Latino gay travel & entertainment guide. | CSN0148498 | 2005 |
| [ 63 ] | Flava Works Inc. | FlavaMen.com 2010. | VA0001861561 | 2010 |
| [ 64 ] | Flava | FlavaMen freshman year : no. 1-2. | PA0001315877 | 2006 |

| | | | | |
|---|---|---|---|---|
| | Works, Inc. | | | |
| [ 65 ] | Flava Works Inc. | FlavaMen Junior Year. | PA0001668262 | 2009 |
| [ 66 ] | Flava Works Inc. | FlavaMen Junior Year. | PA0001769140 | 2008 |
| [ 67 ] | Flava Works, Inc | Flavamen Magazine. [Published: 2005-01-01. Issue: vol. 1, no. 1, Winter 2004] | TX0007527922 | 2005 |
| [ 68 ] | Flava Works, Inc | Flavamen Magazine. [Published: 2005-03-01. Issue: vol. 1, no. 2, Spring 2005] | TX0007527918 | 2005 |
| [ 69 ] | Flava Works, Inc | Flavamen Magazine. [Published: 2005-06-01. Issue: vol. 1, no. 3, Summer 2005] | TX0007527917 | 2005 |
| [ 70 ] | Flava Works, Inc | Flavamen Magazine. [Published: 2005-09-01. Issue: vol. 1, no. 4, Fall 2005] | TX0007527914 | 2005 |
| [ 71 ] | Flava Works, Inc | Flavamen Magazine. [Published: 2005-12-01. Issue: vol. 1, no. 5, Winter 2005] | TX0007527910 | 2005 |
| [ 72 ] | Flava Works, Inc. | FlavaMen Magazine. [Published: 2006-01-01. Issue: vol. 2, no. 1, Winter 2006] | TX0007319965 | 2006 |
| [ 73 ] | Flava Works, Inc. | FlavaMen Magazine. [Published: 2006-04-01. Issue: vol. 2, no. 2, Spring 2006] | TX0007319952 | 2006 |
| [ 74 ] | Flava Works, Inc. | FlavaMen Magazine. [Published: 2006-07-01. Issue: vol. 2, no. 3, Summer 2006] | TX0007319950 | 2006 |
| [ 75 ] | Flava Works, Inc. | FlavaMen Magazine. [Published: 2006-11-01. Issue: vol. 2, no. 4, Fall 2006] | TX0007319946 | 2006 |
| [ 76 ] | Flava Works, Inc. | FlavaMen Magazine. [Published: 2007-04-01. Issue: vol. 3, no. 2, Spring 2007] | TX0007323094 | 2007 |
| [ 77 ] | Flava Works, Inc. | FlavaMen Magazine. [Published: 2007-07-01. Issue: vol. 3, no. 3, Summer 2007] | TX0007319957 | 2007 |
| [ 78 ] | Flava Works, Inc. | FlavaMen Magazine. [Published: 2007-11-01. Issue: vol. 3, no. 4, Fall 2007] | TX0007319954 | 2007 |
| [ 79 ] | Flava Works, Inc. | FlavaMen Magazine. [Published: 2008-01-01. Issue: vol. 4, no. 1, Winter 2008] | TX0007319961 | 2008 |
| [ 80 ] | Flava | FlavaMen Magazine. [Published: | TX0007180442 | 2008 |

