IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-23208-CIV-LENARD/GOODMAN

FLAVA WORKS, INC.,

    Plaintiff,
vs.

A4A RESEAU, INC., A4A NETWORK, INC., and MARC PARENT,

    Defendants.
_____/

## NOTICE OF FILING NOTICES TO APPEAR

**COME NOW**, Defendants, A4A RESEAU, INC. A4A NETWORK, INC. and MARC PARENT, by and through their undersigned counsel and pursuant to the Order of this Court dated March 5, 2020 [D.E. 193] file the attached Notices to Appear to Plaintiff Flava Works, Inc. and Phillip Bleicher.

    **BRADLEY LEGAL GROUP, P.A.**
    *Counsel for Defendants*
    1217 E. Broward Boulevard
    Fort Lauderdale, FL 33301
    Tel: (954) 523-6160
    jb@bradlegal.com

    By: /s/ John F. Bradley

    John F. Bradley, Esq.
    Fla. Bar No. 0779910

**CERTIFICATE OF SERVICE**
**OF ELECTRONIC FILING GENERATED BY CM/ECF and**
**U.S. Mail**

I HEREBY CERTIFY that on this 24th of March, 2019, I electronically filed the foregoing document with the Clerk of the Court using its CM/ECF System and also served by U.S. Mail as set forth on the Service List.

By: /s/John F. Bradley/
John F. Bradley, Esq.

**SERVICE LIST**

Phillip Bleicher and
Flava Works, Inc.
Phil@FlavaWorks.com
3526 S. Prairie Avenue
Chicago IL 60663

# EXHIBITS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-23208-CIV-LENARD/GOODMAN

FLAVA WORKS, INC.,

    Plaintiff,

v.

A4A RESEAU, INC. et al.,

    Defendants.
_____/

**NOTICE TO APPEAR TO PHILLIP BLEICHER**

TO:    PHILLIP BLEICHER
        Phil@FlavaWorks.com
        3526 S. Prairie Avenue
        Chicago IL 60663

    YOU ARE NOTIFIED that, pursuant to section 56.29, Florida Statutes, proceedings supplementary to satisfy a judgment by application of the following: $81,958.72, which was entered as a judgment in attorney's fees, costs, and post judgment interest against Plaintiff Flava Works, Inc ("Judgment Debtor"). [D.E. 167] and as a Clerk-issued Writ of Execution [D.E. 173]; certain intellectual property, namely copyright registrations and/or unregistered copyrights, top level internet domain names and the inventory and goodwill associated therewith, specifically including the following intellectual property without limitation: all Copyright Registrations owned by Judgment Debtor, as set forth in *Exhibit I*, all Copyright Registrations sued upon in this action by Judgment Debtor but titled in the name of Phillip Bleicher, Judgment Debtor's alter ego, as set forth in Exhibit II, and all top level internet domain names owned by Judgment Debtor as set forth in Exhibit III, in Miami-Dade County, Florida have been initiated against you by a judgment creditor, A4A Reseau, INC ("Judgment Creditor").

    You are required to serve an affidavit by _____stating why the property, debt, and/or other obligation should not be applied to satisfy the judgment. The affidavit must include any fact or legal defense opposing the application of the property, debt, and/or other obligation toward the satisfaction of the judgment on John F. Bradley,

1

Esq., Attorney for Judgment Creditor. You must file the original affidavit with the clerk of this court either before service on the Judgment Creditor or immediately thereafter. Legal defenses need not be filed under oath but must be served contemporaneously with the affidavit.

If any of your property has been levied on and you choose to oppose the application of the property to be applied toward the satisfaction of the judgment, then you must furnish a bond with surety to be approved by the officer in favor of Judgment Creditor. The amount of the bond must be double the value of the goods claimed as the value is fixed by the officer and conditioned to deliver the property on demand of the officer if it is adjudged to be the property of the Judgment Debtor and to pay the Judgment Creditor all damages found against you if it appears that the claim was interposed for the purpose of delay.

