UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY_____PG_____D.C.

NOV 17 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

FLAVA WORKS, INC.,  )
  )
Plaintiff,  )
  )
vs.  )  CASE NO.: 1:14-cv-23208-JAL
  )
A4A RESEAU, INC.  )
A4A NETWORK, INC.  )
MARC PARENT  )
  )
Defendants.  )

## MOTION FOR EXTENSION OF TIME TO RESPOND

NOW COMES, Pro Se Plaintiff, Flava Works, Inc respectfully moves for extension of time pursuant to Fed. R. Civ. Pro. 6(b)(1) to Respond to the Defendant's instant motion and states grounds for good cause as follows:

1. On October 23, 2020, notice was sent to Plaintiff in an unreadable condition, attached as exhibit 1.

2. On or about March 2019, Plaintiff counsel Juneitha Shambee withdrew from the instant matter.

3. Pro Se Plaintiff has attempted to locate and retain a new attorney but has been unable to located suitable counsel.

4. As of November 12, 2020, Plaintiff has been unable to retain new counsel, due Plaintiff's family began having medical issues due to COVID.

5. This motion is not being made for the purpose of delay but is made upon current assignments and the need for time to prepare a response.

6. Plaintiff now moves this court for an extension of time to file the attached response instanter to the instant motion in the Southern District of Florida.

WHEREFORE Plaintiff, Flava Works, prays this honorable court to grant additional time in this matter now that counsel has been obtained in this district and can now proceed to file a response and for any other relief this court deems proper.

Respectfully submitted,

/s/ Phillip Bleicher
*Pro Se Plaintiff*

EX 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK - ROOM 8N09
400 NORTH MIAMI AVENUE
MIAMI, FLORIDA 33128-7716

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

U.S. District [...] District of Florida

[...] Instead of filing [...]

[...] a discovery dispute [...]

[...] even if the part[...]

Flava Works, Inc.
c/o Phillip Ble[...]
3526 S Prairie Ave
Chicago, IL 60653

Case: 1:14-cv-23208-JA[...] #96    5 pages    Thu Oct 22 10:52:25 2020

IMPORTANT: REDACTION REQUIREMENTS [...] PRIVACY POLICY

Note: This is NOT a req[...]

Do NOT include personal [...] documents filed with the Court [...] less
specifically permitted by [...] Court Order. If you MUST in[...]
identifiers, ONLY incl[...] information noted below:
- Social Security number: last four digits only
- Taxpayer ID number: [...]
- Financial Account Number: last [...] digits only
- Date of Birth: year only
- Minor's name: initials only
- Home Address: city and state [...] criminal cases only).

Attorneys and parties a[...] redacting (removing) personal identifiers from
filings. The Clerk's Office [...] for personal information.
Any personal information [...] will be accessible to the public over the
Internet via PACER.

For additional information, refer [...] P. [...] P. 5.2 and Fed. R. Crim. P. 49.1.
Also see the CM/ECF Admin[...] posted on the Court's website
www.flsd.uscourts.gov.

IMPORTANT: RE[...] [...] AND P[...] [...] ADDRESS AND CONTACT INFORMATION

Pursuant to Admin[...] [...] for information [...] appearing pro se and counsel appearing
pro hac vice must file[...] [...] notice of change of mailing address or
contact information [...] If court notices [...] the U.S. mail
are returned as und[...] [...] will no [...] be [...] to that party
until a current mail[...]

IMPORTANT: Additional [...] ELECTRONIC SERVICE

Additional days to resp[...] [...] parties serviced by [...] electronic means.
See Fed.R.Civ.P.6(d) [...] and Local Rule 7.1(c)(1)(A [...] [...] are
advised that the res[...] [...] calculated in CM/ECF [...] NOT account
for and may NOT be acc[...] [...] by mail. Parties may NOT rely on response
times calculated in [...] [...] guide, and must calculate response
deadlines themselves.

[...] refer to Fed[...]
[...] Administrative Proced[...]

Subject: Activity in Case 1:14-cv-23208-JAL Flava Works, Inc. v. A4A Reseau, Inc. et al Notice of Court Practice/to Appear/Other

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of Florida

Notice of Electronic Filing

The following transaction was entered on 10/22/2020 10:25 AM EDT and filed on 10/22/2020

Case Name: Flava Works, Inc. v. A4A Reseau, Inc. et al
Case Number: 1:14-cv-23208-JAL

Filer:

WARNING: CASE CLOSED on 01/21/2015

Document Number: 196

Docket Text:
Notice to Appear
Signed by Magistrate Judge Jonathan Goodman on 10/22/2020. (See attached document for full details.)

