UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-23208-CIV-LENARD/GOODMAN

**FLAVA WORKS, INC.**,

    Plaintiff,

v.

**A4A RESEAU, INC., A4A NETWORK, INC.,
and MARC PARENT**,

    Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE (D.E. 236) ON DEFENDANTS' MOTION FOR ATTORNEY'S FEES

**THIS CAUSE** is before the Court on the Report of Magistrate Judge Jonathan Goodman, ("Report," D.E. 236), issued on August 8, 2023, recommending the Court "**grant in part** and **deny in part** Defendants' motion for attorneys' fees and award them $27,170.15 in fees ($11,644.35 less than the full amount)." (Id. 14).

The Report provides the Parties with fourteen (14) days to file objections. As of the date of this Order, no objections have been filed. Failure to file objections shall bar parties from attacking on appeal the factual findings contained in the report. See Resolution Trust Corp. v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

    **1.**    The Report and Recommendation of the Magistrate Judge (D.E. 236) issued on August 8, 2023, is **ADOPTED**;

2. Defendants' Motion for Attorney's Fees (D.E. 230) is **GRANTED in part** and **DENIED in part**, and $27,170.15 in attorney's fees shall be awarded consistent with the Report.

**DONE AND ORDERED** in Chambers at Miami, Florida this 24th day of August, 2023.

*[signature]*
**JOAN A. LENARD**
**UNITED STATES DISTRICT JUDGE**