CASE NO. 14-23208-CIV-LENARD/GOODMAN

FLAVA WORKS, INC.,

       Plaintiff,

vs.

A4A RESEAU, INC., A4A NETWORK, INC.,
and MARC PARENT,

       Defendants.

_____/

## NOTICE OF STRIKING ECF NO. 239

**COMES NOW** Defendants, A4A Reseau, Inc., A4A Network, Inc. and Marc Parent by

and through their undersigned counsel and file this Notice of Striking Ecf. No. 239.

       **BRADLEY LEGAL GROUP, P.A.**
       *Counsel for Defendants*
       1217 East Broward Boulevard
       Fort Lauderdale, FL 33301
       Tel: (954) 523-6160

       By:    /s/ John F. Bradley____
              John F. Bradley, Esq.
              Fla. Bar No. 0779910
              jb@bradlegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 15, 2023, I have filed the foregoing document

with the Clerk of Court using the CM/ECF system serving all counsel of record.

       By:    /s/  John F. Bradley/___
              John F. Bradley, Esq.