IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-23208-CIV-
LENARD/GOODMAN

FLAVA WORKS, INC.,

    Plaintiff,
vs.

A4A RESEAU, INC., A4A NETWORK, INC.,
and MARC PARENT,

    Defendants.
_____/

**WRIT OF EXECUTION**

| UNITED STATES DISTRICT COURT | DISTRICT | Southern District of Florida |
|---|---|---|

| TO THE MARSHAL OF: SOUTHERN DISTRICT OF FLORIDA |
|---|

| YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to: |
|---|
| NAME |
| FLAVA W ORKS, INC. |
| 833 SW 14th Ave., MIAMI, FL 33135 -OR- 2610 NORTH MIAMI AVENUE, MIAMI, FL 33127 |
| 3526 S. PRAIRIE AVENUE, CHICAGO, IL 60653 -OR- 933 W . IRVING PARK, CHICAGO, IL 606131 |

| you cause to be made and levied as well a certain debt of: | |
|---|---|
| DOLLAR AMOUNT | DOLLAR AMOUNT |
| $27,170.15 | and |

in the United States District Court for the SOUTHERN District of FLORIDA ,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

FLAVA WORKS, INC.

and also the costs that may accrue under this writ.
    And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE UNITED STATES DISTRICT COURT | DISTRICT SOUTHERN DISTRICT OF FLORIDA |
|---|---|
| CITY MIAMI | DATE |

| Witness the Honorable | JOAN A. LENARD |
|---|---|
| | *(United States Judge)* |

| DATE | CLERK OF COURT |
|---|---|
| | |
| | (BY) DEPUTY CLERK |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |

 

**BRADLEY LEGAL GROUP, P.A.**
*Counsel for Defendants*
1217 East Broward Boulevard
Fort Lauderdale, FL 33301
Tel: (954) 523-6160

By: /s/ John F. Bradley
    John F. Bradley, Esq.
    Fla. Bar No. 0779910
    jb@bradlegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 15, 2023, I have filed the foregoing document with the Clerk of Court using the CM/ECF system serving all counsel of record.

By: /s/ John F. Bradley/
    John F. Bradley, Esq.