# WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT | Southern District of Florida |
|---|---|---|

| TO THE MARSHAL OF: SOUTHERN DISTRICT OF FLORIDA | 1:14-cv-23208-JAL |
|---|---|

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**

FLAVA W ORKS, INC.
833 SW 14th Ave., MIAMI, FL 33135 -OR- 2610 NORTH MIAMI AVENUE, MIAMI, FL 33127
3526 S. PRAIRIE AVENUE, CHICAGO, IL 60653 -OR- 933 W . IRVING PARK, CHICAGO, IL 606131

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $27,170.15 | and |

in the United States District Court for the  SOUTHERN  District of  FLORIDA ,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

FLAVA WORKS, INC.

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE  UNITED STATES DISTRICT COURT | DISTRICT  SOUTHERN DISTRICT OF FLORIDA |
|---|---|
| CITY  MIAMI | DATE  11/15/2023 |

Witness the Honorable  JOAN A. LENARD

*(United States Judge)*

| DATE  11/15/2023 | CLERK OF COURT  Angela E. Noble |
|---|---|
| | (BY) DEPUTY CLERK  Carlos Davis |

**RETURN**

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|
| | |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|
| | |

Print    Reset Form