IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-23208-CIV-LENARD/GOODMAN

FLAVA WORKS, INC.,

    Plaintiff,

vs.

A4A RESEAU, INC., A4A NETWORK, INC.,
and MARC PARENT,

    Defendants.
_____/

**NOTICE OF FILING AFFIDAVIT OF INDEBTEDNESS
IN SUPPORT OF MOTION FOR PROCEEDINGS SUPPLEMENTARY**

    COMES NOW Defendants, A4A Reseau, Inc., A4A Network, Inc. and Marc Parent and give notice of the filing to the Affidavit of Indebtedness in this matter attached as ***Exhibit A.***

**Dated:  December 13, 2023**

                                  **BRADLEY LEGAL GROUP, P.A.**
                                  *Counsel for Defendants*
                                  1217 East Broward Boulevard
                                  Fort Lauderdale, FL 33301
                                  Tel: (954) 523-6160

                          By:    /s/ John F. Bradley
                                John F. Bradley, Esq.
                                Fla. Bar No. 0779910
                                jb@bradlegal.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on December 13, 2023, I have filed the foregoing document with the Clerk of Court using the CM/ECF system serving all counsel of record.

                          By:    /s/  John F. Bradley/
                                John F. Bradley, Esq.

**Exhibit A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-23208-CIV-LENARD/GOODMAN

FLAVA WORKS, INC.

       Plaintiff,

vs.

A4A RESEAU, INC.
A4A NETWORK, INC.
MARC PARENT

       Defendants.
_____/

## JOHN F. BRADLEY, ESQ.'S AFFIDAVIT IN SUPPORT OF MOTION FOR PROCEEDINGS SUPPLEMENTARY

I, John F. Bradley, Esq., being sworn, certify that the following statements are true:

1. My name is John F. Bradley and I am the counsel of record in the above-styled matter.

2. I represent Defendants/Judgment Creditors, A4A RESEAU, INC., a foreign corporation, A4A NETWORK, INC., a foreign corporation, and MARC PARENT, a foreign individual (collectively, the "Judgment Creditors").

3. On March 17, 2023, Judgment Creditors filed a verified Motion to Determine Reasonableness of Attorneys' Fees ("Motion") [Ecf. No. 230].

4. On August 8, 2023 the Magistrate Judge Goodman issued a report and recommendation on the Motion, recommending that Defendants/Judgment Creditors be awarded attorneys' fees in the amount of $27,170.15. (Ecf. No. 236)

5. Plaintiff did not object to that Report and Recommendation.

1

x. On August 24, 2023 this Court entered its Order Adopting Report of Magistrate Judge (D.E. 236) on Defendants' Motion for Attorneys' Fees awarding Defendants a judgment of $27,170.15. (Ecf. No. 238)

6. As a result, Judgment Creditors currently hold an unsatisfied judgment against Plaintiff/Judgment Debtor FLAVA WORKS, INC. (the "Judgment Debtor") in the amount of $27,170.15.

7. On November 15, 2023 a Writ of Execution was been issued and remains unsatisfied in its entirety. [Ecf. No. 243]

8. The execution is valid and outstanding.

9. This case remains subject to Proceedings Supplementary as the last judgement of the Court was partially, but not fully satisfied. Judgment Creditors are entitled to continue these proceedings supplementary as a matter of law, including the recovery of costs and attorneys' fees pursuant to Fla. Stat. § 56.29.

I understand that I am swearing or affirming under oath to the truthfulness of the claims made in this Affidavit and that the punishment for knowingly making a false statement includes fines and/or imprisonment.

Dated: this 13 day of December, 2023.

By: _____
John F. Bradley, Esq.
Bradley Legal Group, P.A.
Fla. Bar No. 0779910
*Counsel for Judgment Debtors*
15 Northeast 13th Avenue
Fort Lauderdale, Fl 33301
Tel: (954) 523-6160

STATE OF FLORIDA
COUNTY OF BROWARD

Sworn to or affirmed and signed before me on  13  day of  December 2023, by John F. Bradley, Esq.

_____
NOTARY PUBLIC
Print Name: ___PATRICK ELIE___

Notary Public State of Florida
Patrick Elie
My Commission GG 944215
Expires 03/23/2024

___ Personally known

_X_ Produced identification (type of identification produced __Driver License__ ).


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the attached was filed with the Clerk of the Court via the CM ECF system and served on all counsel of record by that system.

Date: 12/13/23

By: _____/s/_____
John F. Bradley, Esq.
Bradley Legal Group, P.A.
Fla. Bar No. 0779910
*Counsel for Judgment Debtors*
1217 East Broward Blvd.
Fort Lauderdale, Fl 33301
Tel: (954) 523-6160