IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-23208-CIV
LENARD/GOODMAN

FLAVA WORKS, INC.,

    Plaintiff,

vs.

A4A RESEAU, INC., A4A NETWORK, INC.,
and MARC PARENT,

    Defendants.
_____/

**DEFENDANT'S NOTICE OF FILING OF PROOF OF SERVICE OF NOTICE OF SALE**

    Defendants A4A RESEAU, INC., a foreign corporation, A4A NETWORK, INC., a foreign corporation, and MARC PARENT, a foreign individual (collectively, "Defendants" or "A4A") give notice of service of Notice of Sale by the U.S. Marshal Service on Plaintiff, its counsel, GoDaddy and the U.S. Copyright Office in this matter attaching copies of the Notice of Sale and Proof of Service thereof as *Exhibit A* and *Exhibit B,* respectively hereto.

    Dated:  January 30, 2025

                                              **BRADLEY LEGAL GROUP, P.A.**
                                              *Counsel for Defendants*
                                              15 Northeast 13th Avenue
                                              Fort Lauderdale, FL 33301
                                              Tel: (954) 523-6160
                                              Email: jb@bradlegal.com

                                          By:    /s/ John F. Bradley
                                                       John F. Bradley, Esq.
                                                       Fla. Bar No. 0779910

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on January 30, 2025, I have filed the foregoing document with the Clerk of Court using the CM/ECF system serving the same on counsel of record.

         By: /s/ John F. Bradley/
            John F. Bradley, Esq.

*Bradley Legal Group, P.A.*, 1217 E. Broward Boulevard, Fort Lauderdale, FL 33301 (954) 523-6160