# EXHIBIT B



After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



FedEx Tracking



**DELIVERED**

# Tuesday
1/21/25 at 2:33 PM

Signed for by: F.Rosenbun

⬇ **Obtain proof of delivery**

How was your delivery?
☆ ☆ ☆ ☆ ☆

**DELIVERY STATUS**
Delivered ✓

🔍 **Report missing package**

**ADD YOUR EMAIL TO STAY UPDATED ON THIS SHIPMENT**

[                                                                                       ]

**GET UPDATES**

**MORE OPTIONS**

**TRACKING ID**

771457719720  ✏ ☆

**FROM**
MIAMI, FL US
*Label Created*
1/15/25 2:29 PM

**WE HAVE YOUR PACKAGE**
MIAMI, FL
1/15/25 5:05 PM

**ON THE WAY**
FORT LAUDERDALE, FL
1/21/25 11:14 AM

**OUT FOR DELIVERY**
FORT LAUDERDALE, FL
1/21/25 11:52 AM

**DELIVERED**
FORT LAUDERDALE, FL US
*Delivered*





After printing this label:
CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



# DELIVERED
## Friday
1/17/25 at 11:44 AM

Signed for by: E.GEEEN

⤓ **Obtain proof of delivery**

**DELIVERY STATUS**
Delivered ✓

🔍 **Report missing package**

**ADD YOUR EMAIL TO STAY UPDATED ON THIS SHIPMENT**

**GET UPDATES**

**MORE OPTIONS**

**TRACKING ID**
771457831702 ✏ ☆

    **FROM**
    MIAMI, FL US
    *Label Created*
    1/15/25 2:33 PM

    **WE HAVE YOUR PACKAGE**
    MIAMI, FL
    1/15/25 5:05 PM

    **ON THE WAY**
    WASHINGTON, DC
    1/17/25 9:49 AM

    **OUT FOR DELIVERY**
    WASHINGTON, DC
    1/17/25 9:49 AM

    **DELIVERED**
    WASHINGTON, DC US
    *Delivered*
    1/17/25 at 11:44 AM

↓ **View travel history**



After printing this label:
CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

# FedEx.

## FedEx Tracking



**DELIVERED**

# Friday
1/17/25 at 9:49 AM

Signed for by: A.Graff

⤓ **Obtain proof of delivery**

**DELIVERY STATUS**
Delivered ✓

🗓 **Report missing package**

**ADD YOUR EMAIL TO STAY UPDATED ON THIS SHIPMENT**

[                                                                    ]

**GET UPDATES**

**MORE OPTIONS**

**TRACKING ID**
771457939110 ✏ ☆

**FROM**
MIAMI, FL US

*Label Created*
1/15/25 2:36 PM

**WE HAVE YOUR PACKAGE**
MIAMI, FL
1/15/25 5:05 PM

**ON THE WAY**
TEMPE, AZ
1/17/25 6:52 AM

**OUT FOR DELIVERY**
TEMPE, AZ
1/17/25 8:31 AM

**DELIVERED**
TEMPE, AZ US
*Delivered*
1/17/25 at 9:49 AM

↓ **View travel history**



After printing this label:
CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



**FedEx® Tracking**



**DELIVERED**

# Friday
1/17/25 at 1:50 PM

Signed for by: Signature not required

⬇ **Obtain proof of delivery**

**DELIVERY STATUS**
Delivered ✓



🔍 **Report missing package**

**ADD YOUR EMAIL TO STAY UPDATED ON THIS SHIPMENT**

**GET UPDATES**

**MORE OPTIONS**

**TRACKING ID**
771458031773 ✏ ☆

**FROM**
MIAMI, FL US

*Label Created*
1/15/25 2:39 PM

**WE HAVE YOUR PACKAGE**
MIAMI, FL
1/15/25 5:05 PM

**ON THE WAY**
SKOKIE, IL



After printing this label:
CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



**FedEx Tracking**

**DELIVERED**

# Thursday
1/16/25 at 12:38 PM

Signed for by: M.MICHAELSON

⬇ **Obtain proof of delivery**

**DELIVERY STATUS**
Delivered ✓

🔍 **Report missing package**

**ADD YOUR EMAIL TO STAY UPDATED ON THIS SHIPMENT**

**GET UPDATES**

**MORE OPTIONS**

**TRACKING ID**
771458111785 ✏ ☆

**FROM**
MIAMI, FL US

*Label Created*
1/15/25 2:42 PM

**WE HAVE YOUR PACKAGE**
MIAMI, FL
1/15/25 5:05 PM

**ON THE WAY**
MIAMI, FL
1/16/25 6:59 AM

**OUT FOR DELIVERY**
MIAMI, FL
1/16/25 8:37 AM

**DELIVERED**
MIAMI, FL US

*Delivered*
1/16/25 at 12:38 PM

⬇ **View travel history**