The Honorable Joan A. Lenard
United States District Court
Southern District of Florida
Miami Division

Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 12-1
Miami, Florida 33128
lenard@flsd.uscourts.gov



FILED BY _____ M.O. D.C.

FEB - 4 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Re: Flava Works, Inc. v. A4A Reseau, Inc., et al.
Case No. 1:14-CV-23208-LENARD/GOODMAN

Dear Judge Lenard:

I write to formally bring to the Court's attention that Defendants have filed a Notice of Sale of Copyrights and Domains through the U.S. Marshals Service, despite this Court's August 10, 2023, Order (Docket #237) expressly denying their motion for seizure and sale. This filing disregards the Court's ruling and appears to be a blatant attempt to circumvent the judicial process.

Furthermore, Defendants' Notice of Sale includes copyrights and domains that Flava Works, Inc. no longer owns, as well as copyrights that have never been owned or controlled by Flava Works, Inc.—including third-party properties that are not part of this litigation and for which Defendants have no legal authority to sell.

As the Court is aware, in Docket #237, Defendants' motion for seizure and sale was denied because:

1. They failed to provide the necessary legal authority justifying their request.
2. They did not explain why an additional order was needed, given that a prior sale order had been issued (Docket #218) and not vacated.
3. Their motion lacked a supporting memorandum of law, containing only attorney rhetoric instead of actual legal precedent.

Despite this clear ruling, Defendants have proceeded to file a Notice of Sale that directly contradicts the Court's decision. Even more concerning, Defendants have included copyrighted works that do not belong to Flava Works, Inc. and were never part of this litigation. This constitutes fraud upon the Court.

One example of this fraudulent misrepresentation is the inclusion of a copyright for an episode of *Orange Is the New Black*, a work owned by Lions Gate Television Development LLC. Flava Works, Inc. has never owned or had any legal rights to this copyright, yet Defendants, through their filing, are falsely claiming the ability to sell it. This is a deliberate misrepresentation and an act of fraud upon the Court. Moreover, this is just one example—there are several more instances

of blatant fraud where Defendants have falsely claimed ownership of copyrighted works they have no legal right to sell.

Given the egregious nature of this conduct, I respectfully request that the Court:

1. Order Defendants to immediately withdraw their Notice of Sale, as it directly contradicts the Court's prior ruling.
2. Clarify that no sale of Flava Works, Inc.'s copyrights or domains may proceed without proper verification of ownership and explicit Court approval.
3. Issue sanctions against Defendants and Mr. Bradley for attempting to commit fraud upon the Court by falsely representing ownership of copyrighted materials and domains.
4. Refer this matter for further investigation to determine if additional disciplinary action is warranted against Mr. Bradley for knowingly making false claims before the Court.

I appreciate the Court's attention to this matter and respectfully request swift action to prevent Defendants from engaging in further fraudulent attempts to claim and transfer intellectual property and domains they do not own. If the Court requires additional information, I am available to provide further clarification.

Sincerely,

Phillip Bleicher
2705 West Fulton St,
Chicago, IL 60612-2003

