IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-23208-CIV
LENARD/GOODMAN

FLAVA WORKS, INC.,

    Plaintiff,

vs.

A4A RESEAU, INC., A4A NETWORK, INC.,
and MARC PARENT,

    Defendants.
_____/

**DEFENDANT'S NOTICE OF FILING AMENDMENT TO NOTICE OF SALE**

Defendants A4A RESEAU, INC., a foreign corporation, A4A NETWORK, INC., a foreign corporation, and MARC PARENT, a foreign individual (collectively, "Defendants" or "A4A") give Notice of the deletion of copyright registration number ***PA0001868011*** from the pending Notice of Sale having inserted that number in typographical error.

Dated:  February 5, 2025.

                              **BRADLEY LEGAL GROUP, P.A.**
                              *Counsel for Defendants*
                              15 Northeast 13th Avenue
                              Fort Lauderdale, FL 33301
                              Tel: (954) 523-6160
                              Email: jb@bradlegal.com

                              By:    /s/ John F. Bradley
                                      John F. Bradley, Esq.
                                      Fla. Bar No. 0779910

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on February 5, 2025, I have filed the foregoing document with the Clerk of Court using the CM/ECF system serving the same on counsel of record.

            By: /s/ John F. Bradley/
               John F. Bradley, Esq.