Monday, February 17, 2025



The Honorable Joan A. Lenard
United States District Court
Southern District of Florida
Miami Division

Wilkie D. Ferguson, Jr. United States Courthouse
400 North Miami Avenue
Room 12-1
Miami, Florida 33128
lenard@flsd.uscourts.gov

**Re: Flava Works, Inc. v. A4A Reseau, Inc., et al.**
**Case No. 1:14-CV-23208-LENARD/GOODMAN**

**Dear Judge Lenard,**

I write to bring to the Court's attention that, despite Defendants filing an **Amendment to the Notice of Sale** on February 5, 2025 (Docket #249), removing copyright registration **PA0001868011**, the Notice of Sale still contains numerous errors and false claims of ownership.

For example:



- **TX000752918 is a collection of works**, one of which is owned by **The University of Chicago**, an entity that has never been a party to this litigation.

- **PA0002025885** is owned by **Skyn Media LLC**, an entity that has never been a party to this litigation.

- **PA0001789145** is owned by **La Touraine, Inc.**, an entity that has never been a party to this litigation.

- **Numerous other copyrights** listed in the Notice of Sale are owned by entities that have never been parties to this litigation, further demonstrating Defendants' ongoing pattern of misrepresentation and fraud upon the Court.

Additionally, **Flava Works, Inc. has a pending bankruptcy case, 25-01964** (see attached), making any alleged sale of its assets legally improper. Defendants' continued efforts to transfer intellectual property under these circumstances demonstrate a clear disregard for legal and ethical obligations.

Given Defendants' repeated and knowing misrepresentations before the Court, I respectfully request that the Court:

1. **Order Defendants to immediately withdraw their Notice of Sale** as it continues to contain false claims of ownership and contradicts the Court's prior rulings.

2. **Clarify that no sale of Flava Works, Inc.'s copyrights or domains may proceed** without proper verification of ownership and explicit Court approval.

3. **Issue sanctions against Defendants and Mr. Bradley** for attempting to commit fraud upon the Court by falsely representing ownership of copyrighted materials and domains.

4. **Refer this matter for further investigation** to determine if additional disciplinary action is warranted against Mr. Bradley for knowingly making false claims before the Court.

I appreciate the Court's attention to this matter and respectfully request swift action to prevent Defendants from further fraudulent attempts to claim and transfer intellectual property and domains they do not own. I remain available to provide any additional information the Court may require.

Sincerely,

Phillip Bleicher
2705 West Fulton St
Chicago, IL 60612-2003

United States Bankruptcy Court
Northern District of Illinois

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the
United States Bankruptcy Code, entered on 02/08/2025 at 4:57 PM and filed on 02/08/2025.

**Flava Works, Inc.**
PO Box 2495
Chicago, IL 60690
Tax ID / EIN: 20-1837529

    The case was filed by the debtor's attorney:

**Robert J Adams**
Robert J. Adams & Associates
1200 W. 35th Street
Suite 433
60609
Chicago, IL 60609
312-346-0100

The case was assigned case number 25-01964.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against
the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at
all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take
other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights
in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our
*Internet* home page http://www.ilnb.uscourts.gov/ or at the Clerk's Office, Eastern Division, 219 S Dearborn, 7th
Floor, Chicago, IL 60604.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.

                                              **Jeffrey P. Allsteadt**
                                              **Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 02/08/2025 16:58:54 | | |
| **PACER Login:** | 901jackson | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 25-01964 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |



PHILLIP BLEICHER
2705 WEST FULTON STREET
CHICAGO IL 60612

**1.0 LBS LTR**     **1 OF 1**

SHIP TO:
THE HONORABLE JOAN A. LENARD
ROOM 12-1
400 NORTH MIAMI AVENUE
**MIAMI FL 33128**

**FL 330 6-03**

**UPS NEXT DAY AIR**     **1**
TRACKING #: 1Z AK1 000 01 1042 2153

BILLING: P/P

XOL 25.01.26      NV4S B.0A 02/2025*

Extremely Urgent

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established ... personal information, please s