**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF: Flava Works, Inc. | COURT CASE NUMBER: SDFL 14-23208-CIV |
| DEFENDANT: AYA Reseau, Inc., AYA Network, Inc. & Marc Parent | TYPE OF PROCESS: Execution & Levy |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Intangible / Intellectual Property of Flava Works, Inc.
ADDRESS: SEE: Exhibit A - Attached

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
John F. Bradley
Bradley Legal Group, P.A.
15 NE 13th Ave, Ft. Laud, FL 33301

Number of process to be served with this Form 285:
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:

SEE Exhibit A, Attached.

SALE: Feb. 18, 2025

Signature of Attorney other Originator requesting service on behalf of: John F. Bradley, ESQ. ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 954-523-6160
DATE: 11/26/24

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

District of Origin No. 04
District to Serve No. 04

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

Date: 2-10-25
Time: 9:15 ☒ am ☐ pm

FILED BY /AM/ D.C.
FEB 21 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

REMARKS: 2-10-25 - Per Plaintiff's lawyer Sale is Cancelled
Notice was published in Miami New Times on 1/16/25, 1/23/25, 1/30/25, and 2/6/25.

Form USM-285
Rev. 03/21