| | | | | |
|---|---|---|---|---|
| | Works, Inc. | 2008-01-01. Issue: vol. 6, no. 1, Spring 2010] | | |
| [ 81 ] | Flava Works, Inc. | FlavaMen Magazine. [Published: 2008-01-01. Issue: vol. 6, no. 1, Spring 2010] | TX0007220990 | 2008 |
| [ 82 ] | Flava Works, Inc. | FlavaMen Magazine. [Published: 2008-01-01. Issue: vol. 6, no. 2, Summer 2010] | TX0007220991 | 2008 |
| [ 83 ] | Flava Works, Inc. | FlavaMen Magazine. [Published: 2008-05-01. Issue: vol. 4, no. 2, Spring 2008] | TX0007319960 | 2008 |
| [ 84 ] | Flava Works, Inc | Flavamen Magazine. [Published: 2008-06-01. Issue: vol. 4, no. 2, Summer 2008] | TX0007527909 | 2008 |
| [ 85 ] | Flava Works, Inc. | FlavaMen Magazine. [Published: 2008-11-01. Issue: vol. 4, no. 4, Fall 2008] | TX0007319958 | 2008 |
| [ 86 ] | Flava Works, Inc. | FlavaMen Magazine. [Published: 2009-01-01. Issue: vol. 5, no. 1, Winter 2009] | TX0007145778 | 2009 |
| [ 87 ] | Flava Works, Inc. | FlavaMen Magazine. [Published: 2009-04-01. Issue: vol. 5, no. 1, Spring 2009] | TX0007145781 | 2009 |
| [ 88 ] | Flava Works, Inc. | FlavaMen Magazine. [Published: 2009-07-01. Issue: vol. 5, no. 2, Summer 2009] | TX0007145771 | 2009 |
| [ 89 ] | Flava Works, Inc. | FlavaMen Magazine. [Published: 2009-12-01. Issue: vol. 5, no. 3, Fall 2009] | TX0007145774 | 2009 |
| [ 90 ] | Flava Works, Inc | Flavamen Magazine. [Published: 2010-09-01. Issue: vol. 6, no. 3, Fall 2010] | TX0007527923 | 2010 |
| [ 91 ] | Flava Works, Inc | Flavamen Magazine. [Published: 2012-03-01. Issue: vol. 8, no. 1, Spring/Summer 2012] | TX0007527920 | 2012 |
| [ 92 ] | Flava Works Inc. | FlavaMen Senior Year. | PA0001668012 | 2009 |
| [ 93 ] | Flava Works, Inc. | FLAVAMEN X-RATED 2010 CALENDAR. [Published: 2009-10-01. Issue: 2010] | TX0007319942 | 2009 |
| [ 94 ] | Flava Works Inc | FLOODED! | PA0002037047 | 2016 |
| [ 95 ] | Flava Works Inc | Flooded! #2: Cream Pies. | PA0002037042 | 2016 |
| [ 96 ] | Flava | I FUCKED YOUR WHITE | PA0001822515 | 2012 |

| | | | | |
|---|---|---|---|---|
| | Works, Inc. | BOYFRIEND. | | |
| [ 97 ] | Flava Works, Inc. | J-Rock the Ass Slayer. | PA0001764942 | 2008 |
| [ 98 ] | Flava Works, Inc. | Miami Uncut #2, Hot as Hell, Papicock Presents. | PA0001764940 | 2011 |
| [ 99 ] | Flava Works, Inc. | Miami Uncut #3, Tropical Dicks, PapiCock Presents. | PA0001748155 | 2011 |
| [ 100 ] | Flava Works, Inc. | MIAMI UNCUT #6: Lust in Paradise. | PA0001993082 | 2015 |
| [ 101 ] | Flava Works Inc. | Miami Uncut, Papicock Presents. | PA0001691638 | 2010 |
| [ 102 ] | Flava Works, Inc. | MIAMI UNCUT#2: Hot as Hell : Papicock Presents. | PA0001737154 | 2010 |
| [ 103 ] | Flava Works, Inc. | MIAMI UNCUT#4: Sizzle. | PA0001863010 | 2013 |
| [ 104 ] | Flava Works, Inc. | MIAMI UNCUT#5: Heatwave. | PA0001917804 | 2013 |
| [ 105 ] | Flava Works Inc. | Mixxxed Nuts. | PA0001668231 | 2009 |
| [ 106 ] | Flava Works Inc. | Mixxxed Nuts #2: Taste the Crunch. | PA0001687480 | 2010 |
| [ 107 ] | Flava Works, Inc. | Mixxxed Nuts #3: Almond Joy. | PA0001748164 | 2011 |
| [ 108 ] | Flava Works, Inc. | Mixxxed Nuts #4: Nuts by the Pound. | PA0001748148 | 2011 |
| [ 109 ] | Flava Works, Inc. | Mixxxed Nuts #5: Sweet, Salty & Sticky. | PA0001802909 | 2012 |
| [ 110 ] | Flava Works, Inc. | MIXXXED NUTS #6: Nut Explosions. | PA0001789154 | 2012 |
| [ 111 ] | Flava Works, Inc. | MIXXXED NUTS #7: Dark Nut Rises. | PA0001841880 | 2012 |
| [ 112 ] | Flava | MIXXXED NUTS #7: Dark Nut | PA0001822516 | 2012 |

|  |  | Works, Inc. | Rises. |  |  |
|---|---|---|---|---|---|
| [ 113 ] | Flava Works, Inc. | MIXXXED NUTS #8: COCONUTS. | PA0001861002 | 2013 |
| [ 114 ] | Flava Works Inc | Mixxxed Nuts RAW #1. | PA0002025838 | 2016 |
| [ 115 ] | Flava Works Inc. | Nightmare on Elmo Street. | PA0001668011 | 2009 |
| [ 116 ] | Flava Works, Inc. | ORGY FUCKERS #1. | PA0001789151 | 2012 |
| [ 117 ] | Flava Works, Inc. | ORGY FUCKERS #2: Raw n Juicy. | PA0001917812 | 2013 |
| [ 118 ] | Flava Works Inc | Orgy Fuckers #4: You Ain't Ready. | PA0002037052 | 2016 |
| [ 119 ] | Flava Works Inc. | Papicock.com 2010. | VA0001837591 | 2010 |
| [ 120 ] | Flava Works, Inc. | PUMP N GO. | PA0002036987 | 2013 |
| [ 121 ] | Flava Works, Inc. | Raw & Nasty 3: Gimmie dat Nut. | PA0001772428 | 2011 |
| [ 122 ] | Flava Works, Inc. | Raw & Nasty 4: Bust one in me! | PA0001804963 | 2012 |
| [ 123 ] | Flava Works Inc | Raw & Nasty 8: The Big Load. | PA0002037058 | 2016 |
| [ 124 ] | Flava Works, Inc. | RAW AND NASTY #1. | PA0001737157 | 2010 |
| [ 125 ] | Flava Works, Inc. | RAW AND NASTY #2: Milk These Walls. | PA0001737156 | 2010 |
| [ 126 ] | Flava Works, Inc. | RAW AND NASTY 5: Cum Filled. | PA0001841890 | 2013 |
| [ 127 ] | Flava Works, Inc. | RAW ASS POUNDERS #1. | PA0001822522 | 2012 |
| [ 128 ] | Flava | RAW ASS POUNDERS #2: | PA0001841889 | 2013 |

| | | | | |
|---|---|---|---|---|
| | Works, Inc. | DEEP BREEDING. | | |
| [ 129 ] | Flava Works, Inc. | RAW ASS POUNDERS #3: BAREBACK DREAMS. | PA0001917810 | 2014 |
| [ 130 ] | Flava Works, Inc. | RAW CUM DUMPSTERS #1. | PA0001802967 | 2012 |
| [ 131 ] | Flava Works, Inc. | RAW CUM DUMPSTERS #2: Lick My Nut. | PA0001841874 | 2012 |
| [ 132 ] | Flava Works, Inc. | RAW CUM DUMPSTERS #3: Breeding Party. | PA0001863016 | 2013 |
| [ 133 ] | Flava Works, Inc. | Raw Rods #10: Super Slayers. | PA0001803004 | 2011 |
| [ 134 ] | Flava Works, Inc. | Raw Rods #11: : Direct Deposit. | PA0001797237 | 2012 |
| [ 135 ] | Flava Works, Inc. | RAW RODS #12: Freak Sessions. | PA0001841884 | 2013 |
| [ 136 ] | Flava Works, Inc. | RAW RODS #13: Breeding Sessions. | PA0001917818 | 2012 |
| [ 137 ] | Flava Works, Inc. | RAW RODS #14: IMPREGNATORS. | PA0002025846 | 2015 |
| [ 138 ] | Flava Works Inc. | Raw Rods #2: Gangsta Juice. | PA0001668271 | 2009 |
| [ 139 ] | Flava Works Inc. | Raw Rods #3: Gettin that Nut. | PA0001668236 | 2009 |
| [ 140 ] | Flava Works, Inc. | Raw Rods #4: Raw Beat Down. | PA0001677124 | 2009 |
| [ 141 ] | Flava Works Inc. | Raw Rods #4: Raw Beat Down. | PA0001728043 | 2009 |
| [ 142 ] | Flava Works, Inc | Raw Rods #5: Deep Impact. | PA0001677123 | 2009 |
| [ 143 ] | Flava Works Inc. | Raw Rods #5: Deep Impact. | PA0001728038 | 2009 |
| [ 144 ] | Flava | Raw Rods #6: Crazy for Cum. | PA0001691644 | 2010 |

| | Works Inc. | | | |
|---|---|---|---|---|
| [ 145 ] | Flava Works, Inc. | RAW RODS #7: TAKE IT IN THE GUTS. | PA0001736926 | 2010 |
| [ 146 ] | Flava Works, Inc. | Raw Rods #8: Flood That Booty. | PA0001748166 | 2011 |
| [ 147 ] | Flava Works, Inc. | Raw Rods #9: Heavy on the cream. | PA0001748142 | 2011 |
| [ 148 ] | Flava Works Inc. | Raw Rods 1. | PA0001668266 | 2009 |
| [ 149 ] | Flava Works, Inc. | RAW THUGS #4: RAW PLAYAZ. | PA0001861001 | 2013 |
| [ 150 ] | Flava Works, Inc. | Raw thugs : no. 2. | PA0001316802 | 2005 |
| [ 151 ] | Flava Works, Inc. | Raw thugs : no. 3. | PA0001315909 | 2005 |
| [ 152 ] | Flava Works Inc. | RawRods.com 2010. | VA0001792407 | 2010 |
| [ 153 ] | Flava Works, Inc. | Santo Domingo Uncut #1. | PA0001764949 | 2008 |
| [ 154 ] | Flava Works, Inc. | SANTO DOMINGO UNCUT #2. | PA0001788830 | 2008 |
| [ 155 ] | Flava Works Inc. | Santo Domingo Uncut #3: Dominican Dick Destruction. | PA0001691631 | 2010 |
| [ 156 ] | Flava Works, Inc. | SANTO DOMINGO UNCUT #4: Dominican Heat. | PA0001789159 | 2010 |
| [ 157 ] | Flava Works, Inc. | SANTO DOMINGO UNCUT #4: Dominican Heat. | PA0001737152 | 2010 |
| [ 158 ] | Flava Works, Inc. | Saukei 2 You. | PA0001764951 | 2008 |
| [ 159 ] | Flava Works Inc. | Snow Ballerz. | PA0001635771 | 2008 |
| [ 160 ] | Flava | SNOW BALLERZ #5: Frosty | PA0001802981 | 2012 |

|  |  | Works, Inc. | Lips. |  |  |
|---|---|---|---|---|---|
| [ 161 ] | Flava Works Inc. | Snow Ballerz III: Avalanche! | PA0001668232 | 2009 |
| [ 162 ] | Flava Works Inc. | Snow Ballerz Two. | PA0001668265 | 2009 |
| [ 163 ] | Flava Works, Inc. | SNOW BALLERZ V1. | PA0001789153 | 2008 |
| [ 164 ] | Flava Works Inc. | Snow Ballerz V4: 18 to Party, 21 to Swallow. | PA0001691647 | 2010 |
| [ 165 ] | Flava Works, Inc. | Star Struck! | PA0001748139 | 2011 |
| [ 166 ] | Flava Works Inc. | Swaggers. | PA0001668235 | 2009 |
| [ 167 ] | Flava Works, Inc. | SWAGGERS #2: Dickin Down Deep. | PA0001789156 | 2010 |
| [ 168 ] | Flava Works, Inc. | SWAGGERS #2: Dickin Down Deep. | PA0001737151 | 2010 |
| [ 169 ] | Flava Works, Inc. | Swaggers #3: DTF (Down to Fuck) | PA0001802983 | 2012 |
| [ 170 ] | Flava Works, Inc. | SWAGGERS #4: Smoke & Fuck. | PA0001917815 | 2013 |
| [ 171 ] | Flava Works Inc. | That Good Dick: Tyson. | PA0001691645 | 2010 |
| [ 172 ] | Flava Works, Inc. | Thug Mansion: Breion Diamond's Crib. | PA0001764959 | 2008 |
| [ 173 ] | Flava Works Inc | Thug Mansion, Breion Diamond's Crib. | PA0001635924 | 2008 |
| [ 174 ] | Flava Works Inc. | Thug Mansion, Smooth's Crib. | PA0001635768 | 2008 |
| [ 175 ] | Flava Works Inc. | Thugboy 9 - All about the Dick. | PA0001701364 | 2010 |
| [ 176 ] | Flava | Thugboy.com 2010. | VA0001837588 | 2010 |

|          |                      |                                            |              |      |
|----------|----------------------|--------------------------------------------|--------------|------|
|          | Works Inc.           |                                            |              |      |
| [ 177 ]  | Flava Works, Inc.    | Thugboy V11 - Running from the Dick.       | PA0001748147 | 2011 |
| [ 178 ]  | Flava Works, Inc.    | Thugboy V12 - Banging Backs Out.           | PA0001797238 | 2012 |
| [ 179 ]  | Flava Works Inc.     | Thugboy V6 - Playas in Action.             | PA0001782056 | 2010 |
| [ 180 ]  | Flava Works, Inc.    | THUGBOY Vol.10: Hood is Good.              | PA0001737149 | 2010 |
| [ 181 ]  | Flava Works Inc.     | ThugBoy Vol 2 : Errbody Wanna Thug.        | PA0001635772 | 2008 |
| [ 182 ]  | Flava Works Inc.     | ThugBoy Vol 3 : Layin da Pipe.             | PA0001635916 | 2008 |
| [ 183 ]  | Flava Works Inc.     | ThugBoy Vol 4 : Thugged Out.               | PA0001635774 | 2008 |
| [ 184 ]  | Flava Works, Inc.    | THUGBOY Vol.7:Built To Fuck.               | PA0001737153 | 2010 |
| [ 185 ]  | Flava Works Inc.     | Thugboy Vol. 8 Fuck What You Heard.        | PA0001668238 | 2009 |
| [ 186 ]  | Flava Works Inc.     | ThugsForSex.com 2010.                      | VA0001742514 | 2010 |
| [ 187 ]  | Flava Works, Inc.    | WHITE ASS PUNISHERS.                       | PA0001841894 | 2013 |
| [ 188 ]  | Flava Works, Inc.    | WHITE ASS PUNISHERS #2: FACE DOWN ASS UP.  | PA0001917813 | 2013 |
| [ 189 ]  | Flava Works Inc.     | World of Flava: Paris.                     | PA0001668278 | 2009 |

# WHOIS search results

```
Domain Name: THUGBOY.COM
Registry Domain ID: 38283071_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018-10-22T23:24:26Z
Creation Date: 2000-10-23T21:57:16Z
Registrar Registration Expiration Date: 2019-10-23T21:57:16Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited
http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited
http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Phillip Bleicher
Registrant Organization: Flava Works, Inc.
Registrant Street: PO BOX 2495
Registrant City: Chicago
Registrant State/Province: Illinois
```

## Want to buy this domain?

Get it with our Domain Broker Service.

**Go**

## Is this your domain?

Add hosting, email and more.

**Go**

# WHOIS search results

```
Domain Name: PAPICOCK.COM
Registry Domain ID: 85453062_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2019-03-27T16:18:59Z
Creation Date: 2002-04-10T14:51:44Z
Registrar Registration Expiration Date: 2021-04-10T14:51:44Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited
http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited
http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Phillip Bleicher
Registrant Organization: Flava Works, Inc.
Registrant Street: PO BOX 2495
Registrant City: Chicago
Registrant State/Province: Illinois
```

## Want to buy this domain?

Get it with our Domain Broker Service.

[ Go ]

## Is this your domain?

Add hosting, email and more.

[ Go ]

# WHOIS search results

```
Domain Name: cocodorm.com
Registry Domain ID: 80346411_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018-11-16T19:27:06Z
Creation Date: 2001-11-27T16:21:58Z
Registrar Registration Expiration Date: 2023-11-27T16:21:58Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited
http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited
http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Phillip Bleicher
Registrant Organization: Flava Works, Inc.
Registrant Street: 833 SW 14th Ave
Registrant City: Miami
```

## Want to buy this domain?

Get it with our Domain Broker Service.

Go

## Is this your domain?

Add hosting, email and more.

Go

# WHOIS search results

```
Domain Name: COCOSTORE.COM
Registry Domain ID: 83939136_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018-02-10T19:31:55Z
Creation Date: 2002-02-25T04:25:51Z
Registrar Registration Expiration Date: 2020-02-25T04:25:51Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited
http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited
http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Phillip Bleicher
Registrant Organization: Flava Works, Inc.
Registrant Street: PO BOX 2495
Registrant City: Chicago
Registrant State/Province: Illinois
```

## Want to buy this domain?

Get it with our Domain Broker Service.

Go

## Is this your domain?

Add hosting, email and more.

Go

# WHOIS search results

Domain Name: flavamen.com
Registry Domain ID: 119174111_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Updated Date: 2018-05-07T02:19:46Z
Creation Date: 2004-05-04T20:11:35Z
Registrar Registration Expiration Date: 2020-05-04T20:11:35Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited
http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited
http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Phillip Bleicher
Registrant Organization: Flava Works, Inc.
Registrant Street: 833 SW 14th Ave
Registrant City: Miami

## Want to buy this domain?

Get it with our Domain Broker Service.

Go

## Is this your domain?

Add hosting, email and more.

Go