**YOU HAVE A RIGHT TO A TRIAL BY JURY TO DETERMINE THE RIGHT TO THE PROPERTY, DEBT OR OTHER OBLIGATION DUE TO THE JUDGMENT DEBTOR. YOU ARE ENTITLED TO DISCOVERY UNDER THE FLORIDA RULES OF CIVIL PROCEDURE. IF THE COURT OR JURY DETERMINES THAT THE PROPERTY, DEBT, OR OTHER OBLIGATION BELONGS TO THE JUDGMENT DEBTOR AND IS SUBJECT TO APPLICATION TOWARD THE SATISFACTION OF ITS JUDGMENT, THEN YOU MAY BE ORDERED TO PAY DAMAGES TO THE JUDGMENT CREDITOR, SURRENDER THE PROPERTY OR OTHER OBLIGATION TO THE JUDGMENT CREDITOR.**

**DONE AND ORDERED** in Chambers, in Miami, Florida, on March \_\_, 2020

_____
**Jonathan Goodman**
**UNITED STATES MAGISTRATE JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-23208-CIV-LENARD/GOODMAN

FLAVA WORKS, INC.,

    Plaintiff,

v.

A4A RESEAU, INC. et al.,

    Defendants.

_____/

**NOTICE TO APPEAR TO FLAVA WORKS, INC.**

TO:    FLAVA WORKS, INC.
         Phil@FlavaWorks.com
         3526 S. Prairie Avenue
         Chicago IL 60663

    YOU ARE NOTIFIED that, pursuant to section 56.29, Florida Statutes, proceedings supplementary to satisfy a judgment by application of the following: $81,958.72, which was entered as a judgment in attorney's fees, costs, and post judgment interest against Plaintiff Flava Works, Inc ("Judgment Debtor"). [D.E. 167] and as a Clerk-issued Writ of Execution [D.E. 173]; certain intellectual property, namely copyright registrations and/or unregistered copyrights, top level internet domain names and the inventory and goodwill associated therewith, specifically including the following intellectual property without limitation: all Copyright Registrations owned by Judgment Debtor, as set forth in *Exhibit I*, all Copyright Registrations sued upon in this action by Judgment Debtor but titled in the name of Phillip Bleicher, Judgment Debtor's alter ego, as set forth in Exhibit II, and all top level internet domain names owned by Judgment Debtor as set forth in Exhibit III, in Miami-Dade County, Florida have been initiated against you by a judgment creditor, A4A Reseau, INC ("Judgment Creditor").

    You are required to serve an affidavit by _____stating why the property, debt, and/or other obligation should not be applied to satisfy the judgment. The affidavit must include any fact or legal defense opposing the application of the property, debt, and/or other obligation toward the satisfaction of the judgment on John F. Bradley,

1

Esq., Attorney for Judgment Creditor. You must file the original affidavit with the clerk of this court either before service on the Judgment Creditor or immediately thereafter. Legal defenses need not be filed under oath but must be served contemporaneously with the affidavit.

If any of your property has been levied on and you choose to oppose the application of the property to be applied toward the satisfaction of the judgment, then you must furnish a bond with surety to be approved by the officer in favor of Judgment Creditor. The amount of the bond must be double the value of the goods claimed as the value is fixed by the officer and conditioned to deliver the property on demand of the officer if it is adjudged to be the property of the Judgment Debtor and to pay the Judgment Creditor all damages found against you if it appears that the claim was interposed for the purpose of delay.

**YOU HAVE A RIGHT TO A TRIAL BY JURY TO DETERMINE THE RIGHT TO THE PROPERTY, DEBT OR OTHER OBLIGATION DUE TO THE JUDGMENT DEBTOR. YOU ARE ENTITLED TO DISCOVERY UNDER THE FLORIDA RULES OF CIVIL PROCEDURE. IF THE COURT OR JURY DETERMINES THAT THE PROPERTY, DEBT, OR OTHER OBLIGATION BELONGS TO THE JUDGMENT DEBTOR AND IS SUBJECT TO APPLICATION TOWARD THE SATISFACTION OF ITS JUDGMENT, THEN YOU MAY BE ORDERED TO PAY DAMAGES TO THE JUDGMENT CREDITOR, SURRENDER THE PROPERTY OR OTHER OBLIGATION TO THE JUDGMENT CREDITOR.**

**DONE AND ORDERED** in Chambers, in Miami, Florida, on March __, 2020

_____
**Jonathan Goodman**
**UNITED STATES MAGISTRATE JUDGE**