1:14-cv-23208-JAL Notice has been electronically mailed to:
John Francis Bradley
jb@bradlegal.com, betty@bradlegal.com, ck@bradlegal.com, j@bradlegal.com, tracy@bradlegal.com

1:14-cv-23208-JAL Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:

Flava Works, Inc.
c/o Phillip Bleicher
3526 S Prairie Ave
Chicago, IL 60653

Service list

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-23208-CIV-LENARD/GO

FLAVA WORKS, INC.,

    Plaintiff,

v.

A4A RESEAU, INC. et al.

    Defendants

---

## NOTICE TO APPEAR TO PHILLIP BLEICHER

TO: PHILLIP BLEICHER
Phil@FlavaWorks.com,
3526 S. Prairie Avenue
Chicago IL

YOU ARE NOTIFIED that pursuant to section 56.29, Florida Statutes, proceedings supplementary to satisfy a judgment by application of the following: $81,958.72, which was entered as a judgment for attorney's fees, costs, and post judgment interest against Plaintiff Flava Works, Inc. ("Judgment Debtor") [ECF No. 167]; and as a Clerk-issued Writ of Execution [ECF No. ___] upon the intellectual property, namely copyright registrations and/or unregistered top level internet domain names and the inventory and goodwill associated with Flava Works.com specifically including the following intellectual property without limitation the Copyright Registrations owned by Judgment Debtor as set forth

in Exhibit I, or other obligations ... registrations sued upon in ... by Judgment Debtor but titled in ... other Judgment Debtor ... set forth in Exhibit II, and all ... internet domain names owned by ... Debtor as set forth in Exhibit III, in Miami-Dade County, Florida ... be served ... against you by a judgment creditor, A4A Reseau, INC ("Judgment Creditor").

You are required to serve an affidavit by November 2, 2020 stating why the property, debt, and/or other obligation should not be applied to satisfy the judgment. The affidavit must include any fact or legal defense opposing the application of the property, debt, and ... toward the satisfaction of the judgment on John F. Bradley, Esq., ... Creditor. You must file ... original affidavit with the clerk of this court ... to be ... Judgment Debtor ... service on the judgment ... immediately thereafter. Legal defenses need not be filed under oath ... must ... contemporaneously with the affidavit.

If any of your property has been levied on and you choose to oppose the application of the property to be applied toward the satisfaction of the judgment, then you must furnish ... bond with surety to be approved ... or of Judgment Creditor ... the bond must be double the amount of the goods claimed as the value ...

officer ... to pay the ...

Judgment Creditor all damages found against you if it appears that the claim was interposed for the purpose of delay.

**YOU HAVE A RIGHT TO A TRIAL BY JURY TO DETERMINE THE RIGHT TO THE PROPERTY, DEBT, OR OTHER OBLIGATION DUE THE JUDGMENT DEBTOR. YOU ARE ENTITLED TO DISCOVERY UNDER THE FLORIDA RULES OF CIVIL PROCEDURE. IF THE COURT OR JURY DETERMINES THAT THE PROPERTY, DEBT, OR OTHER OBLIGATION BELONGS TO THE JUDGMENT DEBTOR AND IS SUBJECT TO APPLICATION TOWARD THE SATISFACTION OF ITS JUDGMENT, THEN YOU MAY BE ORDERED TO PAY DAMAGES TO THE JUDGMENT CREDITOR, SURRENDER THE PROPERTY OR OTHER OBLIGATION TO THE JUDGMENT CREDITOR.**

DONE AND ORDERED in Chambers, in Miami, Florida, on October __, 2020.

_____
Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable ___
All counsel of record

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

**PRIORITY MAIL 2-DAY™**

US POSTAGE AND FEES PAID
NOV 12 2020    Mailed from ZIP 60653
PM Flat Rate Envelope
Commercial Base Price

stamps
endicia

0625 1 1665146

0000

FlavaWORKS
3526 S Prairie Ave
Chicago, IL 60653-1007

SHIP TO:
Attention Judge Goodman
Clerks Office
400 N MIAMI AVE
**Miami FL 33128-1801**

USMS INSPECTED
BY

USPS TRACKING #

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL®